UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
MAY 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNILEVER BESTFOODS and CCL CUSTOM MANUFACTURING, INC. :

vs. :

AMERICAN STEEL & ALUMINUM CORPORATION, *et al.*, :

CONSOLIDATED
C. A. No. 01-496 L

CCL CUSTOM MANUFACTURING, INC. :

vs. :

ARKWRIGHT INCORPORATED, NYMAN MANUFACTURING COMPANY, INC. and A. T. CROSS COMPANY, :

**ORDER GRANTING PLAINTIFF UNILEVER BESTFOODS' MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT**

This matter came before this Honorable Court on Plaintiff Unilever Bestfoods' above-referenced motion. After consideration of this motion, it is hereby

ORDERED, ADJUDGED, AND DECREED

that Plaintiff Unilever Bestfoods' Motion for Enlargement of Time to File Opposition to Summary Judgment is GRANTED.

ENTERED: BY ORDER:

Ronald R. Lagueux
Sr. USDJ 6/1/05

Clerk

Presented by:

PAUL V. CURCIO, ESQ. (#1965)
MARK O. DENEHY, ESQ. (#3492)
KRISTEN W. SHERMAN, ESQ. (#5595)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 351-4607
Dated: May 26, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2005, I mailed a copy of the foregoing to the following counsel of record:

**AMERICAN OPTICAL CORPORATION**
James J. McGair, Esq.
McGair & McGair
128 Dorrance Street, Suite 350
Providence, RI 02903

**AMERICAN STEEL AND ALUMINUM CORP.**
Benjamin V. White, III, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

**A.T. CROSS COMPANY**
**ARKWRIGHT INCORPORATED**
**BAE SYSTEMS AEROSPACE, INC.**
**CONTINENTAL TIRE NORTH AMERICA, INC.**
**MOSSBERG INDUSTRIES**
**RAYTHEON COMPANY**
**REXAM IMAGE PRODUCTS, INC. f/k/a REXAM GRAPHICS f/k/a SCOTT GRAPHICS**
**ROCKWELL COLLINS, INC. f/k/a ROCKWELL INTERNATIONA, INC. f/k/a MAINE ELECTRONICS, INC.**
**ROHM & HAAS COMPANY**
**SEQUA CORPORATION f/k/a SUN CHEMICAL CORPORATION**
**SHIPLEY CO., LLC.**
**TEKNOR APEX CORPORATION**