UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNILEVER BESTFOODS and CCL CUSTOM MANUFACTURING, INC. Plaintiff(s)

v.

CONSOLIDATED
C.A. No. 01-496 L

AMERICAN STEEL & ALUMINUM CORP., et al. Defendant(s)

CCL CUSTOM MANUFACTURING, INC.
v.
ARKWRIGHT INCORPORATED, et al.

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

~~Plaintiff~~/Defendant Hollingsworth & Vose Co. hereby moves that Stephen J. Brake be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which Stephen Brake ~~counsel~~ specializes:
- Nutter, McClennen & Fish, LLP's ~~counsel's~~ long-standing representation of the client: Hollingsworth & Vose Co.
- The local trial bar lacks experience in the field of: Comprehensive Environmental Response, Compensation, and Liability Act, as amended ("CERCLA")
- The case involves complex legal questions under the law of a foreign jurisdiction with which ______ counsel is familiar, specifically : ______
- The case requires extensive discovery in a foreign jurisdiction convenient to ______ counsel, as follows: ______
- It is a criminal case, and ______ counsel is defendant's counsel of choice.
- Other: A Notice of Withdrawal of Attorney Martin C. Pentz, of Nutter, McClennen & Fish, LLP, is attached hereto.

(~~Plaintiff~~/Defendant)
By: ______
Attorney for Hollingsworth & Vose Co.
1309 Turks Head Building
Providence, RI 02903
401-521-2800; fax 401-521-2812

DATED: May 31, 2005

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of MA and of the following Federal District Court and/or Court of Appeals Bar(s) USDC - MA, 1ST, 3RD & 4TH CIRCUITS, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| [signature] | [signature] |
| Name Stephen J. Brake | Local Associate Counsel |
| Nutter, McClennen & Fish, LLP | #3959 |
| Firm Name | R.I. Bar ID # |
| 155 Seaport Boulevard | Kevin J. Bristow, Esq. |
| Business Address | Firm Name |
| Boston, MA 02210 | 1304 Turks Head Bldg. |
| | Business Address |
| | Providence, RI 02903 |
| 617-439-2223 Tel. # | 401-521-2800 Tel. # |
| 617-310-9223 Fax # | 401-521-2812 Fax # |

**Order:** This motion is hereby ______________________

______________________
U.S. District Judge
Date: ______________________

pro hac vice motion (rev.3/05)

Certificate of Service

I, Kevin J. Bristow, hereby certify that on ~~May~~ June 1, 2005, I caused the foregoing motion to be served by first class mail, postage prepaid upon all counsel of record as listed below.

Kevin J. Bristow

Unilever Bestfoods
Paul V. Curcio, Esq.
Adler, Pollock & Sheehan, P.C.
2300 Financial Plaza
Providence, RI 02903-2443

American Optical; Avecia
James J. McGair, Esq.
McGair & McGair, Esq.
128 Dorrance Street, Suite 350
Providence, RI 02903

American Steel and Aluminum Corp.
Benjamin V. White, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Astrazeneca Pharmaceuticals, Avecia
William S. Eggeling, Esq.
Ropes & Gray
30 Kennedy Plaza
Providence, RI 02903

Bayer Corp.
Peter Brent Regan, Esq.
Sayer, Regan Thayer & Flanagan
130 Bellevue Avenue, Unit 2
Newport, RI 02840

David Brask
Mortimer C. Newton, Esq.
The Remington Building
91 Friendship Street
Providence, RI 02903

CCL Custom Manufacturing
Karen A. Pelczarski, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

Of Counsel:
Jonathan A. Murphy, Esq.
Lester, Schwab, Katz & Dwyer, LLP
120 Broadway
New York, NY 10271-0071

A.T. Cross, Arkwright, BAE Systems,
Continental Tire NA, Mossberg Industries,
Raytheon Co., Rexam Image, Rockwell Collins,
Sequa Corp., Shipley, Rohm & Haas, Teknor
Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Thomas H. Hannigan, Jr., Esq.
Ropes & Gray
One International Place
Boston, MA 02110-2624

H. Hamilton Hackney III, Esq.
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109-2804

Corning, Inc.
Ian C. Ridlon, Esq.
Nixon Peabody, LLC
One Citizens Plaza
Providence, RI 02903

Service List (cont.)

