UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNILEVER BESTFOODS and CCL CUSTOM MANUFACTURING, INC.<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN STEEL & ALUMINUM CORP., et al.<br><br>Defendants.<br><br>-and-<br><br>CCL CUSTOM MANUFACTURING, INC.<br><br>Plaintiff,<br><br>v.<br><br>ARKWRIGHT INCORPORATED, et al.<br><br>Defendants. | ) | CONSOLIDATED<br>CIVIL ACTION NO. 01-496 L |

**NOTICE OF WITHDRAWAL**

The undersigned, Martin C. Pentz, hereby withdraws as counsel for defendant Hollingsworth & Vose Company in this action. Attorney Julie Pruitt Barry of Nutter McClennen & Fish LLP, 155 Seaport Boulevard, Boston, Massachusetts will continue, with Kevin J. Bristow, of The Law Offices of Kevin J. Bristow, 1309 Turks Head Building, Providence, Rhode Island, as counsel for Hollingsworth & Vose Company.

Martin C. Pentz (BBO# 394050)
Foley Hoag LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: May 24, 2005