UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNILEVER BESTFOODS and CCL CUSTOM MANUFACTURING, INC.

vs.

AMERICAN STEEL & ALUMINUM CORPORATION, *et al.*,

CONSOLIDATED
C. A. No. 01-496 L

CCL CUSTOM MANUFACTURING, INC.

vs.

ARKWRIGHT INCORPORATED, NYMAN MANUFACTURING COMPANY, INC. and A. T. CROSS COMPANY,

RECEIVED
JUN 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION EXTENDING UNILEVER BESTFOODS' TIME TO FILE OPPOSITION TO DEFENDANT THE BLACK & DECKER CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 22(a), Plaintiff, Unilever Bestfoods ("Bestfoods") and Defendant The Black & Decker Corporation ("B&D") hereby stipulate and agree that Bestfoods shall have until July 8, 2005 to file its opposition to B & D's Motion for Summary Judgment.

UNILEVER BESTFOODS
By Its Attorneys:

PAUL V. CURCIO, ESQ. (#1965)
KRISTEN W. SHERMAN, ESQ. (#5595)
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607

Dated: 6/28/05

THE BLACK & DECKER CORPORATION
By Its Attorneys,

GERALD PETROS, ESQ.
HINCKLEY, ALLEN & SNYDER, LLP
1500 Fleet Center
Providence, RI 02903
Tel: (401) 274-2000
Fax: (401) 277-9600

Dated: 6/28/05

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June, 2005, I mailed a copy of the foregoing to the following counsel of record:

**AMERICAN OPTICAL CORPORATION**
James J. McGair, Esq.
McGair & McGair
128 Dorrance Street, Suite 350
Providence, RI 02903

**AMERICAN STEEL AND ALUMINUM CORP.**
Benjamin V. White, III, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

**A.T. CROSS COMPANY**
**ARKWRIGHT INCORPORATED**
**BAE SYSTEMS AEROSPACE, INC.**
**CONTINENTAL TIRE NORTH AMERICA, INC.**
**MOSSBERG INDUSTRIES**
**RAYTHEON COMPANY**
**REXAM IMAGE PRODUCTS, INC. f/k/a REXAM GRAPHICS f/k/a SCOTT GRAPHICS**
**ROCKWELL COLLINS, INC. f/k/a ROCKWELL INTERNATIONA, INC. f/k/a MAINE ELECTRONICS, INC.**
**ROHM & HAAS COMPANY**
**SEQUA CORPORATION f/k/a SUN CHEMICAL CORPORATION**
**SHIPLEY CO., LLC.**
**TEKNOR APEX CORPORATION**
Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

**ASTRAZENECA PHARMACEUTICALS**
William S. Eggeling, Esq.
Ropes & Gray
30 Kennedy Plaza
Providence, RI 02903

Thomas H. Hannigan, Jr., Esq.
Ropes & Gray
One International Place
Boston, MA 02110-2624

**AVECIA, INC.**
Joseph J. McGair, Esq.
Petrarca & McGair
797 Bald Hill Road
Warwick, RI 02886

John J. Andreason, Esq.
McGrath, North, Mullin & Kratz, PC LLO
1601 Dodge Street, Suite 3700
Omaha, NB 68102

**BAYER CORP. f/k/a MILES, INC. f/k/a AGFA CORP. f/k/a COMPUGRAPHIC CORP.**

Peter Brent Regan, Esq.
Sayer, Regan Thayer & Flanagan
130 Bellevue Avenue, Unit 2
Newport, RI 02840

H. Hamilton Hackney III, P.C.
Jennifer A. Jester, Esq.
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109-2804

**THE BLACK & DECKER CORP. f/k/a EMHART INDUSTRIES, INC.**

Gerald Petros, Esq.
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903

Thomas F. Harrison, Esq.
Clifford E. Nichols, III, Esq.
Day, Berry & Howard, LLP.
City Place I
Hartford, CT 06103-3499

**BOSTON MEDICAL CENTER f/k/a CITY HOSPITAL**

William M. Dolan, III, Esq.
Brown Rudnick Berlack Israels, LLP.
121 South Main Street
Providence, RI 02903

Michael E. Kozlik, Esq.
Brown Rudnick Berlack Israels LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402

**DAVID BRASK**

Mortimer C. Newton, Esq.
The Remington Building
91 Friendship Street
Providence, RI 02903-3837

**CORNING, INC.**

Ian C. Ridlon, Esq.
Randall L. Souza, Esq.
Nixon Peabody, LLC
One Citizens Plaza
Providence, RI 02903

