UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNILEVER BESTFOODS and CCL CUSTOM MANUFACTURING, INC.
*Plaintiffs,*

vs.

AMERICAN STEEL & ALUMINUM CORPORATION, *et al.,*
*Defendants.*

CCL CUSTOM MANUFACTURING, INC.
*Plaintiff,*

vs.

ARKWRIGHT INCORPORATED, NYMAN MANUFACTURING COMPANY, INC. and A. T. CROSS COMPANY,
*Defendants.*

CONSOLIDATED
C. A. No. 01-496 L

**JOINT MOTION FOR ORDER OF DISMISSAL**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Unilever Bestfoods and CCL Custom Manufacturing, Inc. and Defendant, The Black & Decker Corporation, hereby jointly move for an Order of Dismissal dismissing with prejudice, no interest and no costs, all claims against Defendant for costs incurred or to be incurred by Plaintiffs in connection with the Remedial Investigation/Feasibility Study for Operable Unit 2 of the Peterson/ Puritan, Inc. Superfund Site. The dismissal of any claims relating to costs that may be incurred by Plaintiffs in the future in

connection with remedial activities with respect to Operable Unit 2 other than the preparation of the Remedial Investigation/Feasibility Study shall be without prejudice.

The reasons for this Motion are detailed in the parties' Memorandum of Law filed concurrently herewith.

UNILEVER BESTFOODS
By Its Attorneys:

PAUL V. CURCIO, ESQ. (#1965)
KRISTEN W. SHERMAN, ESQ. (#5595)
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607

THE BLACK & DECKER CORPORATION
By Its Attorneys,

GERALD PETROS, ESQ.
HINCKLEY, ALLEN & SNYDER, LLP
1500 Fleet Center
Providence, RI 02903
Tel: (401) 274-2000
Fax: (401) 277-9600

CCL CUSTOM MANUFACTURING, INC.
By Its Attorneys:

KAREN A. PELCZARSKI, ESQ. (#3357)
BLISH & CAVANAGH
30 Exchange Terrace
Providence, RI 02903
Tel: (401) 831-8900
Fax: (401) 351-7542

Of Counsel:
JONATHAN A. MURPHY, ESQ. (JAM-6052)
LESTER, SCHWAB, KATZ & DWYER, LLP
120 Broadway
New York, New York 10271-0071
(212) 964-6611
Fax: (212) 267-5916
337131_2.DOC

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNILEVER BESTFOODS and CCL CUSTOM MANUFACTURING, INC.
*Plaintiffs,*

vs.

AMERICAN STEEL & ALUMINUM CORPORATION, *et al.,*
*Defendants.*

CCL CUSTOM MANUFACTURING, INC.
*Plaintiff,*

vs.

ARKWRIGHT INCORPORATED, NYMAN MANUFACTURING COMPANY, INC. and A. T. CROSS COMPANY,
*Defendants.*

CONSOLIDATED
C. A. No. 01-496 L

**MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION FOR ORDER OF DISMISSAL**

Plaintiffs Unilever Bestfoods and CCL Custom Manufacturing, Inc. and Defendant, The Black & Decker Corporation, submit this Memorandum of Law in support of their concurrently filed Joint Motion for an Order of Dismissal with respect to Defendant The Black & Decker Corporation pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. For the reasons set forth below, this Court should grant the parties' Joint Motion for Order of Dismissal and enter an order dismissing Defendant The Black & Decker Corporation with prejudice, no interest and no costs.

