UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DISTRICT OF RHODE ISLAND

UNILEVER BESTFOODS and CCL CUSTOM MANUFACTURING, INC.
*Plaintiffs,*

vs.

AMERICAN STEEL & ALUMINUM CORPORATION, *et al.*,
*Defendants.*

CONSOLIDATED
C. A. No. 01-496 L

CCL CUSTOM MANUFACTURING, INC.
*Plaintiff,*

vs.

ARKWRIGHT INCORPORATED, NYMAN MANUFACTURING COMPANY, INC. and A. T. CROSS COMPANY,
*Defendants.*

**JOINT MOTION FOR ORDER OF DISMISSAL**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Unilever Bestfoods and CCL Custom Manufacturing, Inc. and Defendant, The Black & Decker Corporation, hereby jointly move for an Order of Dismissal dismissing with prejudice, no interest and no costs, all claims against Defendant for costs incurred or to be incurred by Plaintiffs in connection with the Remedial Investigation/Feasibility Study for Operable Unit 2 of the Peterson/ Puritan, Inc. Superfund Site. The dismissal of any claims relating to costs that may be incurred by Plaintiffs in the future in

576

connection with remedial activities with respect to Operable Unit 2 other than the preparation of the Remedial Investigation/Feasibility Study shall be without prejudice.

The reasons for this Motion are detailed in the parties' Memorandum of Law filed concurrently herewith.

UNILEVER BESTFOODS
By Its Attorneys:

PAUL V. CURCIO, ESQ. (#1965)
KRISTEN W. SHERMAN, ESQ. (#5595)
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607

CCL CUSTOM MANUFACTURING, INC.
By Its Attorneys:

KAREN A. PELCZARSKI, ESQ. (#3357)
BLISH & CAVANAGH
30 Exchange Terrace
Providence, RI 02903
Tel: (401) 831-8900
Fax: (401) 351-7542

Of Counsel:
JONATHAN A. MURPHY, ESQ. (JAM-6052)
LESTER, SCHWAB, KATZ & DWYER, LLP
120 Broadway
New York, New York 10271-0071
(212) 964-6611
Fax: (212) 267-5916
337131_2.DOC

THE BLACK & DECKER CORPORATION
By Its Attorneys,

GERALD PETROS, ESQ.
HINCKLEY, ALLEN & SNYDER, LLP
1500 Fleet Center
Providence, RI 02903
Tel: (401) 274-2000
Fax: (401) 277-9600

Granted:
Ronald R. Lagueux
Sr. USDJ 7/12/05