UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILEVER BESTFOODS, et al., Plaintiffs, v. AMERICAN STEEL & ALUMINUM CORP, et al., Defendants. | CONSOLIDATED C.A. NO. 01 – 496L |
| CCL CUSTOM MANUFACTURING, INC., Plaintiff, v. ARKWRIGHT INCORPORATED, et al., Defendants. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please enter the withdrawal of my appearance as counsel for Defendant Faulkner Hospital, Inc. in the above-captioned action.

Respectfully Submitted,

Rosemary M. Allen (# 5407)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY & POPEO, P.C.
One Financial Center
Boston, MA 02111
Phone: (617) 542-6000
Fax: (617) 542-2241

Date: November 3, 2005

Certification

I hereby certify that on November 3, 2005, a copy of this Notice of Withdrawal was mailed, via first class, U.S. Mail, postage pre-paid to all counsel of record as listed on the attached schedule.

Lyn M. Lustig

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNILEVER BESTFOODS, et al.,
Plaintiffs,
v.
AMERICAN STEEL & ALUMINUM CORP, et al.,
Defendants.

CCL CUSTOM MANUFACTURING, INC.,
Plaintiff,
v.
ARKWRIGHT INCORPORATED, et al.,
Defendants.

CONSOLIDATED C.A. NO. 01 – 496L

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please enter the withdrawal of my appearance as counsel for Defendant Quest Diagnostics Incorporated in the above-captioned action.

Respectfully Submitted,

Rosemary M. Allen (# 5407)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY & POPEO, P.C.
One Financial Center
Boston, MA 02111
Phone: (617) 542-6000
Fax: (617) 542-2241

Date: November 3, 2005

Certification

I hereby certify that on November 3, 2005, a copy of this Notice of Withdrawal was mailed, via first class, U.S. Mail, postage pre-paid to all counsel of record as listed on the attached schedule.

Lyn M. Lustig

## SCHEDULE A - SERVICE LIST

**AMERICAN OPTICAL CORP.**
James J. McGair, Esq.
McGair & McGair
128 Dorrance Street, Suite 350
Providence, RI 02903

**AMERICAN STEEL AND ALUMINUM CORP.**
Benjamin V. White III, Esq
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Ira K. Gross, Esq.
Sullivan & Worcester, LLP
One Post Office Square
Boston, MA 02109

**A.T. CROSS COMPANY**
**ARKWRIGHT INCORPORATED**
**BAE SYSTEMS AEROSPACE, INC.**
**CONTINENTAL TIRE NORTH AMERICA**
**MOSSBERG INDUSTRIES**
**RAYTHEON**
**REXAM IMAGE PRODUCTS, INC. f/k/a REXAM GRAPHICS f/k/a SCOTT GRAPHICS**
**ROCKWELL COLLINS, INC. f/k/a ROCKWELL INTERNATIONAL, INC. F/K/A MAINE ELECTRONICS, INC.**
**SEQUA CORPORATION f/k/a SUN CHEMICAL CORPORATION**
**SHIPLEY CO., LLC**
**ROHM & HAAS COMPANY**
**TEKNOR APEX CORPORATION**
Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 180
Providence, RI 02903

**ASTRAZENECA PHARMACEUTICALS**
William S. Eggeling, Esq.
Ropes & Gray
30 Kennedy Plaza
Providence, RI 02903

Thomas H. Hannigan Jr., Esq.
Ropes & Gray
One International Place
Boston, MA 02110-2624

**AVECIA, INC.**
Joseph J. McGair, Esq.
Petrarca and McGair, Inc.
797 Bald Hill Road
Warwick, RI 02886

John A. Andreasen, Esq.
McGrath, North, Mullin & Kratz, PC
1601Dodge Street, Suite 3700
Omaha, NE 68102

**BAYER CORP. f/k/a MILES, INC. f/k/a AGFA CORP. f/k/a COMPUGRAPHIC CORP.**

Peter Brent Regan, Esq.
Sayer, Regan, Thayer & Flanagan
130 Bellevue Avenue, Unit 2
Newport, RI 02840

H. Hamilton Hackney III, P.C.
Jennifer A. Jester, Esq.
Choate, Hall & Stewart
Two International Place
Boston, MA 02110

**THE BLACK & DECKER CORP. f/k/a EMHART INDUSTRIES, INC.**

Gerald Petros, Esq.
Alexandra K. Callam, Esq.
Hinckley, Allen & Snyder
1500 Fleet Center
Providence, RI 02903

Thomas F. Harrison, Esq.
Clifford E. Nichols III, Esq.
Day, Berry & Howard, LLP
CityPlace I
Hartford, CT 06103

**BOSTON MEDICAL CENTER f/k/a CITY HOSPITAL**

William M. Dolan II, Esq.
Angel Taveras, Esq.
Brown Rudnick Berlap Israels, LLP
121 Main Street
Providence, RI 02903

**DAVID BRASK**

Mortimer C. Newton, Esq.
The Remington Building
91 Friendship Street
Providence, RI 02903-3837

**CCL CUSTOM MANUFACTURING, INC.**

Karen Ann Pelczarski
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

Ramsey Clark, Esq.
Lawrence W. Schilling, Esq.
36 East 12th Street
New York, NY 10003

Jonathan A. Murphy, Esq.
Lester, Schwab, Katz & Dwyer, LLP
120 Broadway
New York, NY 10271-0071

**CORNING, INC.**

Ian C. Ridlon, Esq.
Randall L. Souze, Esq.
Nixon Peabody, LLC
One Citizens Plaza
Providence, RI 02903

**ENVIRITE CORPORATION**
Steven E. Snow
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

James M. Ix, Esq.
Dechert Price & Rhoads
400 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

