**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNILEVER BESTFOODS and
CCL CUSTOM MANUFACTURING, INC.
Plaintiffs,

v.

AMERICAN STEEL & ALUMINUM CORP., ET AL.
Defendants.

CCL CUSTOM MANUFACTURING, INC.
Plaintiff,

v.

ARKWRIGHT INCORPORATED, ET AL.
Defendants.

CONSOLIDATED
C.A. No. 01-0496L

**NOTICE OF WITHDRAWAL OF APPEARANCE OF IRAIDA J. ALVAREZ**

Please enter the withdrawal of my appearance as counsel for Defendant Hewlett Packard Development Corp., LP in the above-captioned action.

John B. Daukas, and Christopher P. Davis of Goodwin Procter LLP shall continue their appearance as counsel of record for Defendants Hewlett Packard Development Corp., LP.

Respectfully submitted,

Iraida J. Alvarez
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231

Dated: January 26, 2006

## CERTIFICATE OF SERVICE

I, Iraida J. Alvarez, hereby certify that a true copy of this Notice of Withdrawal was mailed, via first class mail postage pre-paid to all counsel of record as listed on the attached schedule.

Iraida J. Alvarez

| | |
|---|---|
| **American Steel & Aluminum Corporation**<br>Benjamin V. White, III, Esq.<br>Eric M. Sommers, Esq.<br>Vetter & White<br>20 Washington Place<br>Providence, RI 02903<br><br>Ira K. Gross, Esq.<br>Sullivan & Worcester LLP<br>One Post Office Square<br>Boston, MA 02109 | **Astrazeneca Pharmaceuticals, L.P.**<br>William S. Eggeling, Esq.<br>Ropes & Gray<br>30 Kennedy Plaza<br>Providence, RI 02903-2328<br><br>Thomas H. Hannigan, Jr., Esq.<br>Ropes & Gray<br>One International Place<br>Boston, MA 02110-2624 |
| **A.T. Cross Company**<br>**Arkwright Incorporated**<br>**BAE Systems Aerospace, Inc.**<br>**Continental Tire North America, Inc.**<br>**Mossberg Industries**<br>**Raytheon Company**<br>**Quebecor World Halliday, Inc., f/k/a Halliday Lithograph Corp.**<br>**Rexam Image Products, Inc., f/k/a Rexam Graphics f/k/a Scott Graphics**<br>**Rockwell Collins, Inc. f/k/a Rockwell International, Inc. f/k/a Maine Electronics, Inc.**<br>**Sequa Corporation**<br>**Shipley Co., LLC**<br>**Rohm & Haas Company**<br>**Teknor Apex Corporation**<br>Gregory L. Benik, Esq.<br>Holland & Knight, LLP<br>One Financial Plaza, Suite 1800<br>Providence, RI 02903 | **David Brask**<br>Mortimer C. Newton, Esq.<br>91 Friendship Street<br>Providence, RI 02903 |

| | |
|---|---|
| **CCL Custom Manufacturing, Inc.**<br>Karen A. Pelczarski, Esq.<br>Blish & Cavanagh<br>30 Exchange Terrace<br>Providence, RI 02903<br><br>Jonathan A. Murphy, Esq.<br>Lester, Schwab, Katz & Dwyer, LLP<br>120 Broadway<br>New York, NY 10271 | **Corning, Inc.**<br>Ian C. Ridlon, Esq.<br>Schechtman Halperin Savage LLP<br>86 Weybosset Street<br>Providence, RI 02903<br><br>Randall L. Souza, Esq.<br>Nixon Peabody LLC<br>One Citizens Plaza<br>Providence, RI 02903 |
| **Huhtamaki-East Providence, Inc., Emhart Industries, Inc. (Black & Decker Corp.), Louis M. Gerson Co, Inc., Providence & Worcester Railroad Company and Harvard University (President and Fellows of Harvard College)**<br>Gerald J. Petros, Esq.<br>Alexandra K. Callam, Esq.<br>Hinckley, Allen & Snyder LLP<br>1500 Fleet Center<br>Providence, RI 02903<br><br>Thomas F. Harrison, Esq.<br>Clifford E. Nichols, III, Esq.<br>Day, Berry & Howard LLP<br>City Place I<br>185 Asylum Street<br>Hartford, CT 06103-3499 | **J.M. Mills, Inc.**<br>Melody A. Alger, Esq.<br>Baluch, Mahoney &Gianfrancesco<br>155 South Main Street, Suite 101<br>Providence, RI 02903 |
| **Leach & Garner Technology, Inc., M/A-COM, Inc. & Lucent Technologies Services Co., Inc.**<br>Deming E. Sherman, Esq.<br>Patricia A. Sullivan, Esq.<br>Edwards, Angell, Palmer & Dodge, LLP<br>2800 Financial Plaza<br>Providence, RI 02903-2499 | **Kaman Aerospace Corporation**<br>Jeffrey Michaelson, Esq.<br>Michaelson & Michaelson<br>P.O. Box 622<br>7454 Post Road<br>North Kingstown, RI 02852<br><br>David Platt, Esq.<br>Murtha Cullina LLP<br>CityPlace I, 29th Floor<br>185 Asylum Street<br>Hartford, CT 06103 |

