UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILEVER BESTFOODS and CCL CUSTOM MANUFACTURING, INC.<br><br>v.<br><br>AMERICAN STEEL & ALUMINUM CORPORATION; ET AL. | **CONSOLIDATED**<br>C.A. No. 01 496ML |
| CCL CUSTOM MANUFACTURING, INC.<br><br>v.<br><br>ARKWRIGHT INCORPORATED, et al. | C.A. No. 01-511 |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF HOLLAND & KNIGHT, LLP**

Please take notice that counsel of record for Teknor Apex Company, Gregory L. Benik is now with the firm of Nixon Peabody LLP, and his prior firm, Holland & Knight, LLP, is no longer counsel in this matter.

Harold W. Potter, Jr. (BBO #404240)
For Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
Phone: (617) 523-2700
Fax: (617) 523-6850

Dated: May 4, 2006

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within was sent via first class mail, postage prepaid, to:

| **American Steel & Aluminum Corporation** | |
|---|---|
| Benjamin V. White, III, Esq.<br>Vetter & White<br>20 Washington Place<br>Providence, RI 02903 | Ira K. Gross, Esq.<br>Sullivan & Worcester LLP<br>One Post Office Square<br>Boston, MA 02109 |

<table>
<tr><td colspan="2">Astrazeneca Pharmaceuticals, L.P.</td></tr>
<tr><td>William S. Eggeling, Esq.<br>Ropes & Gray<br>30 Kennedy Plaza<br>Providence, RI 02903-2328</td><td>Thomas H. Hannigan, Jr., Esq.<br>Ropes & Gray<br>One International Place<br>Boston, MA 02110-2624</td></tr>
<tr><td colspan="2">CCL Custom Manufacturing, Inc.</td></tr>
<tr><td>Karen A. Pelczarski, Esq.<br>Blish & Cavanagh<br>30 Exchange Terrace<br>Providence, RI 02903</td><td>Jonathan A. Murphy, Esq.<br>Lester, Schwab, Katz & Dwyer, LLP<br>120 Broadway<br>New York, NY 10271-0071</td></tr>
<tr><td>David Brask<br>Mortimer C. Newton, Esq.<br>The Remington Building, 3rd Floor<br>91 Friendship Street<br>Providence, RI 02903</td><td>Corning, Inc.<br>Ruth H. Silman, Esq.<br>Nixon Peabody, LLP<br>100 Summer Street<br>Boston, MA 02110-2131</td></tr>
<tr><td colspan="2">Huhtamaki-East Providence, Inc., Emhart Industries, Inc. (Black & Decker Corp.), Louis M. Gerson Co., Inc., Providence & Worcester Railroad Company and Harvard University (President and Fellows of Harvard College)</td></tr>
<tr><td>Gerald J. Petros, Esq.<br>Alexandra K. Callam, Esq.<br>Hinckley, Allen & Snyder LLP<br>1500 Fleet Center<br>Providence, RI 02903</td><td>Thomas F. Harrision, Esq.<br>Clifford E. Nichols, III, Esq.<br>Day, Berry & Howard LLP<br>City Place I<br>185 Asylum Street<br>Hartford, CT 06103-3499</td></tr>
<tr><td>J.M. Mills, Inc.<br>Melody A. Alger, Esq.<br>Baluch, Gianfrancesco, Mathieu & Szerlag<br>155 Main Street, Suite 101<br>Providence, RI 02903</td><td>Unilever Bestfoods<br>Paul V. Curcio, Esq.<br>Mark O. Denehy, Esq.<br>Kristen R. Sherman, Esq.<br>Adler Pollock & Sheehan P.C.<br>2300 Financial Plaza<br>Providence, RI 02903-2443</td></tr>
<tr><td colspan="2">Leach & Garner Technology, Inc., M/A-COM, Inc. & Lucent Technologies Services Co., Inc.</td></tr>
<tr><td>Deming E. Sherman, Esq.<br>Patricia A. Sullivan, Esq.<br>Edwards & Angell, LLP<br>2800 Financial Plaza<br>Providence, RI 02903-2499</td><td>Carl H. Helmstetter, Esq.<br>Spencer Fane Britt & Browne LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, Missouri 64106-2140</td></tr>
<tr><td colspan="2">Kaman Aerospace Corporation</td></tr>
<tr><td>Jeffrey Michaelson, Esq.<br>Michaelson & Michaelson<br>P.O. Box 622<br>7454 Post Road<br>North Kingstown, RI 02852</td><td>David Platt, Esq.<br>Murtha Cullina LLP<br>City Place I, 29th Floor<br>185 Asylum Street<br>Hartford, CT 06103</td></tr>
</table>

