UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNILEVER BESTFOODS and CCL CUSTOM MANUFACTURING, INC.
*Plaintiffs,*

vs.

AMERICAN STEEL & ALUMINUM CORPORATION, *et al.,*
*Defendants.*

CCL CUSTOM MANUFACTURING, INC.
*Plaintiff,*

vs.

ARKWRIGHT INCORPORATED, NYMAN MANUFACTURING COMPANY, INC. and A. T. CROSS COMPANY,
*Defendants.*

CONSOLIDATED
C. A. No. 01-496 L

**PLAINTIFFS' MOTION FOR ORDER OF DISMISSAL**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Unilever Bestfoods and CCL Custom Manufacturing, Inc. (now KIK Custom Products, Inc.) hereby move this Court for an Order dismissing the claims and any counterclaims by and between Plaintiffs and the following Defendants:

- American Steel & Aluminum Corp.
- Arkwright Incorporated
- AstraZeneca Pharmaceuticals, LP (now Zeneca, Inc.)
- Avecia, Inc.
- BAE Systems Aerospace, Inc. (now BAE Systems Information and Electronic Systems Integration, Inc.)
- Bayer Corp. (now Agfa Corporation as successor in interest to Bayer Corporation)
- Chambers Development Co., Inc. f/k/a United Sanitation, Inc. (*properly known as Chambers Development Co., Inc.*)
- Clean Harbors Environmental Services, Inc. f/k/a SCA Chemical Services, Inc. f/k/a SCA Services, Inc. f/k/a Recycling Industries (*properly known as Clean Harbors of Braintree, Inc.*)
- Clean Harbors, Inc. f/k/a SCA Chemical Services, Inc. f/k/a Recycling Industries (*properly known as Clean Harbors of Braintree, Inc.*)
- Continental Tire North America, Inc.
- Corning, Inc.

- Envirite Corporation
- Faulkner Hospital
- Hewlett-Packard Company, f/k/a Compaq Computer Corporation, f/k/a Digital Equipment Corporation
- M/A-Com, Inc. (now Tyco Electronics, Inc.)
- Nyman Manufacturing Co., Inc. (now Huhtamaki-East Providence, Inc.)
- Kaman Aerospace Corporation
- NStar Electric & Gas Corporation (d/b/a Boston Edison Company)
- Philips Electronics North America Corp.
- Providence & Worcester Railroad Co.
- Quest Diagnostics Incorporated
- Rexam Image Products, Inc.
- Rockwell Collins, Inc.
- Rohm & Haas
- Shipley Co., LLC
- Union Carbide Corporation
- Verizon New England, Inc.
- Waste Management, Inc. f/k/a USA Waste Services, Inc. f/k/a Chambers Development Co., Inc. f/k/a United Sanitation, Inc. (*properly known as Chambers Development Co., Inc.*)
- Waste Management, Inc. f/k/a Advanced Environmental Technology Services, LLC f/k/a Advanced Environmental Technology Corp. (*properly known as Waste Management, Inc.*)
- Waste Management, Inc. f/k/a Waste Management of North America, Inc. f/k/a Waste Management of Massachusetts, Inc. f/k/a Waste Systems, Inc. f/k/a L W Fontaine Trucking, Inc. (*properly known as Waste Management of Massachusetts, Inc.*)
- Waste Management, Inc. f/k/a Waste Management of North America, Inc. f/k/a Waste Management of Massachusetts, Inc. f/k/a Waste Systems, Inc. f/k/a Goditt & Boyer, Inc. (*properly known as Waste Management of Massachusetts, Inc.*)
- Waste Management, Inc. f/k/a Waste Management Acquiring Corp. f/k/a SCA Disposal Services of New England, Inc. f/k/a Cal's Enterprises, Inc. (*properly known as Waste Management Disposal Services of Massachusetts, Inc.*)
- Waste Management of North America, Inc. f/k/a Goditt & Boyer (*properly known as Waste Management of Massachusetts, Inc.*)

The dismissal of the Plaintiffs' claims against the settling Defendants and any counterclaims filed by the settling Defendants shall be with prejudice, each party to bear its own costs and attorney's fees, except that the dismissal shall be without prejudice as to any matters that are specifically reserved in the respective Settlement and Release Agreement between Plaintiffs and each Defendant dismissed under this Motion.

