# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2007, I caused a copy of the within to be sent to the following counsel of record:

**AMERICAN OPTICAL CORPORATION**
James J. McGair, Esq.
McGair & McGair
128 Dorrance Street, Suite 350
Providence, RI 02903

**AMERICAN STEEL & ALUMINUM CORP.**
Benjamin V. White, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Ira K. Gross, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

**A.T. CROSS COMPANY**
**ARKWRIGHT INCORPORATED**
**BAE SYSTEMS AEROSPACE, INC.**
**CONTINENTAL TIRE NORTH AMERICA, INC.**
**MOSSBERG INDUSTRIES**
**RAYTHEON COMPANY**
**REXAM IMAGE PRODUCTS, INC. f/k/a REXAM GRAPHICS f/k/a SCOTT GRAPHICS**
**ROCKWELL COLLINS, INC. f/k/a ROCKWELL INTERNATIONA, INC. f/k/a MAINE ELECTRONICS, INC.**
**SEQUA CORPORATION f/k/a SUN CHEMICAL CORPORATION**
**SHIPLEY CO., LLC.**
**ROHM & HAAS COMPANY**
**TEKNOR APEX CORPORATION**
Gregory L. Benik, Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903

**ASTRAZENECA PHARMACEUTICALS**
William S. Eggeling, Esq.
Ropes & Gray
One International Place
Boston, MA 02110-2624

Thomas H. Hannigan, Jr., Esq.
Ropes & Gray
One International Place
Boston, MA 02110-2624

**AVECIA, INC.**

Joseph J. McGair, Esq.
Petrarca & McGair
797 Bald Hill Road
Warwick, RI 02886

John J. Andreason, Esq.
McGrath, North, Mullin & Kratz, PC LLO
Suite 3700
1601 Dodge Street
Omaha, NB 68102

**BAYER CORP. f/k/a MILES, INC. f/k/a AGRA CORP. f/k/a COMPUGRAPHIC CORP.**

Peter Brent Regan, Esq.
Sayer, Regan Thayer & Flanagan
130 Bellevue Avenue, Unit 2
Newport, RI 02840

H. Hamilton Hackney, Esq.
Greenberg Traurig LLP
One International Place
Boston, MA 02110

**BOSTON MEDICAL CENTER f/k/a CITY HOSPITAL**

Michael E. Kozlik, Esq.
Douglas A. Cohen
Brown Rudnick Berlack Israels LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402

William M. Dolan, III, Esq.
Brown Rudnick Berlack Israels, LLP.
121 South Main Street
Providence, RI 02903

**DAVID BRASK**

Mortimer C. Newton, Esq.
The Remington Building
91 Friendship Street
Providence, RI 02903-3837

**CORNING, INC.**

Ian C. Ridlon, Esq.
Burns & Levinson LLP
One Citizens Plaza
Providence, RI 02903

**ENVIRITE CORPORATION**

Steven E. Snow, Esq.
Partridge, Snow & Hahn, LLP.
180 South Main Street
Providence, RI 02903

**FAULKNER HOSPITAL, INC.**
**QUEST DIAGNOSTICS INCORPORATED**
Ralph A. Child, Esq.
Lyn M. Lustig, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111

Justin T. Shay, Esq.
Charles S. Beal, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

**HUHTAMAKI-EAST PROVIDENCE, INC.**
**PROVIDENCE & WORCESTER RAILROAD COMPANY**
**THE LOUIS M. GERSON CO.**
**HARVARD UNIVERSITY**
Gerald Petros, Esq.
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903

**GENERAL ELECTRIC CO.**
Dean S. Sommer, Esq.
Young, Sommer, Ward, Ritzenberg, Wooley, Baker & Moore, LLC
5 Palisades Drive
Albany, New York 12205-6433

Kevin J. McAllister
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909

**HEWLETT-PACKCARD COMPANY**
John P. Daukas, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

Christopher P. Davis, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

**HOLLINGSWORTH & VOSE CO.**

Kevin J. Bristow Esq.
Bristow & Coyne
1309 Turks Head Building
Providence, RI 02903

Martin C. Pentz, Esq.
Julie Pruit Barry, Esq.
Stephen J. Brake, Esq.
Nutter, McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604

**KAMAN AEROSPACE CORPORATION**

Jeffrey Michaelson, Esq.
Michaelson & Michaelson
P. O. Box 622
7454 Post Road
North Kingstown, RI 02852

David Platt, Esq.
Murtha Cullina, LLP
Cityplace I
185 Asylum Street
Hartford, CT 06103

**MICHAEL JOHN REALTY**
**NUNES DISPOSAL**

P. O. Box 7903
Mendon Road
Cumberland, RI 02864

**J.M. MILLS, INC.**

Melody A. Alger, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, RI 02903

**LEACH & GARNER TECHNOLOGY, INC.**
**LUCENT TECHNOLOGIES SERVICES**
**MIA-COM, INC. f/k/a MICROWAVE ASSOCIATES**

Deming E. Sherman, Esq.
Patricia A. Sullivan, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, Rhode Island 02903

**PHILIPS ELECTRONICS NORTH AMERICA CORPORATION**

Richard W. MacAdams, Esq.
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903

Michael W. Steinberg, Esq.
Brian M. Privor, Esq.
Kenneth A. Rubin, Esq.
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

**QUEBECOR WORLD HALLIDAY, INC.**

Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

**THE SCHEPENS EYE RESEARCH INSTITUTE, INC.**

Mark A. McSally, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

**SEARS ROEBUCK AND CO.**

John J. Barton, Esq.
Stephen Adams, Esq.
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

Eric Lukingbeal, Esq.
Robinson & Cole
One Commercial Plaza
200 Trumbull Street
Hartford, CT 06103-3597

**THREE R's TRANSPORTATION, INC.**

F. Henry Ellis, III, Esq.
Moehrke, Mackie & Shea, PC
137 Newbury Street
Boston, MA 02116

Keven A. McKenna, Esq.
23 Acorn Street
Providence, RI 02903

**UNION CARBIDE CORPORATION**

Paul M. Sanford, Esq.
Burns & Levinson, LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903

**VA HOSPITAL**
Steven Crowley, Esq.
U. S. Dept. of Justice
Environmental Defense Section
P. O. Box 23986
Washington, DC 20026

**VERIZON NEW ENGLAND, INC.**
Thomas C. Angelone, Esq.
Hodash, Spinella & Angelone
One Turks Head Place, Suite 1050
Providence, RI 02903

Adam Kahn, Esq.
Foley, Hoag & Eliot
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

**WASTE MANAGEMENT, INC.**
**WASTE MANAGEMENT OF NORTH AMERICA, INC.**
**CHAMBERS DEVELOPMENT CO., INC.**
**CLEAN HARBORS OF BRAINTREE**
Paul V. Reynolds, Esq.
Reynolds, DeMarco & Boland
170 Westminster Street, Suite 200
Providence, RI 02903

Roy P. Giarrusso, Esq.
Christine Kelley Tramontana, Esq.
Giarrusso, Norton, Cooley & McGlone
Marina Bay, 308 Victory Road
Quincy, MA 02171

**EDWARD .C. WHITNEY & SON, INC.**
Scott J. Partington, Esq.
Bigos & Partington
1725 Mendon Road
Cumberland, RI 02864

Daniel P. Nagle, Esq.
5 Main Street Extension
Suite 300
Plymouth, MA 02360

**WYMAN-GORDON COMPANY**
**BOSTON EDISON COMPANY**
Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

William D. Gillis, Jr., Esq.
Donovan Hatem LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210

/s/ Kristen W. Sherman