UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNILEVER BESTFOODS and CCL CUSTOM MANUFACTURING, INC.,
*Plaintiffs,*

vs.

AMERICAN STEEL & ALUMINUM CORPORATION, *et al.*,
*Defendants.*

CCL CUSTOM MANUFACTURING, INC.
*Plaintiff,*

vs.

ARKWRIGHT INCORPORATED, NYMAN MANUFACTURING COMPANY, INC. and A. T. CROSS COMPANY,
*Defendants.*

CONSOLIDATED
C. A. No. 01-496 L

**CERTIFICATE OF SERVICE**
**TO MOTION FOR ADMISSION PRO VAC VICE**
**OF THOMAS C. JACKSON**

I hereby certify that on the 19TH day of June, 2007, I caused a copy of the Motion for Admission Pro Hac Vice of Thomas C. Jackson to be sent by electronic means (ECF) to the following counsel of record:

- **Stephen Adams**
  sadams@taylorduane.com
- **Melody A. Alger**
  melody.alger@bgmalaw.com
- **Thomas C. Angelone**
  angelonelaw@aol.com
- **Charles S. Beal**
  cbeal@cm-law.com
- **Gregory L. Benik**
  gbenik@nixonpeabody.com
- **Kevin J. Bristow**
  KJBristowlaw@verizon.net

- **Christopher R. Bush**
  cbush@riag.ri.gov
- **Alexandra K. Callam**
  acallam@haslaw.com
- **John B. Daukas**
  jdaukas@goodwinprocter.com
- **Willliam M. Dolan, III**
  wdolan@browudnick.com
- **William S. Eggeling**
  william.eggeling@ropesgray.com
- **Douglas J. Emanuel**
  demanuel@crfllp.com
- **Roy P. Giarrusso**
  rgiarrusso@gncm.net
- **Richard W. MacAdams**
  rmacadams@mwdglaw.com
- **Kevin J. McAllister**
  kmcallister@bresm.com
- **James J. McGair**
  jmcgair@hotmail.com
- **Joseph J. McGair**
  jjm@petrarcamcgair.com
- **Jeffrey S. Michaelson**
  jeffmichaelson@cox.net
- **Mortimer C. Newton**
  mortneon@gmail.com
- **Scott P. Partington**
  scott@b-plaw.com
- **Karen Ann Pelczarski**
  kap@blishcavlaw.com
- **Gerald J. Petros**
  gpetros@haslaw.com
- **Thomas J. Plunkett**
  tplunkett@kprlaw.com
- **Paul V. Reynolds**
  pvreynolds@conversent.net
- **Ian C. Ridlon**
  iridlon@danoweverett.com
- **Paul M. Sanford**
  psanford@bumslev.com
- **Justin T. Shay**
  jshay@cm-law.com
- **Deming E. Sherman**
  dsheman@eapdlaw.com
- **Steven E. Snow**
  ses@psh.com

- **Dean S. Sommer**
  dsommer@youngsommer.com
- **Randall L. Souza**
  rsouza@shslarm.com
- **Benjamin V. White, III**
  bwhite@vetterandwhite.com

and by mail to the following counsel of record:

John J. Andreason, Esq.
McGrath, North, Mullin & Kratz, PC LLO
Suite 3700
1601 Dodge Street
Omaha, NB 68102

Julie Pruit Barry, Esq.
Nutter, McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604

Ralph A. Child, Esq.
Lyn M. Lustig, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky &
Popeo, P.C.
One Financial Center
Boston, MA 02111

Michael E. Kozlik, Esq.
Douglas A. Cohen
Brown Rudnick Berlack Israels LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3402

Steven Crowley, Esq.
U. S. Dept. of Justice
Environmental Defense Section
P. O. Box 23986
Washington, DC 20026

Christopher P. Davis, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

William D. Gillis, Jr., Esq.
Donovan Hatem LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210

Ira K. Gross, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

H. Hamilton Hackney, III, Esq.
Greenberg Traurig LLP
One International Place
Boston, MA 02110

Thomas H. Hannigan, Jr., Esq.
Ropes & Gray
One International Place
Boston, MA 02110-2624

Adam P. Kahn, Esq.
Foley, Hoag & Eliot
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

Mark A. McSally, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

Eric Lukingbeal, Esq.
Robinson & Cole
One Commercial Plaza
200 Trumbull Street
Hartford, CT 06103-3597

Peter Brent Regan, Esq.
Sayer, Regan Thayer & Flanagan
130 Bellevue Avenue, Unit 2
Newport, RI 02840

Jonathan A. Murphy, Esq.
Lester Schwab Katz & Dwyer
120 Broadway
New York, NY 10271-0071

Daniel P. Nagle, Esq.
5 Main Street Extension
Suite 300
Plymouth, MA 02360

David Platt, Esq.
Murtha Cullina, LLP
Cityplace I
185 Asylum Street
Hartford, CT 06103

Brian M. Privor, Esq.
Kenneth A. Rubin, Esq.
Michael W. Steinberg, Esq.
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

Christine Kelley Tramontana, Esq.
Giarrusso, Norton, Cooley & McGlone
Marina Bay, 308 Victory Road
Quincy, MA 02171

John J. Barton, Esq.
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

Keven A. McKenna, Esq.
23 Acorn Street
Providence, RI 02903

/s/ Kristen W. Sherman