UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNILEVER BESTFOODS and
CCL CUSTOM MANUFACTURING, INC.,

Plaintiffs,

v.

AMERICAN STEEL & ALUMINUM CORP., et al,

Defendants.

CONSOLIDATED
C.A. No. 01-0496L

CCL CUSTOM MANUFACTURING, INC.,

Plaintiff,

ARKWRIGHT INCORPORATED, NYMAN
MANUFACTURING COMPANY, INC.
and A.T. CROSS COMPANY,

Defendants.

**RESPONSE TO PLAINTIFFS' MOTION FOR ORDER OF DISMISSAL**

Defendants Leach & Garner Technology, Inc. and Lucent Technologies Services Co., Inc. hereby file this limited response to the Plaintiffs' Motion for Order of Dismissal.

The undersigned defendants do not object to the settlements between the plaintiffs and those defendants who have entered into Settlement and Release Agreements with the plaintiffs. The undersigned defendants, who are non-settlors, submit a proposed form of Order, attached hereto as Exhibit A, that carries out the terms of the Settlement and Release Agreements but more clearly preserves their cross-claims under certain circumstances. More specifically, as set forth in paragraph 4 of the proposed Order, these defendants seek to preserve their right to assert cross-claims defensively against any settling defendants who may hereafter bring an action

against them. These defendants submit this Order because it should be clear that such cross-claims are preserved.

LEACH & GARNER TECHNOLOGY, INC. and
LUCENT TECHNOLOGIES SERVICES
CO., INC.,
By their attorneys,

/s/ Deming E. Sherman

Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
dsherman@eapdlaw.com

June 27, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2007, I caused a copy of the within Response to Motion for Order of Dismissal be sent by electronic means (ECF) to the following counsel of record:

- **Stephen Adams**
  sadams@taylorduane.com
- **Melody A. Alger**
  melody.alger@bgmalaw.com
- **Thomas C. Angelone**
  angelonelaw@aol.com Conlonmaryv@aol.com
- **Charles S. Beal**
  cbeal@cm-law.com ccappalli@cm-law.com
- **Gregory L. Benik**
  gbenik@nixonpeabody.com ProEfile@nixonpeabody.com
- **Kevin J. Bristow**
  KJBristowlaw@verizon.net
- **Christopher R. Bush**
  cbush@riag.ri.gov randrade@riag.ri.gov
- **Alexandra K. Callam**
  acallam@haslaw.com
- **Paul V. Curcio**
  pcurcio@apslaw.com
- **John B. Daukas**
  jdaukas@goodwinprocter.com
- **William M. Dolan, III**
  wdolan@brownrudnick.com
- **William S. Eggeling**
  william.eggeling@ropesgray.com
- **Douglas J. Emanuel**
  demanuel@crfllp.com
- **Roy P. Giarrusso**
  rgiarrusso@gncm.net
- **Alden C. Harrington**
  harrington@bhrlaw.com
- **Richard W. MacAdams**
  rmacadams@mwdglaw.com vburrus@mwdglaw.com
- **Kevin J. McAllister**
  kmcallister@brcsm.com
- **James J. McGair**
  jmcgair@hotmail.com
- **Joseph J. McGair**
  jjm@petrarcamcgair.com
- **Jeffrey S. Michaelson**
  jeffmichaelson@cox.net

- **Mortimer C. Newton**
  mortnewton@gmail.com
- **Scott J. Partington**
  scott@b-plaw.com
- **Karen Ann Pelczarski**
  kap@blishcavlaw.com
- **Gerald J. Petros**
  gpetros@haslaw.com clomas@haslaw.com
- **Thomas C. Plunkett**
  tplunkett@kprlaw.com info@kprlaw.com
- **Paul V. Reynolds**
  pvreynolds@conversent.net
- **Ian C. Ridlon**
  iridlon@darroweverett.com
- **Paul M. Sanford**
  psanford@burnslev.com scook@burnslev.com
- **Justin T. Shay**
  jshay@cm-law.com ccappalli@cm-law.com
- **Kristen W. Sherman**
  ksherman@apslaw.com afontaine@apslaw.com;btallman@apslaw.com
- **Steven E. Snow**
  ses@psh.com tlc@psh.com
- **Dean S. Sommer**
  dsommer@youngsommer.com amorris@youngsommer.com
- **Randall L. Souza**
  rsouza@shslawfirm.com asalvaggio@shslawfirm.com
- **Benjamin V. White, lll**
  bwhite@vetterandwhite.com

and by mail to the following counsel of record:

