UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNILEVER BESTFOODS and<br>CCL CUSTOM MANUFACTURING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN STEEL & ALUMINUM CORP., et al,<br><br>Defendants. | : | <u>CONSOLIDATED</u><br>C.A. No. 01-0496L |
| CCL CUSTOM MANUFACTURING, INC.,<br><br>Plaintiff,<br><br>ARKWRIGHT INCORPORATED, NYMAN<br>MANUFACTURING COMPANY, INC.<br>and A.T. CROSS COMPANY,<br><br>Defendants. | : | |

**NOTICE OF JOINDER IN DEFENDANTS LEACH & GARNER TECHNOLOGY, INC.'S AND LUCENT TECHNOLOGIES SERVICES CO., INC.'S RESPONSE TO PLAINTIFFS' MOTION FOR ORDER OF DISMISSAL**

Of Counsel:
Dean S. Sommer, Esq.

Dated: June 27, 2007

Defendant GENERAL ELECTRIC COMPANY, hereby joins in the Defendants Leach & Garner Technology, Inc.'s and Lucent Technologies Services Co., Inc.'s response to Plaintiffs' motion for order of dismissal.

The Court should grant the relief requested by Defendants and enter the Order as proposed by Defendants for the reasons set forth in Defendants papers.

Respectfully Submitted,

GENERAL ELECTRIC COMPANY.
By its attorneys,

Dean S. Sommer, Esq.
YOUNG, SOMMER, WARD, RITZENBERG, BAKER & MOORE LLC.
5 Palisades Drive
Albany, NY 12205

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2007, I caused a copy of the within Response to Motion for Order of Dismissal be sent by electronic means (ECF) to the following counsel of record:

- **Stephen Adams**
  sadams@taylorduane.com
- **Melody A. Alger**
  melody.alger@bgmalaw.com
- **Thomas C. Angelone**
  angelonelaw@aol.com Conlonmaryv@aol.com
- **Charles S. Beal**
  cbeal@cm-law.com ccappalli@cm-law.com
- **Gregory L. Benik**
  gbenik@nixonpeabody.com ProEfile@nixonpeabody.com
- **Kevin J. Bristow**
  KJBristowlaw@verizon.net
- **Christopher R. Bush**
  cbush@riag.ri.gov randrade@riag.ri.gov
- **Alexandra K. Callam**
  acallam@haslaw.com
- **Paul V. Curcio**
  pcurcio@apslaw.com
- **John B. Daukas**
  jdaukas@goodwinprocter.com
- **William M. Dolan, III**
  wdolan@brownrudnick.com
- **William S. Eggeling**
  william.eggeling@ropesgray.com
- **Douglas J. Emanuel**
  demanuel@crfllp.com
- **Roy P. Giarrusso**
  rgiarrusso@gncm.net
- **Alden C. Harrington**
  harrington@bhrlaw.com
- **Richard W. MacAdams**
  rmacadams@mwdglaw.com vburrus@mwdglaw.com
- **Kevin J. McAllister**
  kmcallister@brcsm.com
- **James J. McGair**
  jmcgair@hotmail.com
- **Joseph J. McGair**
  jjm@petrarcamcgair.com

- **Jeffrey S. Michaelson**
  jeffmichaelson@cox.net
- **Mortimer C. Newton**
  mortnewton@gmail.com
- **Scott J. Partington**
  scott@b-plaw.com
- **Karen Ann Pelczarski**
  kap@blishcavlaw.com
- **Gerald J. Petros**
  gpetros@haslaw.com clomas@haslaw.com
- **Thomas C. Plunkett**
  tplunkett@kprlaw.com info@kprlaw.com
- **Paul V. Reynolds**
  pvreynolds@conversent.net
- **Ian C. Ridlon**
  iridlon@darroweverett.com
- **Paul M. Sanford**
  psanford@burnslev.com scook@burnslev.com
- **Justin T. Shay**
  jshay@cm-law.com ccappalli@cm-law.com
- **Deming Sherman**
- dsherman@eapdlaw.com
- **Kristen W. Sherman**
  ksherman@apslaw.com afontaine@apslaw.com;btallman@apslaw.com
- **Steven E. Snow**
  ses@psh.com tlc@psh.com
- **Dean S. Sommer**
  dsommer@youngsommer.com amorris@youngsommer.com
- **Randall L. Souza**
  rsouza@shslawfirm.com asalvaggio@shslawfirm.com
- **Benjamin V. White, III**
  bwhite@vetterandwhite.com

and by mail to the following counsel of record:

John A. Andreasen, Esq.
McGrath, North, Mullin & Kratz, PC
1601 Dodge Street - Suite 3700
Omaha, NE 68102

Julie Pruitt Barry, Esq.
Stephen J. Brake, Esq.
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604

John J. Barton, Esq.
Taylor, Duane, Barton & Gilman LLP

Ralph A. Child, Esq.
Lyn M. Lustig, Esq.

10 Dorrance Street – Suite 700
Providence, RI 02903

Mintz, Levin, Cohn, Ferris,
Glovsky & Popeo, PC
One Financial Center
Boston, MA 02110

Douglas A. Cohen, Esq.
Michael Kozlik, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum Street
CityPlaceI
Hartford, CT 06103

Stephen E. Crowley, Esq.
United States Department of Justice
Environmental & Natural Resource Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986

Christopher Davis, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Mark O. Denehy, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903

William D. Gillis, Jr., Esq.
Donovan & Hatem, LLP
2 Seaport Lane
Boston, MA 02210

H. Hamilton Hackney III, Esq.
Greenberg Traurig LLP
One International Place
Boston, MA 02110

Thomas H. Hannigan, Jr., Esq.
Ropes & Gray
One International Place
Boston, MA 02110-2624

Thomas F. Harrison, Esq.
Clifford E. Nichols III, Esq.
Day, Berry & Howard LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499

Adam Kahn, Esq.
Nicholas Kenney, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Eric Lukingbeal, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

Keven A. McKenna, Esq.
Keven A. McKenna, PC
23 Acorn Street
Providence, RI 02903

Mark A. McSally, Esq.
Kelly, Kelleher, Reilly & Simpson
Suite 500
146 Westminster Street
Providence, RI 02903

Jonathan A. Murphy, Esq.
Lester, Schwab, Katz & Dwyer LLP
120 Broadway
New York, NY 10271-0071

Donald P. Nagle, Esq.
Law Office of Donald P. Nagle, P.C.
5 Main Street Extension- Suite 300
Plymouth, MA 02360

David Platt, Esq.
Murtha Cullina LLP
CityPlace I, 29th Floor
185 Asylum Street
Hartford, CT 06103

Peter Brent Regan, Esq.
Sayer, Regan, Thayer & Flanagan
130 Bellevue Avenue - Unit 2
Newport, RI 02840

Paul M. Sanford, Esq.
Burns & Levinson LLP
One Citizens Plaza - Suite 1100
Providence, RI 02903

Michael W. Steinberg, Esq.
Kenneth A. Rubin, Esq.
Brian M. Privor, Esq.
Morgan, Lewis Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

William D. Wick, Esq.
Wactor & Wick LLP
180 Grand Avenue - Suite 950
Oakland, CA 94612

/s/ Dean S. Sommer