UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNILEVER BESTFOODS and<br>CCL CUSTOM MANUFACTURING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN STEEL & ALUMINUM CORP., et al,<br><br>Defendants. | : | CONSOLIDATED<br>C.A. No. 01-0496L |
| CCL CUSTOM MANUFACTURING, INC.,<br><br>Plaintiff,<br><br>ARKWRIGHT INCORPORATED, NYMAN<br>MANUFACTURING COMPANY, INC.<br>and A.T. CROSS COMPANY,<br><br>Defendants. | : | |

**DEFENDANT SEQUA CORPORATION'S RESPONSE TO PLAINTIFFS' MOTION FOR ORDER OF DISMISSAL**

Defendant Sequa Corporation hereby joins in the Response of Defendants Leach & Garner Technology, Inc. and Lucent Technologies Services Co., Inc. to Plaintiffs' Motion for Order of Dismissal.

/s/ Matthew F. Medeiros

Matthew F. Medeiros (1856)
LITTLE MEDEIROS KINDER BULMAN &
WHITNEY, P.C.
72 Pine Street
Providence, Rhode Island 02903
(401) 272-8080
fax (401) 272-8195
mfm@lmkbw.com

Counsel for Defendant
SEQUA CORPORATION

June 27, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2007, I caused a copy of the within Defendant Sequa Corporation's Response to Plaintiffs' Motion for Order of Dismissal on behalf of Defendant Sequa Corporation be sent by electronic means (ECF) to the following counsel of record:

- **Stephen Adams**
  sadams@taylorduane.com
- **Melody A. Alger**
  melody.alger@bgmalaw.com
- **Thomas C. Angelone**
  angelonelaw@aol.com Conlonmaryv@aol.com
- **Charles S. Beal**
  cbeal@cm-law.com ccappalli@cm-law.com
- **Gregory L. Benik**
  gbenik@nixonpeabody.com ProEfile@nixonpeabody.com
- **Kevin J. Bristow**
  KJBristowlaw@verizon.net
- **Christopher R. Bush**
  cbush@riag.ri.gov randrade@riag.ri.gov
- **Alexandra K. Callam**
  acallam@haslaw.com
- **Paul V. Curcio**
  pcurcio@apslaw.com
- **John B. Daukas**
  jdaukas@goodwinprocter.com
- **William M. Dolan, III**
  wdolan@brownrudnick.com
- **William S. Eggeling**
  william.eggeling@ropesgray.com
- **Douglas J. Emanuel**
  demanuel@crfllp.com
- **Roy P. Giarrusso**
  rgiarrusso@gncm.net
- **Alden C. Harrington**
  harrington@bhrlaw.com
- **Richard W. MacAdams**
  rmacadams@mwdglaw.com vburrus@mwdglaw.com
- **Kevin J. McAllister**
  kmcallister@brcsm.com
- **James J. McGair**
  jmcgair@hotmail.com
- **Joseph J. McGair**
  jjm@petrarcamcgair.com

- **Mark A. McSally**
  mmcsally@kkrs.com
- **Jeffrey S. Michaelson**
  jeffmichaelson@cox.net
- **Mortimer C. Newton**
  mortnewton@gmail.com
- **Scott J. Partington**
  scott@b-plaw.com
- **Karen Ann Pelczarski**
  kap@blishcavlaw.com
- **Gerald J. Petros**
  gpetros@haslaw.com clomas@haslaw.com
- **Thomas C. Plunkett**
  tplunkett@kprlaw.com info@kprlaw.com
- **Thomas P. Quinn**
  tquinn@fmmesq.com
- **Paul V. Reynolds**
  pvreynolds@conversent.net
- **Ian C. Ridlon**
  iridlon@darroweverett.com
- **Paul M. Sanford**
  psanford@burnslev.com scook@burnslev.com
- **Justin T. Shay**
  jshay@cm-law.com; ccappalli@cm-law.com
- **Deming Sherman**
  dsherman@eapdlaw.com; ekula@eapdlaw.com
- **Kristen W. Sherman**
  ksherman@apslaw.com afontaine@apslaw.com;btallman@apslaw.com
- **Steven E. Snow**
  ses@psh.com tlc@psh.com
- **Dean S. Sommer**
  dsommer@youngsommer.com amorris@youngsommer.com
- **Randall L. Souza**
  rsouza@shslawfirm.com asalvaggio@shslawfirm.com
- **Benjamin V. White, lll**
  bwhite@vetterandwhite.com

and by mail to the following counsel of record:

