443148

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNILEVER BESTFOODS and CCL CUSTOM MANUFACTURING, INC.

v.

SEARS ROEBUCK AND CO.; et al.
Defendants

C.A. No. 01-496ML

## ENTRY OF APPEARANCE

I, Andrew C. Coulam, hereby enter our appearance on behalf of Sears, Roebuck and Co.

/s/Andrew C. Coulam

Andrew C. Coulam
RI Bar No. 6884
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

(401) 273-7171
(401) 273-2904 - Fax