304945

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILEVER BEST FOODS and CCL CUSTOM MANUFACTURING, INC.,<br><br>v.<br><br>AMERICAN STEEL & ALUMINUM CORP., ET AL. | CONSOLIDATED<br>C.A. No. 01-496-L |
| CCL CUSTOM MANUFACTURING, INC.,<br><br>v.<br><br>ARKWRIGHT INCORPORATED, et al. | |

**RESPONSE OF DEFENDANT SEARS, ROEBUCK & CO. TO PLAINTIFFS' MOTION FOR ORDER OF DISMISSAL**

Defendant Sears, Roebuck & Co. ("Sears") responds to the plaintiffs' Rule 41 (a)(2) motion for Order of Dismissal only to the extent that the plaintiffs' motion omits Sears as one of the defendants for whom the plaintiffs sought an Order of Dismissal. The plaintiffs' attorneys do not object to this response.

Wherefore, Sears respectfully requests that if the Court enters an Order allowing the plaintiffs' Motion for Order of Dismissal, that Sears be included on any such Order as a dismissed defendant.

SEARS, ROEBUCK & COMPANY.
By its Attorneys,

/s/ Andrew C. Coulam

Andrew C. Coulam
R.I. Bar No. 6884
John J. Barton
R.I. Bar No. 4071
Stephen Adams
R.I. Bar No. 5577
TAYLOR, DUANE, BARTON &
GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
(401) 273-2904

Dated: July 23, 2007

## CERTIFICATE OF SERVICE

This is to certify that on this 23rd day of July, 2007, I caused a copy of the within, Response of Sears Roebuck & Co. to Plaintiffs' Motion for Order of Dismissal to be served by regular mail, postage pre-paid, on the following:

**American Optical Corporation**
**Avecia, Inc.**
James J. McGair, Esq.
McGair & McGair
128 Dorrance Street, Suite 350
Providence, RI 02903

**American Steel and Aluminum Corp.**
Benjamin V. White, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

**A.T. Cross Company**
**Arkwright Incorporated**
**BAE Systems Aerospace, Inc.**
**Continental Tire North America, Inc.**
**Mossberg Industries**
**Raytheon Company**
**Rexam Image Products, Inc. f/k/a Rexam Graphics f/k/a Scott Graphics**
**Rockwell Collins, Inc. f/k/a Rockwell International, Inc. f/k/a Maine Electronics, Inc.**
**Rohm & Haas Company**
**Sequa Corporation f/k/a Sun Chemical Corporation**
**Shipley Co., LLC**
**Teknor Apex Corporation**
Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

**Astrazeneca Pharmaceuticals**
**Avecia, Inc.**
Williams S. Eggeling, Esq.
Ropes & Gray
30 Kennedy Plaza
Providence, RI 02903

Thomas H. Hannigan, Jr., Esquire
Ropes & Gray
One International Place
Boston, MA 02110-2624

**Bayer Corporation f/k/a Miles, Inc. f/k/a AGFA Corp. f/k/a Compugraphic Corp.**
Peter Brent Regan
Sayer, Regan Thayer & Flanagan
130 Bellevue Avenue, Unit 2
Newport, RI 02840

H. Hamilton Hackney III, P.C.
Jennifer A. Jester
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, Ma 02109-2804

**The Black & Decker Corp. f/k/a Emhart Industries, Inc.**
Gerald Petros, Esq.
Hinckley, Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903

Thomas F. Harrison, Esq.
Clifford E. Nichols, III, Esq.
Day, Berry & Howard, LLP
City Place I
Hartford, CT 06103-3499

**Boston Medical Center f/k/a City Hospital**
William M. Dolan, III, Esq.
Angel Taveras, Esq.
Brown Rudnick Berlack Israels, LLP
121 South Main Street
Providence, RI 02903

