UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNILEVER BESTFOODS and
CCL CUSTOM MANUFACTURING, INC.
Plaintiffs,

C.A. No. 01-496-L

v.

AMERICAN STEEL & ALUMINUM CORPORATION; TEKNOR APEX COMPANY; NSTAR ELECTRIC & GAS CORPORATION f/k/a Boston Edison; QUEBECOR WORLD HALLIDAY, INC. f/k/a Halliday Lithograph Corp.; ASTRAZENECA PHARMACEUTICALS L.P. f/k/a ICI America's, Inc.; LEACH & GARNER TECHNOLOGY, INC.; MOSSBERG INDUSTRIES, INC.; INDUSTRIES, INC.; VERIZON NEW ENGLAND INC. f/k/a New England Telephone & Telegraph Co; OWENS CORNING CORP.; POLAROID CORPORATION; REVERE COPPER PRODUCTS, INC.; SEARS ROEBUCK AND CO.; SEQUA CORP. f/k/a Sun Chemical Corp.; CHAMBERS DEVELOPMENT CO., INC. f/k/a United Sanitation, Inc; WASTE MANAGEMENT of NORTH AMERICA, INC. f/k/a Goditt & Boyer; WYMAN-GORDON COMPANY; CORNING, INC; CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. f/k/a SCA Chemical Services, Inc. f/k/a SCA Services, Inc. f/k/a Recycling Industries; J.M. MILLS, INC.; and DAVID BRASK,
Defendants.

**MOTION TO EXTEND**

Now comes the defendant, Wyman-Gordon Company, in the above matter and moves for an extension of time pursuant to Fed. R. Civ. P. 6 so that it may serve and file their response to the plaintiffs' motion for order of dismissal. A copy of the response to be filed is attached hereto as Exhibit A. Defendant, Wyman Gordon Company, requests

Granted: Ronald R. Lagueux
Sr. USDJ 7/24/07