UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNILEVER BESTFOODS and
CCL CUSTOM MANUFACTURING, INC. C.A. No. 01-496-L
Plaintiffs,

v.

AMERICAN STEEL & ALUMINUM CORPORATION;
TEKNOR APEX COMPANY; NSTAR ELECTRIC &
GAS CORPORATION f/k/a Boston Edison;
QUEBECOR WORLD HALLIDAY, INC.
f/k/a Halliday Lithograph Corp.;
ASTRAZENECA PHARMACEUTICALS L.P.
f/k/a ICI America's, Inc.; LEACH & GARNER
TECHNOLOGY, INC.; MOSSBERG INDUSTRIES, INC.;
INDUSTRIES, INC.; VERIZON NEW ENGLAND
INC. f/k/a New England Telephone & Telegraph
Co; OWENS CORNING CORP.; POLAROID
CORPORATION; REVERE COPPER PRODUCTS, INC.;
SEARS ROEBUCK AND CO.; SEQUA CORP. f/k/a
Sun Chemical Corp.; CHAMBERS DEVELOPMENT
CO., INC. f/k/a United Sanitation, Inc;
WASTE MANAGEMENT of NORTH AMERICA, INC.
f/k/a Goditt & Boyer; WYMAN-GORDON COMPANY;
CORNING, INC; CLEAN HARBORS
ENVIRONMENTAL SERVICES, INC. f/k/a
SCA Chemical Services, Inc. f/k/a SCA Services, Inc.
f/k/a Recycling Industries; J.M. MILLS, INC.; and
DAVID BRASK,
Defendants.

**RESPONSE TO PLAINTIFFS' MOTION FOR ORDER OF DISMISSAL**

Defendant, Wyman-Gordon Company, hereby joins in the limited response to plaintiffs' motion for order of dismissal filed by co-defendants, Leach & Garner Technology, Inc. and Lucent Technologies Services Co.

This defendant does not object to the settlements between the plaintiffs and those defendants who have entered into Settlement and Release Agreements. This defendant similarly requests that the Court enter the proposed form of order submitted by co-defendants to preserve cross-claims as outlined in said order.

Wyman-Gordon Company,
By its Attorneys,

/s/ Thomas C. Plunkett

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
E-MAIL: **tplunkett@kprlaw.com**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July, 2007 I caused a copy of the within to be served on the following:
**1:01-cv-496 Notice will be electronically mailed to:**

Stephen Adams sadams@taylorduane.com

Melody A. Alger melody.alger@bgmalaw.com

Thomas C. Angelone angelonelaw@aol.com, Conlonmaryv@aol.com

Charles S. Beal cbeal@cm-law.com, ccappalli@cm-law.com

Gregory L. Benik gbenik@nixonpeabody.com, ProEfile@nixonpeabody.com

Kevin J. Bristow KJBristowlaw@verizon.net

Christopher R. Bush cbush@riag.ri.gov, randrade@riag.ri.gov

Alexandra K. Callam acallam@haslaw.com

Paul V. Curcio pcurcio@apslaw.com

John B. Daukas jdaukas@goodwinprocter.com

William M. Dolan, III wdolan@brownrudnick.com

William S. Eggeling William.eggeling@ropesgray.com

Douglas J. Emanuel demanuel@crflp.com

Alden C. Harrington Harrington@bhrlaw.com

Richard W. MacAdams rmacadams@mwdglaw.com, vburrus@mwdglaw.com

Kevin J. McAllister kmcallister@brcsm.com

James J. McGair jmcgair@hotmail.com

Joseph J. McGair jjm@petrarcamcgair.com

Jeffrey S. Michaelson ! jeffmichaelson@cox.net

Mortimer C. Newton mortnewton@gmail.com

Scott J. Partington scott@b-plaw.com

Karen Ann Pelczarski kap@blishcavlaw.com

Gerald J. Petros gpetros@haslaw.com, clomas@haslaw.com

Thomas C. Plunkett tplunkett@kprlaw.com, info@kprlaw.com
Paul V. Reynolds pvreynolds@conversent.net

Ian C. Ridlon iridlon@burnslev.com

Paul M. Sanford psanford@burnslev.com, scook@burnslev.com

Justin T. Shay jshay@cm-law.com, ccappalli@cm-law.com

Deming E. Sherman dsherman@capdlaw.com, ekula@eapdlaw.com

Kristen W. Sherman ksherman@capslaw.com, afontaine@apslaw.com, btallman@apslaw.com

