02 109
TP
8/6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNILEVER BESTFOODS, et al.,
Plaintiff(s)

v. Dkt. No. 01-CV-496

AMERICAN STEEL & ALUMINUM CORP., et al.,
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

~~Plaintiff~~Defendant Wyman-Gordon Company hereby moves that William D. Gillis, Jr. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Wyman-Gordon Company
(Plaintiff/Defendant)

By: Thomas Plunkett
Bar ID No.: #1662
Kiernan, Plunkett & Redihan
Address: 91 Friendship St., Providence, RI 02903

DATED: August 3, 2007

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the ~~State(s) of~~ Commonwealth of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s) U.S. District Court of Mass., and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

**William D. Gillis, Jr.** **543654**

Print Name State Bar ID #

**Donovan Hatem, LLP**

Firm Name

**2 Seaport Lane, Boston, MA 02210**

Business Address

**(617) 406-4533** **(617) 406-4501**

Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Thomas C. Plunkett 1662

Print Name R.I. Bar ID #

Kiernan, Plunkett & Redihan

Firm and Business Address

91 Friendship Street

Providence, RI 02903

Tel. # (401) 831-2900 Fax # (401) 331-7123

---

**ORDER**

This motion is hereby ____________________

District Judge

Date:

| | |
|---|---|
| **Deming E. Sherman** | dsherman@eapdlaw.com ekula@eapdlaw.com |
| **Kristen W. Sherman** | ksherman@apslaw.com; afontaine@apslaw.com; btallman@apslaw.com |
| **Steven E. Snow** | ses@psh.com tlc@psh.com |
| **Dean S. Sommer** | dsommer@youngsommer.com amorris@youngsommer.com |
| **Randall L. Souza** | rsouza@shslawfirm.com asalvaggio@shslawfirm.com |
| **Benjamin V. White, III** | bwhite@vetterandwhite.com |

## Manual Notice List

**John A. Andreasen**
McGrath, North, Mullin & Kratz, PC
First National Tower
1600 Dodge Street
Suite 3700
Omaha,, NE 68102

**Julie P Barry**
Nutter McClennan & Fish LLP,
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604

**Ralph A Child**
Mintz, Levin, Cohn, Ferris,
Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111

**Douglas A. Cohen**
Brown, Rudnick, Berlack Israels LLP
185 Asylum Street
CityPlace I
Hartford, CT 06103-3402

**Stephen E. Crowley**
US Dept. of Justice
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986

**Christopher Davis**
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

**Roy Giarusso**
Giarruso,Norton, Cooley & McGlone
Marina Bay
308 Victory Road
Boston, MA 02171

**William D. Gillis, Jr**
Donovan & Hatem, LLP
Two Seaport Lane
Boston, MA 02210

**Edmund J. Gorman**
Moehreke, Mackie & Shea
137 Newbury Street
Boston, MA 02116

**Ira K. Gross**
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

**H. Hamilton Hackney, III**
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109-2804

**Thomas H. Hannigan, Jr**
Ropes & Gray
One International Place
Boston, MA 02110

**Jennifer A. Jester**
Choate, Hall & Stewart
Exchange Place, 53 State Street
Boston, MA 02109-2804

**CERTIFICATION**

I hereby certify that on August 9, 2007, a copy of the foregoing Motion for Admission Pro Hac Vice was filed electronically. Notice of this filing will be sent by e-email to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

