UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CCL CUSTOM MANUFACTURING, INC.,

Plaintiff,

vs.

ARKWRIGHT INCORPORATED, HUHTAMAKI - EAST PROVIDENCE, INC. f/k/a NYMAN MANUFACTURING COMPANY, INC., A.T. CROSS COMPANY, UNION CARBIDE CORPORATION, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, f/k/a AMPEREX ELECTRONIC CORPORATION, HONEYWELL INC., PROVIDENCE & WORCESTER RAILROAD COMPANY, RAYTHEON COMPANY, and ENVIRITE CORPORATION f/n/a LIQWACON CORP,

Defendants.

UNILEVER BESTFOODS and CCL CUSTOM MANUFACTURING, INC.,

Plaintiffs,

vs.

AMERICAN STEEL & ALUMINUM CORPORATION, *et al.,*

Defendants.

**CONSOLIDATED**
C.A. No. 01-496-L

**ENTRY OF APPEARANCE OF CO-COUNSEL TO HONEYWELL INC.**

I hereby enter my appearance as co-counsel to defendant Honeywell, Inc.

/s/ Bret W. Jedele

Bret W. Jedele (6053)
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel.: (401) 453-6400
Fax: (401) 453-6411
Email: bjedele@crfllp.com

Dated: September 4, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Entry of Appearance was served via electronic case filing upon filing with the Court on this 4th day of September, 2007.

/s/ Bret W. Jedele