The Black & Decker Corp.
Gerald Petros, Esq.
Hinckley, Allen & Snyder
1500 Fleet Center
Providence, RI 02903

Thomas F. Harrison, Esq.
Day, Berry & Howard, LLP
City Place I
Hartford, CT 06104

Boston Medical Center
William M. Dolan III, Esq.
Brown Rudnick Berlack Israels, LLP
121 South Main Street
Providence, RI 02903

Envirite Corporation
Steven E. Snow, Esq.
Partridge, Snow & Hah, LLP
180 South Main Street
Providence, RI 02903

Faulkner Hospital, Quest Diagnostics
Rosemary M. Allen, Esq.
Ralph A.. Child, Esq.
Lyn M. Lustig, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky
& Popeo, P.C.
One Financial Center
Boston, MA 02111

Huhtamaki-East Providence, Providence
& Worcester Railroad Co., The Louis
Gerson Co., Harvard University
Gerald Petros, Esq.
Alexandra K. Callam, Eq.
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, RI, 02903

General Electric Co.
Kim E. Green, Esq.
Brennan, Recupero, Cascone, Scungio &
McAlliston, LLP
362 Broadway
Providence, RI 02909

James A. Muscato, II
Young, Sommer, Ward, Ritzenberg, Wooley
Baker & Moore, LLC
5 Palisades Drive
Albany, NY 12205-6433

Hewlitt Packard Development
John P. Daukas, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

Leach & Garner Technology, Inc., Lucent
Technologies Services, MIA-COM, Inc.
Deming E. Sherman, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Kamen Aerospace Corporation
Jeffrey Michaelson, Esq.
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingston, RI 02852

David Platt, Esq.
Murtha Cullina, LLP
Cityplace 1
185 Asylum Street
Hartford, CT 06103

Phillips Electronics N.A. Corp.
Richard W. MacAdams, Esq.
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903

Michael W. Steinberg, Esq.
Morgan, Lewis & Bockius, LLP
111 Pennsylvania Avenue, NW
Washington, DC 20004

Service List (cont.)

Quebecor World Halliday Inc.
Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

William D. Wick, Esq.
Wactor & Wick, LLp
180 Grand Avenue, Suite 950
Oakland, CA 94612

The Schepens Eye Research Institute, Inc.
Mark A. McSally, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

Sears Roebuck and Co.
John J. Barton, Esq.
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

Eric Lukingbeal, Esq.
Robinson & Cole
One Commercial Plaza
200 Trumbull Street
Hartford, CT 06103-3597

Timex Corporation
James W. Ryan, Esq.
Partridge, Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903

Steven L. Leifer, Esq.
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20000-2400

VA Hospital
Steven Crowley, Esq.
U.S. Dept. of Justice
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026

J.M. Mills, Inc.
Melody A. Alger, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, RI 02903

Verizon New England, Inc.
Thomas C. Angelone, Esq.
Hodash, Spinella & Angelone
One Turks Head Place, Suite 1050
Providence, RI 02903

Adam Kahn, Esq.
Foley, Hoag & Elliot
155 Seaport Boulevard
Boston, MA 02210

Waste Management, Inc., Waste Management of N.A.,
Chambers Development, Inc., Clean Harbors of Braintree
Paul V. Reynolds, Esq.
Reynolds, DeMarco & Boland
Westminster Street, Suite 200
Providence, RI 02903

Roy P. Giarrusso, Esq.
Giarrusso, Norton, Cooley & McGlone 170
Marina Bay, 308 Victory Road
Quincy, MA 02171

Service List (cont.)

Edward Whitney & Son, Inc.
Scott J. Partington, Esq.
Bigos & Partington
1725 Mendon Road
Cumberland, RI 02864

Daniel P. Nagle, Esq.
5 Main Street Extension
Suite 300
Plymouth, MA 02360

Wyman-Gordon Company
Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

William D. Gillis, Jr., Esq.
Massery & Gillis
101 Merrimac Street
Boston, MA 02114

1235192.1