**ENVIRITE CORPORATION**

Steven E. Snow, Esq.
Partridge, Snow & Hahn, LLP.
180 South Main Street
Providence, RI 02903

**FAULKNER HOSPITAL, INC.**
**QUEST DIAGNOSTICS INCORPORATED**

Rosemary M. Allen, Esq.
Ralph A. Child, Esq.
Lyn M. Lustig, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111

Justin T. Shay, Esq.
Charles S. Beal, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

**HUHTAMAKI-EAST PROVIDENCE, INC.**
**PROVIDENCE & WORCESTER RAILROAD COMPANY**
**THE LOUIS M. GERSON CO.**
**HARVARD UNIVERSITY**
Gerald Petros, Esq.
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903

**GENERAL ELECTRIC CO.**
Dean S. Sommer, Esq.
Young, Sommer, Ward, Ritzenberg, Wooley, Baker & Moore, LLC
5 Palisades Drive
Albany, New York 12205-6433

Kevin J. McAllister
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909

**HEWLETT-PACKCARD DAVELOPMENT CO., LP**
John P. Daukas, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

**HOLLINGSWORTH & VOSE CO.**
Kevin J. Bristow Esq.
Bristow & Coyne
1309 Turks Head Building
Providence, RI 02903

Martin C. Pentz, Esq.
Julie Pruit Barry, Esq.
Nutter, McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604

**KAMAN AEROSPACE CORPORATION**
Jeffrey Michaelson, Esq.
Michaelson & Michaelson
P. O. Box 622
7454 Post Road
North Kingstown, RI 02852

David Platt, Esq.
Murtha Cullina, LLP
Cityplace I
185 Asylum Street
Hartford, CT 06103

**J.M. MILLS, INC.**
Melody A. Alger, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, RI 02903

**LEACH & GARNER TECHNOLOGY, INC.**
**LUCENT TECHNOLOGIES SERVICES**
**MIA-COM, INC. f/k/a MICROWAVE ASSOCIATES**
Deming E. Sherman, Esq.
Patricia A. Sullivan, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, Rhode Island 02903

**PHILIPS ELECTRONICS NORTH AMERICA CORPORATIION**
Richard W. MacAdams, Esq.
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903

Michael W. Steinberg, Esquire
Brian Privor
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

**QUEBECOR WORLD HALLIDAY, INC.**
Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

William D. Wick, Esq.
Wactor & Wick, LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

**THE SCHEPENS EYE RESEARCH INSTITUTE, INC.**
Mark A. McSally, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

**SEARS ROEBUCK AND CO.**
John J. Barton, Esq.
Stephen Adams, Esq.
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

Eric Lukingbeal, Esq.
Robinson & Cole
One Commercial Plaza
200 Trumbull Street
Hartford, CT 06103-3597

**THREE R's TRANSPORTATION, INC.**
Keven A. McKenna, Esq.
23 Acorn Street
Providence, RI 02903

**UNION CARBIDE CORPORATION**
Paul M. Sanford, Esq.
Burns & Levinson, LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903

**VA HOSPITAL**
Steven Crowley, Esq.
U. S. Dept. of Justice
Environmental Defense Section
P. O. Box 23986
Washington, DC 20026

**VERIZON NEW ENGLAND, INC.**
Thomas C. Angelone, Esq.
Hodash, Spinella & Angelone
One Turks Head Place, Suite 1050
Providence, RI 02903

Adam Kahn, Esq.
Foley, Hoag & Eliot
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

**WASTE MANAGEMENT, INC.**
**WASTE MANAGEMENT OF NORTH AMERICA, INC.**
**CHAMBERS DEVELOPMENT CO., INC.**
**CLEAN HARBORS OF BRAINTREE**
Paul V. Reynolds, Esq.
Reynolds, DeMarco & Boland
170 Westminster Street, Suite 200
Providence, RI 02903

Roy P. Giarrusso, Esq.
Giarrusso, Norton, Cooley & McGlone
Marina Bay, 308 Victory Road
Quincy, MA 02171

**EDWARD .C. WHITNEY & SON, INC.**
Scott J. Partington, Esq.
Bigos & Partington
1725 Mendon Road
Cumberland, RI 02864

Daniel P. Nagle, Esq.
5 Main Street Extension
Suite 300
Plymouth, MA 02360

**WYMAN-GORDON COMPANY**
**BOSTON EDISON COMPANY**
Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

William D. Gillis, Jr., Esq.
Masserty & Gillis
151 Merrimac Street, 6th Floor
Boston, MA 02114

334125_1.DOC