## FACTUAL BACKGROUND

The instant litigation is a civil action for recovery of costs and declaratory relief under Sections 107, 113(f)(1) and 113(g)(2) of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. §§ 9607, 9613(f)(1), and 9613(g)(2), as amended by the Superfund Amendment and Reauthorization Act of 1986 ("CERCLA"). The litigation arises out of releases or threatened releases of hazardous substances at or from the Peterson/Puritan Superfund Site in Cumberland, Rhode Island (hereinafter the "Site"). Plaintiff Unilever Bestfoods seeks to recover the response costs that it has incurred in responding to releases and/or threatened releases of hazardous substances from the Site. In particular, Unilever Bestfoods seeks to recover the costs it has incurred and will incur in undertaking a Remedial Investigation/ Feasibility Study for Operable Unit 2 of the Site, which includes the J.M. Mills landfill. Plaintiff Unilever Bestfoods also seeks declaratory judgment holding the Defendants jointly and severally liable for costs incurred or to be incurred in investigating and responding to such releases or threatened releases of hazardous substances at or from the Site, pursuant to Section 113(g)(2) of CERCLA, 42 U.S.C. 9613(g)(2). In the alternative, Plaintiff Unilever Bestfoods seeks a judgment holding Defendants liable for their proportionate share of costs incurred or to be incurred in investigating and responding to such releases or threatened releases of hazardous substances at or from the Site. Plaintiff CCL Custom Manufacturing, Inc. seeks judgment holding Defendants liable for their proportionate shares of costs incurred or to be incurred in investigating and responding to such releases of hazardous substances at or from the Site.

Defendant The Black & Decker Corporation ("B&D") was named as a defendant in the litigation by way of the First Amended Complaint dated September 2002 (the "Complaint"). Specifically, based on corporate research conducted by Plaintiffs' consultants, the Complaint specifically named "The Black & Decker Corp. f/k/a Emhart Corp. f/k/a/ Texon, Inc." On May 16, 2005, Unilever Bestfoods received an Answer to the Complaint on behalf of "Defendant The Black & Decker Corporation" in which B & D denied that it was formerly known as "Emhart Corp." or "Texon, Inc." and, in any event, denied liability as the successor in interest to any such party. See Answer of Defendant The Black & Decker Corporation at ¶ 12.

B & D also served Plaintiffs with a Motion for Summary Judgment. In its Motion for Summary Judgment, B & D argued, *inter alia*, that any environmental liability in connection with the Site that Texon, Inc. may have incurred does not lie with B & D. Defendant The Black & Decker Corporation's Memorandum in Support of Motion for Summary Judgment at p. 4. In support of its position, B & D offered the Affidavit of Charles E. Fenton, Senior Vice President and General Counsel of B & D, in which Mr. Fenton detailed the corporate history of and relationship between B & D, Emhart Corp. and the Texon Division of Emhart Industries, Inc.

Based on B & D's Motion for Summary Judgment and supporting documents, Plaintiffs have determined not to pursue their claims against B & D for costs they have incurred and will incur in connection with the RI/FS at Operable Unit 2. Notwithstanding the results of Plaintiffs' own independent research showing a nexus between Texon, Inc. and B & D, B & D has presented the sworn testimony of its Senior

Vice-President and General Counsel that B & D does not have any liability as the successor to Texon, Inc. Resolving the dispute over B & D's corporate history and successor liability would require an enormous expenditure of time and expenses by all parties. Plaintiffs would need and would inevitably seek written discovery and depositions from individuals at B & D to defeat the motion. In turn, it is possible if not likely that B & D would seek reciprocal discovery.

## LEGAL ARGUMENT

For a variety of reasons, the Court should allow B & D to be dismissed from the case pursuant to Fed. R. Civ. P. 41(a)(2).[1] Under that rule, the Court can issue an order of dismissal at the plaintiff's insistence upon such terms and conditions as it deems proper. Fed. R. Civ. P. 41(a)(2). In the present case, assuming that the facts presented by B & D in support of its motion are true, it is far from clear that B & D would have CERCLA liability at the Site.

There is no prejudice that will result from a dismissal at this time. This Motion is being presented in the early stages of the litigation before discovery has proceeded between the parties. There have been few pleadings and memoranda exchanged between Plaintiffs and B & D. The Court has also not rendered any decisions with respect to B & D's liability or lack thereof. Therefore, there can be no real prejudice from a dismissal at this time and the parties concur that a dismissal is appropriate.

[1] In the present case, dismissal by stipulation under Rule 41(a)(1) is impracticable given the sheer number of defendants in this case.

Based on the foregoing, Plaintiffs and Defendant, The Black & Decker Corporation respectfully request that the Court grant their Joint Motion for Order of Dismissal and enter an Order dismissing B & D with prejudice, no interest and no costs.