**HUHTAMAKI-EAST PROVIDENCE, INC.**
**PROVIDENCE & WORCESTER RAILROAD COMPANY**
**THE LOUIS M. GERSON CO.**
**HARVARD UNIVERSITY**
Gerald Petros, Esq.
Hinckley, Allen & Snyder
1500 Fleet Center
Providence, RI 02903

**GENERAL ELECTRIC**
Kevin J. McAllister, Esq.
Brennan, Recupero, Cascione, Scungio & McAllister
362 Broadway
Providence, RI 02909

Dean S. Sommer, Esq.
James A. Muscato II
Young, Sommer, Ward, Ritzenberg, Wooley, Baker & Moore LLC
5 Palisades Drive
Albany, NY 12205

**HEWLETT-PACKARD DEVELOPMENT CO.**
John P. Daukas, Esq.
Christopher P. Davis, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

**HOLLINGSWORH & VOSE CO.**
Kevin J. Bristow, Esq.
Law Offices of Kevin J. Bristow
1309 Turks Head Building
Providence, RI 02903

Martin C. Pentz, Esq.
Julie Pruit Barry, Esq.
Nutter, McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604

**J.M. MILLS, INC.**
Melody A. Alger, Esq.
Baluch, Gianfrancesco, Mathieu &Szerlag
155 South Main Street, Suite 101
Providence, RI 02903

**KAMAN AEROSPACE CORPORATION**

Jeffrey Michaelson, Esq.
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, RI 02852

David Platt, Esq.
Murtha Cullina LLP
Cityplace 1
185 Asylum Street
Hartford, CT 06103

**LEACH & GARNER TECHNOLOGY, INC.**
**LUCENT TECHNOLOGIES SERVICES**
**M/A-COM, INC. f/k/a MICROWAVE ASSOCIATES**

Deming E. Sherman, Esq.
Patricia A. Sullivan, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Carl H. Helmsetter, Esq.
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106

**MCT ACQUISITIONS, INC. f/k/a MORSE CUTTING TOOLS, INC. f/k/a MCT, INC. f/k/a MORSE CUTTING TOOL DIVISION**

Eric A. Linden
Jaffe Rait Hueer & Weiss
Suite 2400
One Woodward Avenue
Detroit, MI 48226

**NSTAR SERVICE CO.**

Michael P. Sullivan, Esq.
General Counsel
NSTAR Service Co.
800 Boylston Street
Boston, MA 02199

**PHILIPS ELECTRONICS NORH AMERICA CORPORATION**

Richard W. MacAdams
MacAdams & Wieck,Inc.
101 Dyer Street, Suite 400
Providence, RI 02903

Michael W. Steinberg, Esq.
Morgan, Lewis & Bockus, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

**QUEBECOR WORLD HALLIDAY, INC.**

Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

William D. Wick, Esq.
Wactor & Wick, LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

**THE SCHEPENS EYE RESEARCH INSTITUTE, INC.**
Mark A. McSally, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

**SEARS ROEBUCK AND CO.**
Eric Lukingbeal, Esq.
Robinson & Cole
One Commercial Plaza
200 Trumbull Street
Hartford, CT 06103-3597

John J. Barton, Esq.
Taylor, Duane, Barton & Gillman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

David Strachman, Esq.
Skolnick, McIntyre & Tate
321 S. Main Street, Suite 400
Providence, RI 02903

**THREE R's TRANSPORTATION, INC.**
Andrew A. Thomas, Esq.
Silva Law Group, Ltd.
1100 Aquidneck Avenue
Middletown, RI 02842

Michelle N. O'Brien, Esq.
Moehrke Mackie & Shea PC
137 Newbury Street
Boston, MA 02116

Keven A. McKenna, Esq.
Keven A. McKenna, PC
23 Acorn St.
Providence, RI 02903

**UNILEVER BESTFOODS**
Paul V. Curcio, Esq.
Kristen W. Sherman, Esq.
Mark O. Denehy, Esq.
Adler Pollock & Sheehan, PC
2300 Financial Plaza
Providence, RI 02903-2443

**UNION CARBIDE CORPORATION**
Paul M. Sanford , Esq.
Burns & Levinson LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903

**VA HOSPITAL**
Steven Crowley, Esq.
U.S. Dept. of Justice
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026

Edward J. Lukey, Esq.
Edward B. Carey, Esq.
U.S. Department of Veterans Affairs
200 Springs Road
Bedford, MA 01730

**VERIZON NEW ENGLAND, INC.**
Thomas C. Angelone, Esq.
Hodash, Spinella & Angelone
One Turks Head Place, Suite 1050
Providence, RI 02903

Adam Kahn, Esq.
Nicholas Kenney, Esq.
Foley, Hoag & Eliot
155 Seaport Boulevard
Boston, MA 02210-2600

**WASTE MANAGEMENT, INC.**
**WASTE MANAGEMENT OF NORTH AMERICA, INC.**
**CHAMBERS DEVELOPMENT CO., INC.**
**CLEAN HARBORS OF BRAINTREE**
Paul V. Reynolds, Esq.
Reynolds, DeMarco & Boland
170 Westminster Street, Suite 200
Providence, RI 02903

Roy P. Giarrusso, Esq.
Giarrusso, Norton, Cooley & McGlone
Marina Bay, 308 Victory Road
Quincy, MA 02171

**EDWARD C. WHITNEY & SON, INC.**
Scott J. Partington, Esq.
Bigos & Partington
1725 Mendon Road
Cumberland, RI 02864

Daniel P. Nagle, Esq.
5 Main Street Extension
Suite 300
Plymouth, MA 02360

**WYMAN-GORDON COMPANY**
**BOSTON EDISON COMPANY**
Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

William D. Gillis, Jr., Esq.
Donovan & Hatem, LLP
2 Seaport Lane
Boston, MA 02210