| | |
|---|---|
| **Sears Roebuck and Co.**<br>John Barton, Esq.<br>Stephen Adams, Esq.<br>Taylor, Duane, Barton & Gilman LLP<br>10 Dorrance Street, Suite 700<br>Providence, RI 02903<br><br>Eric Luckingbeal, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103 | **MCT Acquisitions, Inc.**<br>Eric A. Linden, Esq.<br>Jaffe Rait Hueer & Weiss<br>Suite 2400<br>One Woodward Avenue<br>Detroit, MI 48226 |
| **Unilever Bestfoods**<br>Paul V. Curcio, Esq.<br>Mark O. Denehy<br>Kristen R. Sherman, Esq.<br>Adler Pollock & Sheehan P.C.<br>One Citizens Plaza, 8th Floor<br>Providence, RI 02903 | **Verizon New England, Inc.**<br>Thomas C. Angelone, Esq.<br>Hodash, Spinella & Angelone<br>One Turks Head Place, Suite 1050<br>Providence, RI 02903<br><br>Adam P. Kahn, Esq.<br>Nicholas Kenney, Esq.<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA 02210 |
| **Waste Management, Inc., Waste Management of North America, Inc., Clean Harbors of Braintree, Inc. and Chambers Development Company, Inc.**<br>Paul V. Reynolds, Esq.<br>Reynolds, DeMarco & Boland, Ltd.<br>Greater Providence Bank Building<br>170 Westminster Street, Suite 200<br>Providence, RI 02903<br><br>Roy P. Giarrusso, Esq.<br>Christine Kelley Tramontana, Esq.<br>Giarusso, Norton, Cooley & McGlone, P.C.<br>Marina Bay<br>308 Victory Road<br>Quincy, MA 02171 | **Wyman-Gordon Company & Boston Edison Company (misnamed as NSTAR)**<br>Thomas C. Plunkett, Esq.<br>Kiernan, Plunkett & Redihan<br>91 Friendship Street<br>Providence, RI 02903<br><br>William D. Gillis, Jr., Esq.<br>Donovan & Hatem LLP<br>Two Seaport Lane<br>Boston, MA 02110<br><br>Gerald J. Petros<br>Hinckley, Allen & Snyder<br>1500 Fleet Center<br>Providence, RI 02903<br><br>Louis N. Massery<br>Massery, Gillis & Guiney<br>101 Merrimac Street<br>Boston, MA 02114 |