| | |
|---|---|
| **Sears Roebuck and Co.** | |
| Eric Luckingbeal, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103 | John Barton, Esq.<br>Stephen Adams, Esq.<br>Taylor, Duane, Barton & Gilman LLP<br>10 Dorrance Street, Suite 700<br>Providence, RI 02903 |
| **Verizon New England, Inc.** | |
| Thomas C. Angelone, Esq.<br>Hodash, Spinella & Angelone<br>One Turks Head Place, Suite 1050<br>P.O. Box 1516<br>Providence, RI 02901-1516 | Adam P. Kahn, Esq.<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA 02210 |
| **Waste Management of Massachusetts, Inc., Waste Management Disposal Services of Massachusetts, Inc. Clean Harbors of Braintree, Inc. and Chambers Development Company, Inc.** | |
| Paul V. Reynolds, Esq.<br>Reynolds, DeMarco & Boland, Ltd.<br>Greater Providence Bank Building<br>170 Westminster Street, Suite 200<br>Providence, RI 02903 | Roy P. Giarrusso, Esq.<br>Christine Kelley Tramontana, Esq.<br>Giarusso, Norton, Cooley & McGlone, P.C.<br>Marina Bay<br>308 Victory Road<br>Quincy, MA 02171 |
| **Wyman-Gordon Company & Boston Edison Company (misnamed as NSTAR)** | |
| Thomas C. Plunkett, Esq.<br>Kiernan, Plunkett & Redihan<br>91 Friendship Street<br>Providence, RI 02903 | William D. Gillis, Jr., Esq.<br>Donovan & Hatem, LLP<br>2 Seaport Lane<br>Boston, MA 02210 |
| **Bayer Corporation** | |
| Peter Brent Regan, Esq.<br>Sayer, Regan Thayer & Flanagan<br>130 Bellevue Avenue, Unit 2<br>Newport, RI 02840 | *Pro hac vice*<br>H. Hamilton Hackney, III, Esq.<br>Jennifer A. Jester, Esq.<br>Choate, Hall & Stewart, LLP<br>Two International Place<br>Boston, MA 02110 |
| **U.S. Department of Veterans Affairs** | |
| Thomas L. Sansonetti, Esq.<br>Stephen E. Crowley, Esq.<br>U.S. Department of Justice<br>Environmental & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 23986<br>Washington, DC 20026-3986 | Edward J. Lukey<br>Edward B. Carey<br>U.S. Department of Veterans Affairs<br>Office of the Regional Counsel<br>200 Springs Road<br>Bedford, MA 01730 |
| **The Schepens Eye Research Institute, Inc.** | **American Optical Corporation** |
| Mark A. McSally, Esq.<br>Kelly, Kelleher, Reilly & Simpson<br>146 Westminster Street, Suite 500<br>Providence, RI 02903 | James J. McGair, Esq.<br>McGair & McGair<br>128 Dorrance Street, Suite 350<br>Providence, RI 02903 |

| **Edward C. Whitney & Son, Inc.** | |
|---|---|
| Scott J. Partington, Esq.<br>Bigos & Partington<br>1725 Mendon Road<br>Cumberland, RI 02864 | Donald P. Nagle, Esq.<br>Law Office of Donald P. Nagle, P.C.<br>5 Main Street Extension, Suite 300<br>Plymouth, MA 02360 |
| **Philips Electronics North America Corporation f/k/a Amerperx Electronic Corporation** | |
| Richard W. MacAdams, Esq.<br>MacAdams & Wieck Incorporated<br>101 Dyer Street, Suite 400<br>Providence, RI 02903 | Michael W. Steinberg, Esq.<br>Kenneth A. Rubin, Esq.<br>Brian M. Privor, Esq.<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |
| **Envirite Corporation** | **Three R Transportation** |
| Steven E. Snow, Esq.<br>Melissa Darigan, Esq.<br>Partridge Snow Hahn LLP<br>180 South Main Street<br>Providence, RI 02903 | Keven A. McKenna, Esq.<br>Keven A. McKenna, PC<br>23 Acorn Street<br>Providence, RI 02903 |
| **Boston Medical Center f/k/a City Hospital** | |
| William M. Dolan, III, Esq.<br>Angel Taveras, Esq.<br>Brown Rudnick Berlack Israels LLP<br>121 South Main Street<br>Providence, RI 02903 | Douglas A. Cohen, Esq.<br>Michael E. Kozlik, Esq.<br>Brown Rudnick Berlack Israels LLP<br>City Place I, 185 Asylum Street<br>Hartford, CT 06103 |
| **Hollingsworth & Vose Company** | |
| Kevin J. Bristow, Esq.<br>Law Offices of Kevin J. Bristow<br>1309 Turks Head Building<br>Providence, RI 02903 | Martin C. Pentz, Esq.<br>Julie Pruitt Barry, Esq.<br>Nutter McClennen & Fish LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604 |
| **Quest Diagnostics Incorporated & Faulkner Hospital, Inc.** | |
| Ralph A. Child, Esq.<br>Rosemary M. Allen, Esq.<br>Lyn M. Lustig, Esq.<br>Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.<br>One Financial Center<br>Boston, MA 02110 | Justin T. Shay, Esq.<br>Charles S. Beal, Esq.<br>Cameron & Mittleman LLP<br>56 Exchange Terrace<br>Providence, RI 02903 |

| | |
|---|---|
| Joseph J. McGair, Esq.<br>Petrarca and McGair, Inc.<br>797 Bald Hill Road<br>Warwick, RI 02886 | *Pro hac vice*<br>John A. Andreasen, Esq.<br>McGrath, North, Mullin & Kratz, PC<br>Suite 3700, 1601 Dodge Street<br>Omaha, NE 68102 |
| **Hewlett-Packard Development Co., LP** | |
| John B. Daukas, Esq.<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA 02109 | *Pro hac vice*<br>Christopher P. Davis, Esq.<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA 02109 |
| **Union Carbide** | |
| David P. Rosenblatt, Esq.<br>Burns & Levinson LLP<br>125 Summer Street<br>Boston, MA 02110-3299 | Paul M. Sanford, Esq.<br>Burns & Levinson LLP<br>One Citizens Plaza, Suite 1100<br>Providence, RI 02903 |
| **Teknor Apex Company**<br>Gregory L. Benik, Esq.<br>Nixon Peabody LLP<br>One Citizens Plaza, Suite 500<br>Providence, RI 02903 | |

on this 4th day of May, 2006.

Bonnie J. Dooley