In addition, Plaintiffs submit that it is appropriate for the Court to dismiss any cross-claims that have been asserted against and/or between the settling Defendants, but only to the extent those cross-claims solely relate to contribution for costs allegedly incurred by Plaintiffs in connection with

the matters addressed as defined in Paragraph 65 of the Third Amendment to Administrative Order on Consent ("AOC") with respect to the Peterson/Puritan, Inc. Superfund Site, EPA Docket No. 1-87-1064 (matters addressed therein consisting of the Work, Past Response Costs and Future Response Costs as those terms are defined in the AOC). Remedial Design/Remedial Action ("RD/RA") costs are not the subject of "matters addressed" in the AOC, and settling Defendants agree that dismissal of cross-claims shall expressly be without prejudice as to RD/RA claims.

Dated: June 1, 2007

Respectfully submitted,

UNILEVER BESTFOODS
By Its Attorneys:

/s/ Kristen W. Sherman
MARK O. DENEHY, ESQ. (#3492)
PAUL V. CURCIO, ESQ. (#1965)
KRISTEN W. SHERMAN, ESQ. (#5595)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 751-0604/351-4607

CCL CUSTOM MANUFACTURING, INC.
By Its Attorneys:

/s/ Karen A. Pelczarski
KAREN A. PELCZARSKI, ESQ. (#3357)
BLISH & CAVANAGH
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
Fax: (401) 351-7542

Of Counsel:
JONATHAN A. MURPHY, ESQ. (JAM-6052)
LESTER, SCHWAB, KATZ & DWYER, LLP
120 Broadway
New York, New York 10271-0071
(212) 964-6611
Fax: (212) 267-5916

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June, 2007, I did send a true copy of the within document by electronic means (ECF) to the following:

**AMERICAN OPTICAL CORPORATION**
James J. McGair, Esq.
McGair & McGair
128 Dorrance Street, Suite 350
Providence, RI 02903

**AMERICAN STEEL & ALUMINUM CORP.**
Benjamin V. White, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

**A.T. CROSS COMPANY**
**ARKWRIGHT INCORPORATED**
**BAE SYSTEMS AEROSPACE, INC.**
**CONTINENTAL TIRE NORTH AMERICA, INC.**
**MOSSBERG INDUSTRIES**
**RAYTHEON COMPANY**
**REXAM IMAGE PRODUCTS, INC. f/k/a REXAM GRAPHICS f/k/a SCOTT GRAPHICS**
**ROCKWELL COLLINS, INC. f/k/a ROCKWELL INTERNATIONAL, INC. f/k/a MAINE ELECTRONICS, INC.**
**SEQUA CORPORATION f/k/a SUN CHEMICAL CORPORATION**
**SHIPLEY CO., LLC.**
**ROHM & HAAS COMPANY**
**TEKNOR APEX CORPORATION**
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903

**ASTRAZENECA PHARMACEUTICALS**
William S. Eggeling, Esq.
Ropes & Gray
One International Place
Boston, MA 02110-2624

Thomas H. Hannigan, Jr., Esq.
Ropes & Gray
One International Place
Boston, MA 02110-2624

**AVECIA, INC.**

Joseph J. McGair, Esq.
Petrarca & McGair
797 Bald Hill Road
Warwick, RI 02886

John J. Andreason, Esq.
McGrath, North, Mullin & Kratz, PC LLO
Suite 3700
1601 Dodge Street
Omaha, NB 68102

**BAYER CORP. f/k/a MILES, INC. f/k/a AGRA CORP. f/k/a COMPUGRAPHIC CORP.**

Peter Brent Regan, Esq.
Sayer, Regan Thayer & Flanagan
130 Bellevue Avenue, Unit 2
Newport, RI 02840

H. Hamilton Hackney, Esq.
Greenberg Traurig LLP
One International Place
Boston, MA 02110

**BOSTON MEDICAL CENTER f/k/a CITY HOSPITAL**

William M. Dolan, III, Esq.
Brown Rudnick Berlack Israels, LLP.
121 South Main Street
Providence, RI 02903
.