John A. Andreasen, Esq.
McGrath, North, Mullin & Kratz, PC
1601 Dodge Street - Suite 3700
Omaha, NE 68102

Julie Pruitt Barry, Esq.
Stephen J. Brake, Esq.
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604

John J. Barton, Esq.
Taylor, Duane, Barton & Gilman LLP
10 Dorrance Street – Suite 700
Providence, RI 02903

Ralph A. Child, Esq.
Lyn M. Lustig, Esq.
Mintz, Levin, Cohn, Ferris,
Glovsky & Popeo, PC
One Financial Center
Boston, MA 02110

Douglas A. Cohen, Esq.
Michael Kozlik, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum Street
CityPlaceI
Hartford, CT 06103

Stephen E. Crowley, Esq.
United States Department of Justice
Environmental & Natural Resource Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986

Christopher Davis, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Mark O. Denehy, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903

William D. Gillis, Jr., Esq.
Donovan & Hatem, LLP
2 Seaport Lane
Boston, MA 02210

H. Hamilton Hackney III, Esq.
Greenberg Traurig LLP
One International Place
Boston, MA 02110

Thomas H. Hannigan, Jr., Esq.
Ropes & Gray
One International Place
Boston, MA 02110-2624

Thomas F. Harrison, Esq.
Clifford E. Nichols III, Esq.
Day, Berry & Howard LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499

Adam Kahn, Esq.
Nicholas Kenney, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Eric Lukingbeal, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

Keven A. McKenna, Esq.
Keven A. McKenna, PC
23 Acorn Street
Providence, RI 02903

Mark A. McSally, Esq.
Kelly, Kelleher, Reilly & Simpson
Suite 500
146 Westminster Street
Providence, RI 02903

Jonathan A. Murphy, Esq.
Lester, Schwab, Katz & Dwyer LLP
120 Broadway
New York, NY 10271-0071

Donald P. Nagle, Esq.
Law Office of Donald P. Nagle, P.C.
5 Main Street Extension- Suite 300
Plymouth, MA 02360

David Platt, Esq.
Murtha Cullina LLP
CityPlace I, 29th Floor
185 Asylum Street
Hartford, CT 06103

Peter Brent Regan, Esq.
Sayer, Regan, Thayer & Flanagan
130 Bellevue Avenue - Unit 2
Newport, RI 02840

Paul M. Sanford, Esq.
Burns & Levinson LLP
One Citizens Plaza - Suite 1100
Providence, RI 02903

William D. Wick, Esq.
Wactor & Wick LLP
180 Grand Avenue - Suite 950
Oakland, CA 94612

Michael W. Steinberg, Esq.
Kenneth A. Rubin, Esq.
Brian M. Privor, Esq.
Morgan, Lewis Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

/s/ Deming E. Sherman

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNILEVER BESTFOODS and CCL CUSTOM MANUFACTURING, INC.<br>*Plaintiffs,*<br><br>vs.<br><br>AMERICAN STEEL & ALUMINUM CORPORATION, *et al.,*<br>*Defendants.*<br><br>CCL CUSTOM MANUFACTURING, INC.<br>*Plaintiff,*<br><br>vs.<br><br>ARKWRIGHT INCORPORATED, NYMAN MANUFACTURING COMPANY, INC. and A. T. CROSS COMPANY,<br>*Defendants.* | : | CONSOLIDATED<br>C. A. No. 01-496 L |

**ORDER**

This matter came before the Court at a hearing on July ___, 2007 upon Plaintiffs' Motion for Order of Dismissal. After hearing thereon and consideration thereof, it is hereby:

ORDERED

1. Plaintiffs' Motion for Order of Dismissal is hereby GRANTED.

2. Plaintiffs' claims against the following Defendants are dismissed with prejudice, each party to bear its own costs and attorney's fees, except that the dismissal is without prejudice as to any matters that are specifically reserved in the respective Settlement and Release Agreements between Plaintiffs and each Defendant being dismissed:

   1. American Steel & Aluminum Corp.
   2. Arkwright Incorporated
   3. AstraZeneca Pharmaceuticals, LP (now Zeneca, Inc.)
   4. Avecia, Inc.
   5. BAE Systems Aerospace, Inc. (now BAE Systems Information and Electronic Systems Integration, Inc.)