John A. Andreasen, Esq.
McGrath, North, Mullin & Kratz, PC
1601 Dodge Street - Suite 3700
Omaha, NE 68102

Julie Pruitt Barry, Esq.
Stephen J. Brake, Esq.
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604

John J. Barton, Esq.
Taylor, Duane, Barton & Gilman LLP
10 Dorrance Street – Suite 700
Providence, RI 02903

Ralph A. Child, Esq.
Lyn M. Lustig, Esq.
Mintz, Levin, Cohn, Ferris,
Glovsky & Popeo, PC
One Financial Center
Boston, MA 02110

Douglas A. Cohen, Esq.
Michael Kozlik, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum Street
CityPlaceI
Hartford, CT 06103

Stephen E. Crowley, Esq.
United States Department of Justice
Environmental & Natural Resource Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986

Christopher Davis, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Mark O. Denehy, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza - 8th Floor
Providence, RI 02903

Roy Giarusso, Esq.
Christine Kelley Tramontana, Esq.
Giarruso, Norton, Cooley & McGlone
Marina Bay
308 Victory Road
Boston, MA 02171

William D. Gillis, Jr., Esq.
Donovan & Hatem, LLP
2 Seaport Lane
Boston, MA 02210

Edmund J. Gorman, Esq.
Moehreke, Mackie & Shea
137 Newbury Street
Boston, MA 02116

Ira K. Gross, Esq.
Sullivan 7 Worcester LLP
One Post Office Square
Boston, MA 02109

H. Hamilton Hackney III, Esq.
Greenberg Traurig LLP
One International Place
Boston, MA 02110

Thomas H. Hannigan, Jr., Esq.
Ropes & Gray
One International Place
Boston, MA 02110-2624

Thomas F. Harrison, Esq.
Clifford E. Nichols III, Esq.
Day, Berry & Howard LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499

Jennifer A. Jester, Esq.
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109-2804

Adam Kahn, Esq.
Nicholas Kenney, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Nicholas Keney, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Michael Kozlik, Esq.
Brown, Rudnick, Berlack Israels LLP
185 Asylum Street
CityPlace I
Hartford, CT 06103-3402

Eric Lukingbeal, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

Lyn M. Lustig, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111

Louis N. Massery
Massery, Gillis & Guiney
101 Merrimac Street
Boston, MA 02114

Keven A. McKenna, Esq.
Keven A. McKenna, PC
23 Acorn Street

Providence, RI 02903

Jonathan A. Murphy, Esq.
Lester, Schwab, Katz & Dwyer LLP
120 Broadway
New York, NY 10271-0071

Donald P. Nagle, Esq.
Law Office of Donald P. Nagle, P.C.
5 Main Street Extension- Suite 300
Plymouth, MA 02360

Clifford E. Nichols
Day, Berry & Howard
185 Asylum Street
CityPlace I
Hartford, CT 06103

David Platt, Esq.
Murtha Cullina LLP
CityPlace I, 29th Floor
185 Asylum Street
Hartford, CT 06103

Brian M. Privor, Esq.
Kenneth A. Rubin, Esq.
Michael W. Steinberg, Esq.
Morgan, Lewis Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Peter Brent Regan, Esq.
Sayer, Regan, Thayer & Flanagan
130 Bellevue Avenue - Unit 2
Newport, RI 02840

Eric M. Sommers, Esq.
McLane Graf Raulerson & Middleton, PA
2900 Elm St.
P.O. Box 326
Manchester, NH 03105-0326

William D. Wick, Esq.
Wactor & Wick LLP
180 Grand Avenue - Suite 950
Oakland, CA 94612

/s/ Matthew F. Medeiros

F:\MFM\SEQUA - JM MILLS\Response to plaintiffs' motion for order of dismissal.DOC