**David Brask**
Mortimer C. Newton, Esq.
The Remington Building/3rd Floor
91 Friendship Street
Providence, RI 02903-3837

**Corning, Inc.**
Ian C. Ridlon, Esq.
Randall L. Souza, Esq.
Nixon Peabody, LLC
One Citizens Plaza
Providence, RI 02903

**Envirite Corporation**
Steven E. Snow, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903-7120

**Faulkner Hospital, Inc.**
**Quest Diagnostics Incorporated**
Rosemary M. Allen, Esq.
Ralph A. Child, Esq.
Lyn M. Lustig, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111

**Huhtamaki-East Providence, Inc.**
**Providence and Worcester Railroad Co.**
**Emhart Industries, Inc.**
**Louis M. Gerson Co., Inc.**
**Harvard University**
Gerald Petros, Esq.
Alexandra K. Callam, Esq.
Hinkley, Allen & Snyder, LLP
1500 Fleet Center
Providence, RI 02903

**General Electric Co.**
Kim E. Greene, Esq.
Brennan, Recupero, Cascone, Scungio & McAlliston, LLP
362 Broadway
Providence, RI 02909

James A. Muscato, II
Young, Sommer, Ward, Ritzenberg, Wooley, Baker & Moore, LLC
5 Palisades Drive
Albany, New York 12205-6433

**Hewlett-Packcard Development Co., LP**
John P. Daukas, Esq.
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

**Hollingsworth & Vose Co.**
Kevin J. Bristow, Esq.
Law Office of Kevin J. Brislow
1309 Turks Head Building
Providence, RI 02903

Martin C. Pentz, Esq.
Julie Pruit Barry, Esq.
Nutter, McLennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604

**J.M. Mills, Inc.**
Melody A. Alger, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, RI 02903

**Kaman Aerospace Corporation**
Jeffrey Michaelson, Esq.
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, RI 02852

David Platt, Esq.
Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103

**Leach & Garner Technology, Inc.**
**Lucent Technologies Services**
**M/A-COM, Inc. f/k/a Microwave Associates**
Deming E. Sherman, Esq.
Patricia A. Sullivan, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

**Philips Electronics North American Corporation**
Richard W. MacAdams, Esq.
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903

Michael W. Steinberg, Esq.
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

**Quebecor World Halliday, Inc.**
Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

William D. Wick, Esq.
Wactor & Wick, LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

**The Schepens Eye Research Institute, Inc.**
Mark A. McSally, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westerminster Street, Suite 500
Providence, RI 02903

**Three R's Transportation, Inc.**
Andrew A. Thomas, Esq.
Silva Law Group, Ltd.
1100 Aquidneck Avenue
Middletown, RI 02842

**Timex Corporation**
James W. Ryan, Esq.
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Steven L. Leifer, Esq.
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400

**Unilever Bestfoods**
Paul V. Curcio, Esq.
Kristen W. Sherman, Esq.
Adler Pollock & Sheehan, PC
2300 Financial Plaza
Providence, RI 02903

**U.S. Department of Veteran Affairs**
**VA Hospital**
Stephen E. Crowley, Esq.
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986

**Verizon New England, Inc.**
Thomas C. Angelone, Esq.
Hodosh, Spinella & Angelone
One Turks Head Place, Suite 1050
P.O. Box 1516
Providence, RI 02901-1516

Adam Kahn, Esq.
Nicholas Kenney, Esq.
Foley, Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

**Waste Management, Inc.**
**Waste Management of North America, Inc.**
**Chambers Development Company, Inc.**
**Clean Harbors of Braintree, Inc.**
Paul V. Reynolds, Esq.
Reynolds DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903

Roy P. Giarusso, Esq.
Giarusso Norton Cooley & McGlone, P.C.
Marina Bay
308 Victory Road
Quincy, MA 02171

**Edward C. Whitney & Son., Inc.**
Scott J. Partington, Esq.
Bigos & Partington
1725 Mendon Road
Cumberland, RI 02864

Donald P. Nagle, Esq.
Law Office of Donald P. Nagle, P.C.
5 Main Street Extension, Suite 300
Plymouth, MA 02360

**Wyman-Gordon Company**
**Boston Edison Company**
Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

William D. Gillis, Jr., Esq.
Massery & Gillis
151 Merrimac Street, 6th Floor
Boston, MA 02114

Stephen Adams