Stephen E. Snow ses@psh.com, tlc@psh.com

Randall L. Souza rsouza@shslawfirm.com, asalvaggio@shslawfirm.com

Benjamin V. White, III bwhite@vetterandwhite.com,

**1:01-cv-496 Notice will be delivered by other means to:**

John A. Andreasen
McGrath, North, Mullin & Kratz, PC
First National Tower
1600 Dodge Street
Suite 3700
Omaha, NE 68102

Julie P. Barry
Nutter, McClennan & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston MA 02210-2604

John J. Barton
Taylor, Duane, Barton & Gilman LLP
10 Dorrance St, Suite 700
Providence, RI 02903

Ralph A. Child
MIntz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111

Douglas A. Cohen
Brown, Rudnick, Berlack Israels LLP
185 Asylum Street
CityPlace I
Hartford, CT 06103-3402
Stephen E. Crowley
US Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington DC 20026-3986

Christopher Davis
Goodwin Procter LLP
Exchange Place
Boston MA 02109

Mark O. Denehy
Adler Pollock & Sheehan PC
One Citizens Plaza
8th Floor
Providence, RI 02903

Roy P. Giarrusso
Giarrusso, Norton, Cooley & McGlone PC
308 Victory Road
Quincy, MA 02171

Roy Giarusso
Giarruso, Norton, Cooley & McGlone
Marina Bay
308 Victory Road
Boston, MA 02171

William D. Gillis, Jr.
Donovan & Hatem, LLP
Two Seaport Lane
Boston, MA 02210

Edmund J. Gorman
Moehreke, Mackie & Shea
137 Newbury Street
Boston, MA 02116

Kim E. Greene
Kim E. Green, Esq. LLC
020 Pier Road
P.O. Box 307
Prudence Island, RI 02872

Ira K. Gross
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

H. Hamilton Hackney, III
Choate, Hall & Stewart

Exchange Place
53 State Street
Boston, MA 02109-2804

Thomas H. Hannigan, Jr.
Ropes & Gray
One International Place
Boston, MA 02110

Thomas F. Harrison
Day, Berry & Howard
185 Asylum Street
CityPlace I
Hartford, CT 06103

Jennifer A. Jester
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109-2804

Adam P. Kahn
Foley Hoag LLP
155 Seaport Boulevard
Boston MA 02210

Nicholas Kenney
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Michael Kozlik
Brown, Rudnick, Berlack Israels LLP
185 Asylym Street
CityPlace I
Hartford, CT 06103-3402

Eric Lukingbeal
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

Lyn M. Lustig
MIntz, Levin, Cohn, Ferris,
Glovsky & Popeo PC

One Financial Center
Boston, MA 02111

Louis N. Massery
Massery, Gillis & Guiney
101 Merrimac Street
Boston, MA 02114

Keven A. McKenna
McKenna Law
23 Acorn Street
Providence, RI 02903

Mark A. McSally
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street
Providence, RI 02903

Jonathan A. Murphy
Lester, Schwab, Katz & Dwyer LLP
120 Broadway
New York, NY 10271-5916

Donald P. Nagle
Law Offices of Donald P Nagle PC
5 Main Street Extension
Suite 300
Plymouth, MA 02360

Clifford E. Nichols
Day Berry & Howard
185 Asylum Street
CityPlace I
Hartford, CT 06103

David Platt
Murtha Cullina Richter & Pinney
185 Asylum Street
Hartford, CT 06103

Brian M. Privor
Morgan Lewis Bockius LLP
1111 Pensylvania Ave, N.W.
Washington, DC 20004

Thomas P. Quinn
Law Offices of F Moore McLaughlin, IV, LLC
32 Custom House Street
Suite 500
Providence RI 02903

Peter Brent Regan
Sayer Regan Thayer & Flanagan
130 Bellevue Ave., Suite 2
Newport RI 02840

Kenneth A. Rubin
Morgan Lewis Bockius LLP
1111 Pennsylvania Ave. N.W.
Washington, DC 20004

Dean S. Sommer
Young Sommer Ward Ritzengerg
Wolley Baker & Moore LLC
Executive Woods
5 Palisades Drive
Albany NY 12205

Eric M. Sommers
McLane Graf Raulerson & Middleton PA
2899 Elm St
P. O. Box 326
Manchester NH 03105 0326

Michael W. Steinberg
Morgan Lewis Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington DC 20004

Christine Kelley Tramontana
Giarrusso Norton Cooley & McGlone PC
308 Victory Road
Marina Bay
Quincy MA 02171

/s/ Thomas C. Plunkett
______________________