| | |
|---|---|
| **Stephen Adams** | sadams@taylorduane.com kbell@taylorduane.com |
| **Melody A. Alger** | melody.alger@bgmalaw.com |
| **Thomas C. Angelone** | angelonelaw@aol.com Conlonmaryv@aol.com |
| **John J. Barton** | jbarton@taylorduane.com |
| **Charles S. Beal** | cbeal@cm-law.com ccappalli@cm-law.com |
| **Gregory L. Benik** | gbenik@nixonpeabody.com ProEfile@nixonpeabody.com |
| **Kevin J. Bristow** | KJBristowlaw@verizon.net |
| **Christopher R. Bush** | cbush@riag.ri.gov randrade@riag.ri.gov |
| **Alexandra K. Callam** | acallam@haslaw.com |
| **Andrew C. Coulam** | acoulam@taylorduane.com fconnor@taylorduane.com |
| **Paul V. Curcio** | pcurcio@apslaw.com |
| **John B. Daukas** | jdaukas@goodwinprocter.com |
| **Mark O. Denehy** | mdenehy@apslaw.com |
| **William M. Dolan, III** | wdolan@brownrudnick.com |
| **William S. Eggeling** | william.eggeling@ropesgray.com |
| **Douglas J. Emanuel** | demanuel@crfllp.com |
| **Roy P. Giarrusso** | rgiarrusso@gncm.net |
| **Alden C. Harrington** | harrington@bhrlaw.com |
| **Thomas C. Jackson** | thomas.jackson@bakerbotts.com |
| **Eric Lukingbeal** | elukingbeal@rc.com |
| **Richard W. MacAdams** | rmacadams@mwdglaw.com vburrus@mwdglaw.com |
| **Kevin J. McAllister** | kmcallister@brcsm.com |
| **James J. McGair** | jmcgair@hotmail.com |
| **Joseph J. McGair** | jjm@petrarcamcgair.com |
| **Keven A. McKenna** | KevenM@McKennaLaw.cc |
| **Mark A. McSally** | mmcsally@kkrs.com |
| **Jeffrey S. Michaelson** | jeffmichaelson@cox.net |
| **Donald P. Nagle** | nagle@dpnaglelaw.com |
| **Mortimer C. Newton** | mortnewton@gmail.com |
| **Scott J. Partington** | scott@b-plaw.com |
| **Karen Ann Pelczarski** | kap@blishcavlaw.com |
| **Gerald J. Petros** | gpetros@haslaw.com clomas@haslaw.com |
| **Thomas C. Plunkett** | tplunkett@kprlaw.com info@kprlaw.com |
| **James T Price** | jprice@spencerfane.com |
| **Thomas P. Quinn** | tquinn@fmmesq.com |
| **Peter Brent Regan** | pregan@srt-law.com |
| **Paul V. Reynolds** | pvreynolds@conversent.net |
| **Ian C. Ridlon** | iridlon@darroweverett.com |
| **Paul M. Sanford** | psanford@burnslev.com scook@burnslev.com |
| **Justin T. Shay** | jshay@cm-law.com ccappalli@cm-law.com |

**Adam P. Kahn**
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

**Nicholas Kenney**
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

**Michael Kozlik**
Brown, Rudnick, Berlack Israels LLP
185 Asylum Street
CityPlace I
Hartford, CT 06103-3402

**Lyn M. Lustig**
Mintz, Levin, Cohn, Ferris, Glovsky &
Popeo, PC
One Financial Center
Boston, MA 02111

**Louis N. Massery**
Massery, Gillis & Guiney
101 Merrimac Street
Boston, MA 02114

**Jonathan A. Murphy**
Lester, Schwab, Katz & Dwyer, LLP
120 Broadway
New York, NY 10271-5916

**David Platt**
Murtha, Cullina, Richter & Pinney
185 Asylum Street
Hartford, CT 06103

**Brian M. Privor**
Morgan, Lewis Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

**Kenneth A. Rubin**
Morgan, Lewis Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

**Eric M. Sommers**
McLane Graf Raulerson & MIddleton, PA
2900 Elm St.
P.O. Box 326
Manchester, NH 03105-0326

**Michael W. Steinberg**
Morgan, Lewis Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

**Christine Kelley Tramontana**
Giarrusso, Norton, Cooley & McGlone, P.C.
308 Victory Road
Marina Bay
Quincy, MA 02171

Matthew F. Medeiros,
LITTLE MEDEIROS KINDER BULMAN
& WHITNEY
72 Pine Street
Providence, RI 02903

/s/ Thomas C. Plunkett