UNILEVER BESTFOODS
By Its Attorneys:

PAUL V. CURCIO, ESQ. (#1965)
KRISTEN W. SHERMAN, ESQ. (#5595)
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607

THE BLACK & DECKER CORPORATION
By Its Attorneys,

GERALD PETROS, ESQ.
HINCKLEY, ALLEN & SNYDER, LLP
1500 Fleet Center
Providence, RI 02903
Tel: (401) 274-2000
Fax: (401) 277-9600

CCL CUSTOM MANUFACTURING, INC.
By Its Attorneys:

KAREN A. PELCZARSKI, ESQ. (#3357)
BLISH & CAVANAGH
30 Exchange Terrace
Providence, RI 02903
Tel: (401) 831-8900
Fax: (401) 351-7542

Of Counsel:
JONATHAN A. MURPHY, ESQ. (JAM-6052)
LESTER, SCHWAB, KATZ & DWYER, LLP
120 Broadway
New York, New York 10271-0071
Tel: (212) 964-6611
Fax: (212) 267-5916

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of July, 2005, I mailed a copy of the foregoing to the following attorneys of record:

**AMERICAN OPTICAL CORPORATION**
James J. McGair, Esq.
McGair & McGair
128 Dorrance Street, Suite 350
Providence, RI 02903

**AMERICAN STEEL AND ALUMINUM CORP.**
Benjamin V. White, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

**A.T. CROSS COMPANY**
**ARKWRIGHT INCORPORATED**
**BAE SYSTEMS AEROSPACE, INC.**
**CONTINENTAL TIRE NORTH AMERICA, INC.**
**MOSSBERG INDUSTRIES**
**RAYTHEON COMPANY**
**REXAM IMAGE PRODUCTS, INC. f/k/a REXAM GRAPHICS f/k/a SCOTT GRAPHICS**
**ROCKWELL COLLINS, INC. f/k/a ROCKWELL INTERNATIONA, INC. f/k/a MAINE ELECTRONICS, INC.**
**SEQUA CORPORATION f/k/a SUN CHEMICAL CORPORATION**
**SHIPLEY CO., LLC.**
**ROHM & HAAS COMPANY**
**TEKNOR APEX CORPORATION**
Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

**ASTRAZENECA PHARMACEUTICALS**
William S. Eggeling, Esq.
Ropes & Gray
30 Kennedy Plaza
Providence, RI 02903

Thomas H. Hannigan, Jr., Esq.
Ropes & Gray
One International Place
Boston, MA 02110-2624

**AVECIA, INC.**

Joseph J. McGair, Esq.
Petrarca & McGair
797 Bald Hill Road
Warwick, RI 02886

John J. Andreason, Esq.
McGrath, North, Mullin & Kratz, PC LLO
Suite 3700
1601 Dodge Street
Omaha, NB 68102

**BAYER CORP. f/k/a MILES, INC. f/k/a AGFA CORP. f/k/a COMPUGRAPHIC CORP.**

Peter Brent Regan, Esq.
Sayer, Regan Thayer & Flanagan
130 Bellevue Avenue, Unit 2
Newport, RI 02840

H. Hamilton Hackney III, P.C.
Jennifer A. Jester, Esq.
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109-2804

**THE BLACK & DECKER CORP.**

Gerald Petros, Esq.
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903

Thomas F. Harrison, Esq.
Clifford E. Nichols, III, Esq.
Day, Berry & Howard, LLP.
City Place I
Hartford, CT 06103-3499

**BOSTON EDISON COMPANY**

Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

**BOSTON MEDICAL CENTER f/k/a CITY HOSPITAL**

William M. Dolan, III, Esq.
Brown Rudnick Berlack Israels, LLP.
121 South Main Street
Providence, RI 02903

Michael E. Kozlik, Esq.
Brown Rudnick Berlack Israels LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402

**DAVID BRASK**

Mortimer C. Newton, Esq.
The Remington Building
91 Friendship Street
Providence, RI 02903-3837

**CORNING, INC.**
Ian C. Ridlon, Esq.
Randall L. Souza, Esq.
Nixon Peabody, LLC
One Citizens Plaza
Providence, RI 02903

**ENVIRITE CORPORATION**
Steven E. Snow, Esq.
Partridge, Snow & Hahn, LLP.
180 South Main Street
Providence, RI 02903

**FAULKNER HOSPITAL, INC.**
**QUEST DIAGNOSTICS INCORPORATED**
Rosemary M. Allen, Esq.
Ralph A. Child, Esq.
Lyn M. Lustig, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111