| | |
|---|---|
| **Bayer Corporation**<br>Peter Brent Regan, Esq.<br>Sayer, Regan Thayer & Flanagan<br>130 Bellevue Avenue, Unit 2<br>Newport, RI 02840<br><br>H. Hamilton Hackney, III, Esq.<br>Jennifer A. Jester, Esq.<br>Choate, Hall & Stewart<br>**[new address]**<br>Boston, MA 02109-2804 | **U.S. Department of Veterans Affairs**<br>Thomas L. Sansonetti, Esq.<br>Stephen E. Crowley, Esq.<br>U.S. Department of Justice<br>Environmental & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 23986<br>Washington, DC 20026-3986<br><br>Edward J. Lukey<br>Edward B. Carey<br>U.S. Department of Veterans Affairs<br>Office of the Regional Counsel<br>200 Springs Road<br>Bedford, MA 01730 |
| **The Schepens Eye Research Institute, Inc.**<br>Mark A. McSally, Esq.<br>Kelly, Kelleher, Reilly & Simpson<br>146 Westminster Street, Suite 500<br>Providence, RI 02903 | **Edward C. Whitney & Son, Inc.**<br>Scott J. Partington, Esq.<br>Bigos & Partington<br>1725 Mendon Road<br>Cumberland, RI 02864<br><br>Donald P. Nagle, Esq.<br>Law Office of Donald P. Nagle, P.C.<br>5 Main Street Extension, Suite 300<br>Plymouth, MA 02360 |
| **Philips Electronics North America Corporation f/k/a Amerperx Electronic Corporation**<br>Richard W. MacAdams, Esq.<br>MacAdams & Wieck Incorporated<br>101 Dyer Street, Suite 400<br>Providence, RI 02903<br><br>Michael W. Steinberg, Esq.<br>Kenneth A. Rubin, Esq.<br>Brian M. Privor, Esq.<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 | **American Optical Corporation**<br>James J. McGair, Esq.<br>McGair & McGair<br>128 Dorrance Street, Suite 350<br>Providence, RI 02903 |

| | |
|---|---|
| **Envirite Corporation**<br>Steven E. Snow, Esq.<br>Partridge Snow Hahn LLP<br>180 South Main Street<br>Providence, RI 02903 | **Boston Medical Center f/k/a City Hospital**<br>William M. Dolan, III, Esq.<br>Brown Rudnick Berlack Israels LLP<br>121 South Main Street<br>Providence, RI 02903<br><br>Douglas A. Cohen<br>Michael Kozlik<br>Brown Rudnick Berlack Israels LLP<br>185 Asylum Street<br>City Place I<br>Hartford, CT 06103-3402 |
| **Hollingsworth & Vose Company**<br>Kevin J. Bristow, Esq.<br>Bristow & Coyne<br>1309 Turks Head Building<br>Providence, RI 02903<br><br>Julie Pruitt Barry, Esq.<br>Nutter McClennen & Fish LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604 | **Quest Diagnostics Incorporated & Faulkner Hospital, Inc.**<br>Ralph A. Child, Esq.<br>Lyn M. Lustig, Esq.<br>Mintz, Levin, Cohn, Ferris,<br>Glovsky & Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br><br>Charles S. Beal<br>Justin Shay<br>Cameron & Mittleman<br>56 Exchange Terrace<br>Providence, RI 02903 |
| **Three R's Transportation**<br>Andrew A. Thomas, Esq.<br>Silva & Associates, Ltd.<br>1100 Aquidneck Avenue<br>Middletown, RI 02842 | **General Electric Co.**<br>Kevin J. McAllister, Esq.<br>Brennan, Recupero, Casione, Scungio &<br>McAllister, LLP<br>362 Broadway<br>Providence, RI 02909 |

| | |
|---|---|
| **Avecia, Inc.**<br>Joseph J. McGair, Esq.<br>Petrarca and McGair, Inc.<br>797 Bald Hill Road<br>Warwick, RI 02886<br><br>John A. Andreasen, Esq., *pro hac vice*<br>McGrath, North, Mullin & Kratz, PC<br>1601 Dodge Street, Suite 3700<br>Omaha, NE 68102 | **NSTAR Service Co.**<br>Michael P. Sullivan, Esq.<br>General Counsel<br>NSTAR Service Co.<br>800 Boylston St.<br>Boston, MA 02199 |
| **Honeywell, Inc.**<br>Douglas J. Emanuel<br>Chace, Ruttenberg & Freedman LLP<br>One Park Row<br>Suite 300<br>Providence, RI 02903 | **Union Carbide Corp.**<br>Paul M. Sanford<br>Burns & Levinson LLP<br>One Citizens Plaza<br>Suite 1100<br>Providence, RI 02903 |

LIBA/1668980.1