Michael E. Kozlik, Esq.
Brown Rudnick Berlack Israels LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402

**DAVID BRASK**

Mortimer C. Newton, Esq.
The Remington Building
91 Friendship Street
Providence, RI 02903-3837

**CORNING, INC.**

Ian C. Ridlon, Esq.
Burns & Levinson LLP
One Citizens Plaza
Providence, RI 02903

**ENVIRITE CORPORATION**

Steven E. Snow, Esq.
Partridge, Snow & Hahn, LLP.
180 South Main Street
Providence, RI 02903

**FAULKNER HOSPITAL, INC.**
**QUEST DIAGNOSTICS INCORPORATED**
Ralph A. Child, Esq.
Lyn M. Lustig, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111

Justin T. Shay, Esq.
Charles S. Beal, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

**HUHTAMAKI-EAST PROVIDENCE, INC.**
**PROVIDENCE & WORCESTER RAILROAD COMPANY**
**THE LOUIS M. GERSON CO.**
**HARVARD UNIVERSITY**
Gerald Petros, Esq.
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903

**GENERAL ELECTRIC CO.**
Dean S. Sommer, Esq.
Young, Sommer, Ward, Ritzenberg, Wooley, Baker & Moore, LLC
5 Palisades Drive
Albany, New York 12205-6433

Kevin J. McAllister
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909

**HEWLETT-PACKARD COMPANY**
John P. Daukas, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

**HOLLINGSWORTH & VOSE CO.**

Kevin J. Bristow Esq.
Bristow & Coyne
1309 Turks Head Building
Providence, RI 02903

Martin C. Pentz, Esq.
Julie Pruit Barry, Esq.
Stephen J. Brake, Esq.
Nutter, McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604

**KAMAN AEROSPACE CORPORATION**

Jeffrey Michaelson, Esq.
Michaelson & Michaelson
P. O. Box 622
7454 Post Road
North Kingstown, RI 02852

David Platt, Esq.
Murtha Cullina, LLP
Cityplace I
185 Asylum Street
Hartford, CT 06103

**MICHAEL JOHN REALTY**
**NUNES DISPOSAL**

P. O. Box 7903
Mendon Road
Cumberland, RI 02864

**J.M. MILLS, INC.**

Melody A. Alger, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, RI 02903

**LEACH & GARNER TECHNOLOGY, INC.**
**LUCENT TECHNOLOGIES SERVICES**
**MIA-COM, INC. f/k/a MICROWAVE ASSOCIATES**

Deming E. Sherman, Esq.
Patricia A. Sullivan, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, Rhode Island 02903

**PHILLIPS ELECTRONICS NORTH AMERICA CORPORATION**

Richard W. MacAdams, Esq.
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903

Michael W. Steinberg, Esquire
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

**QUEBECOR WORLD HALLIDAY, INC.**

Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

William D. Wick, Esq.
Wactor & Wick, LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

**THE SCHEPENS EYE RESEARCH INSTITUTE, INC.**

Mark A. McSally, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

**SEARS ROEBUCK AND CO.**

John J. Barton, Esq.
Stephen Adams, Esq.
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

Eric Lukingbeal, Esq.
Robinson & Cole
One Commercial Plaza
200 Trumbull Street
Hartford, CT 06103-3597

**THREE R's TRANSPORTATION, INC.**

Keven A. McKenna, Esq.
23 Acorn Street
Providence, RI 02903

**UNION CARBIDE CORPORATION**

Paul M. Sanford, Esq.
Burns & Levinson, LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903

**VA HOSPITAL**

Steven Crowley, Esq.
U. S. Dept. of Justice
Environmental Defense Section
P. O. Box 23986
Washington, DC 20026