6. Bayer Corp. (now Agfa Corporation as successor in interest to Bayer Corporation)
7. Chambers Development Co., Inc. f/k/a United Sanitation, Inc. (*properly known as Chambers Development Co., Inc.*)
8. Clean Harbors Environmental Services, Inc. f/k/a SCA Chemical Services, Inc. f/k/a SCA Services, Inc. f/k/a Recycling Industries (*properly known as Clean Harbors of Braintree, Inc.*)
9. Clean Harbors, Inc. f/k/a SCA Chemical Services, Inc. f/k/a Recycling Industries (*properly known as Clean Harbors of Braintree, Inc.*)
10. Continental Tire North America, Inc.
11. Corning, Inc.
12. Envirite Corporation
13. Faulkner Hospital
14. Hewlett-Packard Company, f/k/a Compaq Computer Corporation, f/k/a Digital Equipment Corporation
15. M/A-Com, Inc. (now Tyco Electronics, Inc.)
16. Nyman Manufacturing Co., Inc. (now Huhtamaki-East Providence, Inc.)
17. Kaman Aerospace Corporation
18. NStar Electric & Gas Corporation (d/b/a Boston Edison Company)
19. Philips Electronics North America Corp.
20. Providence & Worcester Railroad Co.
21. Quest Diagnostics Incorporated
22. Rexam Image Products, Inc.
23. Rockwell Collins, Inc.
24. Rohm & Haas
25. Shipley Co., LLC
26. Union Carbide Corporation
27. Verizon New England, Inc.
28. Waste Management, Inc. f/k/a USA Waste Services, Inc. f/k/a Chambers Development Co., Inc. f/k/a United Sanitation, Inc. (*properly known as Chambers Development Co., Inc.*)
29. Waste Management, Inc. f/k/a Advanced Environmental Technology Services, LLC f/k/a Advanced Environmental Technology Corp. (*properly known as Waste Management, Inc.*)
30. Waste Management, Inc. f/k/a Waste Management of North America, Inc. f/k/a Waste Management of Massachusetts, Inc. f/k/a Waste Systems, Inc. f/k/a L W Fontaine Trucking, Inc. (*properly known as Waste Management of Massachusetts, Inc.*)
31. Waste Management, Inc. f/k/a Waste Management of North America, Inc. f/k/a Waste Management of Massachusetts, Inc. f/k/a Waste Systems, Inc. f/k/a Goditt & Boyer, Inc. (*properly known as Waste Management of Massachusetts, Inc.*)
32. Waste Management, Inc. f/k/a Waste Management Acquiring Corp. f/k/a SCA Disposal Services of New England, Inc. f/k/a Cal's Enterprises, Inc. (*properly known as Waste Management Disposal Services of Massachusetts, Inc.*)
33. Waste Management of North America, Inc. f/k/a Goditt & Boyer (*properly known as Waste Management of Massachusetts, Inc.*)

3. Except as provided in paragraph 4 below, all cross-claims that have been asserted against and/or between the Defendants listed in Paragraph 2 above are also dismissed with prejudice, but only to the extent that such cross-claims relate to contribution for costs incurred by Plaintiffs in connection with the matters addressed as defined in Paragraph 65 of the Third Amendment to Administrative Order on Consent ("AOC") with respect to the Peterson/Puritan Superfund Site, EPA Docket No. 1-87-1064 (matters addressed therein consisting of the Work, Past Response Costs and Future Response Costs as those terms are defined in the AOC). Remedial Design/Remedial Action ("RD/RA") costs are not the subject of "matters addressed in the AOC" and dismissal of the cross-claims hereunder is expressly without prejudice as to RD/RA claims.

4. All pending cross-claims asserted by Defendants who are not listed in paragraph 2 ("non-settlors") against Defendants who are listed in paragraph 2 ("settlors") are dismissed without prejudice and are specifically preserved to the extent that if any Defendant settlor listed in paragraph 2 above asserts a claim against any non-settling Defendant, the non-settling Defendant may bring such cross-claims or any other claims in any such future action. Nothing in the Settlement and Release Agreements is intended, nor shall it be construed, to preclude a non-settling Defendant from asserting any cross-claims against a settling Defendant in any action or claim commenced by a settling Defendant.

SO ORDERED:

______________________________
Ronald R. Lagueux
Senior U.S. District Judge

Dated: ______________________