Justin T. Shay, Esq.
Charles S. Beal, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

**HUHTAMAKI-EAST PROVIDENCE, INC.**
**PROVIDENCE & WORCESTER RAILROAD COMPANY**
**THE LOUIS M. GERSON CO.**
**HARVARD UNIVERSITY**
Gerald Petros, Esq.
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903

**GENERAL ELECTRIC CO.**
Dean S. Sommer, Esq.
Young, Sommer, Ward, Ritzenberg, Wooley, Baker & Moore, LLC

5 Palisades Drive
Albany, New York 12205-6433

Kevin J. McAllister
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909

**HEWLETT-PACKCARD DAVELOPMENT CO., LP**
John P. Daukas, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

**HOLLINGSWORTH & VOSE CO.**
Kevin J. Bristow Esq.
Bristow & Coyne
1309 Turks Head Building
Providence, RI 02903

Martin C. Pentz, Esq.
Julie Pruit Barry, Esq.
Nutter, McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604

**KAMAN AEROSPACE CORPORATION**
Jeffrey Michaelson, Esq.
Michaelson & Michaelson
P. O. Box 622
7454 Post Road
North Kingstown, RI 02852

David Platt, Esq.
Murtha Cullina, LLP
Cityplace I
185 Asylum Street
Hartford, CT 06103

**J.M. MILLS, INC.**
Melody A. Alger, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, RI 02903

**LEACH & GARNER TECHNOLOGY, INC.**
**LUCENT TECHNOLOGIES SERVICES**
**MIA-COM, INC. f/k/a MICROWAVE ASSOCIATES**
Deming E. Sherman, Esq.
Patricia A. Sullivan, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, Rhode Island 02903

**PHILIPS ELECTRONICS NORTH AMERICA CORPORATIION**

Richard W. MacAdams, Esq.
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903

Michael W. Steinberg, Esquire
Brian Privor
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

**QUEBECOR WORLD HALLIDAY, INC.**

Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

William D. Wick, Esq.
Wactor & Wick, LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

**THE SCHEPENS EYE RESEARCH INSTITUTE, INC.**

Mark A. McSally, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

**SEARS ROEBUCK AND CO.**

John J. Barton, Esq.
Stephen Adams, Esq.
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

Eric Lukingbeal, Esq.
Robinson & Cole
One Commercial Plaza
200 Trumbull Street
Hartford, CT 06103-3597

**THREE R's TRANSPORTATION, INC.**

Keven A. McKenna, Esq.
23 Acorn Street
Providence, RI 02903

**UNION CARBIDE CORPORATION**

Paul M. Sanford, Esq.
Burns & Levinson, LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903

**VA HOSPITAL**

Steven Crowley, Esq.
U. S. Dept. of Justice

Environmental Defense Section
P. O. Box 23986
Washington, DC 20026

**VERIZON NEW ENGLAND, INC.**

Thomas C. Angelone, Esq.
Hodash, Spinella & Angelone
One Turks Head Place, Suite 1050
Providence, RI 02903

Adam Kahn, Esq.
Foley, Hoag & Eliot
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

**WASTE MANAGEMENT, INC.**
**WASTE MANAGEMENT OF NORTH AMERICA, INC.**
**CHAMBERS DEVELOPMENT CO., INC.**
**CLEAN HARBORS OF BRAINTREE**

Paul V. Reynolds, Esq.
Reynolds, DeMarco & Boland
170 Westminster Street, Suite 200
Providence, RI 02903

Roy P. Giarrusso, Esq.
Giarrusso, Norton, Cooley & McGlone
Marina Bay, 308 Victory Road
Quincy, MA 02171

**EDWARD .C. WHITNEY & SON, INC.**

Scott J. Partington, Esq.
Bigos & Partington
1725 Mendon Road
Cumberland, RI 02864

Daniel P. Nagle, Esq.
5 Main Street Extension
Suite 300
Plymouth, MA 02360

**WYMAN-GORDON COMPANY**
**BOSTON EDISON COMPANY**

Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

William D. Gillis, Jr., Esq.
Donovan Hatem LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210