**VERIZON NEW ENGLAND, INC.**

Thomas C. Angelone, Esq.
Hodash, Spinella & Angelone
One Turks Head Place, Suite 1050
Providence, RI 02903

Adam Kahn, Esq.
Foley, Hoag & Eliot
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

**WASTE MANAGEMENT, INC.**
**WASTE MANAGEMENT OF NORTH AMERICA, INC.**
**CHAMBERS DEVELOPMENT CO., INC.**
**CLEAN HARBORS OF BRAINTREE**

Paul V. Reynolds, Esq.
Reynolds, DeMarco & Boland
170 Westminster Street, Suite 200
Providence, RI 02903

Roy P. Giarrusso, Esq.
Giarrusso, Norton, Cooley & McGlone
Marina Bay, 308 Victory Road
Quincy, MA 02171

**EDWARD .C. WHITNEY & SON, INC.**

Scott J. Partington, Esq.
Bigos & Partington
1725 Mendon Road
Cumberland, RI 02864

Daniel P. Nagle, Esq.
5 Main Street Extension
Suite 300
Plymouth, MA 02360

**WYMAN-GORDON COMPANY**
**BOSTON EDISON COMPANY**

Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

William D. Gillis, Jr., Esq.
Donovan Hatem LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210

/s/Kristen W. Sherman

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNILEVER BESTFOODS and CCL CUSTOM MANUFACTURING, INC.
*Plaintiffs,*

vs.

AMERICAN STEEL & ALUMINUM CORPORATION, *et al.,*
*Defendants.*

CCL CUSTOM MANUFACTURING, INC.
*Plaintiff,*

vs.

ARKWRIGHT INCORPORATED, NYMAN MANUFACTURING COMPANY, INC. and A. T. CROSS COMPANY,
*Defendants.*

CONSOLIDATED
C. A. No. 01-496 L

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ORDER OF DISMISSAL**

Plaintiffs Unilever Bestfoods and CCL Custom Manufacturing, Inc. (now KIK Custom Products, Inc.) submit this memorandum of law in support of their concurrently filed Motion for Order of Dismissal ("Dismissal Motion") pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Plaintiffs have entered into individual Settlement and Release Agreements ("Settlement Agreements") with each of the Defendants named in the Dismissal Motion. Pursuant to those Settlement Agreements, Plaintiffs have agreed to dismiss the above-referenced litigation with prejudice and granted each settling Defendant a limited release to the extent set forth in each respective Settlement Agreement.

Plaintiffs are not able to dismiss the Defendants by stipulation pursuant to Fed. R. Civ. P. 41(a)(1). All of the Defendants listed in the Dismissal Motion have filed answers. In addition, due

to the large number of parties to the case and existence of some remaining non-settling parties, Plaintiffs submit that they could not obtain the requisite dismissal stipulation signed by all parties to the action. As a result, Plaintiffs seek an order from the Court dismissing their claims against certain Defendants pursuant to Fed. R. Civ. P. 41(a)(2).

Plaintiffs further submit that it is appropriate for the Court to dismiss any cross-claims asserted against and/or between the settling Defendants, but only to the extent those cross-claims solely relate to contribution for costs allegedly incurred by Plaintiffs in connection with the matters addressed as defined in Paragraph 65 of the Third Amendment to Administrative Order on Consent ("AOC") with respect to the Peterson/Puritan, Inc. Superfund Site, EPA Docket No. 1-87-1064 (matters addressed therein consisting of the Work, Past Response Costs and Future Response Costs as those terms are defined in the AOC). Remedial Design/Remedial Action ("RD/RA") costs are not the subject of matters addressed in the AOC, and settling Defendants agree that dismissal of cross-claims shall expressly be without prejudice as to RD/RA claims.

Based on the foregoing, Plaintiffs respectfully request that the Court grant their Dismissal Motion pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: June 1, 2007

Respectfully submitted,

UNILEVER BESTFOODS
By Its Attorneys:

/s/ Kristen W. Sherman
MARK O. DENEHY, ESQ. (#3492)
PAUL V. CURCIO, ESQ. (#1965)
KRISTEN W. SHERMAN, ESQ. (#5595)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
(401) 274-7200
Fax: (401) 751-0604/351-4607

CCL CUSTOM MANUFACTURING, INC.
By Its Attorneys:

/s/ Karen A. Pelczarski
KAREN A. PELCZARSKI, ESQ. (#3357)
BLISH & CAVANAGH
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
Fax: (401) 351-7542

Of Counsel:
JONATHAN A. MURPHY, ESQ. (JAM-6052)
LESTER, SCHWAB, KATZ & DWYER, LLP
120 Broadway
New York, New York 10271-0071
(212) 964-6611
Fax: (212) 267-5916

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of June, 2007, I did send a true copy of the within document by electronic means (ECF) to the following:

**AMERICAN OPTICAL CORPORATION**
James J. McGair, Esq.
McGair & McGair
128 Dorrance Street, Suite 350
Providence, RI 02903

**AMERICAN STEEL & ALUMINUM CORP.**
Benjamin V. White, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

**A.T. CROSS COMPANY**
**ARKWRIGHT INCORPORATED**
**BAE SYSTEMS AEROSPACE, INC.**
**CONTINENTAL TIRE NORTH AMERICA, INC.**
**MOSSBERG INDUSTRIES**
**RAYTHEON COMPANY**
**REXAM IMAGE PRODUCTS, INC. f/k/a REXAM GRAPHICS f/k/a SCOTT GRAPHICS**
**ROCKWELL COLLINS, INC. f/k/a ROCKWELL INTERNATIONAL, INC. f/k/a MAINE ELECTRONICS, INC.**
**SEQUA CORPORATION f/k/a SUN CHEMICAL CORPORATION**
**SHIPLEY CO., LLC.**
**ROHM & HAAS COMPANY**
**TEKNOR APEX CORPORATION**
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903

**ASTRAZENECA PHARMACEUTICALS**
William S. Eggeling, Esq.
Ropes & Gray
One International Place
Boston, MA 02110-2624

Thomas H. Hannigan, Jr., Esq.
Ropes & Gray
One International Place
Boston, MA 02110-2624

**AVECIA, INC.**

Joseph J. McGair, Esq.
Petrarca & McGair
797 Bald Hill Road
Warwick, RI 02886

John J. Andreason, Esq.
McGrath, North, Mullin & Kratz, PC LLO
Suite 3700
1601 Dodge Street
Omaha, NB 68102

**BAYER CORP. f/k/a MILES, INC. f/k/a AGRA CORP. f/k/a COMPUGRAPHIC CORP.**

Peter Brent Regan, Esq.
Sayer, Regan Thayer & Flanagan
130 Bellevue Avenue, Unit 2
Newport, RI 02840

H. Hamilton Hackney, Esq.
Greenberg Traurig LLP
One International Place
Boston, MA 02110

**BOSTON MEDICAL CENTER f/k/a CITY HOSPITAL**

William M. Dolan, III, Esq.
Brown Rudnick Berlack Israels, LLP.
121 South Main Street
Providence, RI 02903

Michael E. Kozlik, Esq.
Brown Rudnick Berlack Israels LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402

.

**DAVID BRASK**

Mortimer C. Newton, Esq.
The Remington Building
91 Friendship Street
Providence, RI 02903-3837

**CORNING, INC.**

Ian C. Ridlon, Esq.
Burns & Levinson LLP
One Citizens Plaza
Providence, RI 02903

**ENVIRITE CORPORATION**

Steven E. Snow, Esq.
Partridge, Snow & Hahn, LLP.
180 South Main Street
Providence, RI 02903

**FAULKNER HOSPITAL, INC.**
**QUEST DIAGNOSTICS INCORPORATED**
Ralph A. Child, Esq.
Lyn M. Lustig, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111

Justin T. Shay, Esq.
Charles S. Beal, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

**HUHTAMAKI-EAST PROVIDENCE, INC.**
**PROVIDENCE & WORCESTER RAILROAD COMPANY**
**THE LOUIS M. GERSON CO.**
**HARVARD UNIVERSITY**
Gerald Petros, Esq.
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903

**GENERAL ELECTRIC CO.**
Dean S. Sommer, Esq.
Young, Sommer, Ward, Ritzenberg, Wooley, Baker & Moore, LLC
5 Palisades Drive
Albany, New York 12205-6433

Kevin J. McAllister
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909

**HEWLETT-PACKARD COMPANY**
John P. Daukas, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

**HOLLINGSWORTH & VOSE CO.**

Kevin J. Bristow Esq.
Bristow & Coyne
1309 Turks Head Building
Providence, RI 02903

Martin C. Pentz, Esq.
Julie Pruit Barry, Esq.
Stephen J. Brake, Esq.
Nutter, McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604

**KAMAN AEROSPACE CORPORATION**

Jeffrey Michaelson, Esq.
Michaelson & Michaelson
P. O. Box 622
7454 Post Road
North Kingstown, RI 02852

David Platt, Esq.
Murtha Cullina, LLP
Cityplace I
185 Asylum Street
Hartford, CT 06103

**MICHAEL JOHN REALTY**
**NUNES DISPOSAL**

P. O. Box 7903
Mendon Road
Cumberland, RI 02864

**J.M. MILLS, INC.**

Melody A. Alger, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, RI 02903

**LEACH & GARNER TECHNOLOGY, INC.**
**LUCENT TECHNOLOGIES SERVICES**
**MIA-COM, INC. f/k/a MICROWAVE ASSOCIATES**

Deming E. Sherman, Esq.
Patricia A. Sullivan, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, Rhode Island 02903

**PHILLIPS ELECTRONICS NORTH AMERICA CORPORATION**

Richard W. MacAdams, Esq.
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903

Michael W. Steinberg, Esquire
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

**QUEBECOR WORLD HALLIDAY, INC.**
Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

William D. Wick, Esq.
Wactor & Wick, LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

**THE SCHEPENS EYE RESEARCH INSTITUTE, INC.**
Mark A. McSally, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

**SEARS ROEBUCK AND CO.**
John J. Barton, Esq.
Stephen Adams, Esq.
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

Eric Lukingbeal, Esq.
Robinson & Cole
One Commercial Plaza
200 Trumbull Street
Hartford, CT 06103-3597

**THREE R's TRANSPORTATION, INC.**
Keven A. McKenna, Esq.
23 Acorn Street
Providence, RI 02903

**UNION CARBIDE CORPORATION**
Paul M. Sanford, Esq.
Burns & Levinson, LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903

**VA HOSPITAL**
Steven Crowley, Esq.
U. S. Dept. of Justice
Environmental Defense Section
P. O. Box 23986
Washington, DC 20026

**VERIZON NEW ENGLAND, INC.**
Thomas C. Angelone, Esq.
Hodash, Spinella & Angelone
One Turks Head Place, Suite 1050
Providence, RI 02903

Adam Kahn, Esq.
Foley, Hoag & Eliot
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

**WASTE MANAGEMENT, INC.**
**WASTE MANAGEMENT OF NORTH AMERICA, INC.**
**CHAMBERS DEVELOPMENT CO., INC.**
**CLEAN HARBORS OF BRAINTREE**

Paul V. Reynolds, Esq.
Reynolds, DeMarco & Boland
170 Westminster Street, Suite 200
Providence, RI 02903

Roy P. Giarrusso, Esq.
Giarrusso, Norton, Cooley & McGlone
Marina Bay, 308 Victory Road
Quincy, MA 02171

**EDWARD .C. WHITNEY & SON, INC.**
Scott J. Partington, Esq.
Bigos & Partington
1725 Mendon Road
Cumberland, RI 02864

Daniel P. Nagle, Esq.
5 Main Street Extension
Suite 300
Plymouth, MA 02360

**WYMAN-GORDON COMPANY**
**BOSTON EDISON COMPANY**
Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

William D. Gillis, Jr., Esq.
Donovan Hatem LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210

/s/Kristen W. Sherman