UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNILEVER BESTFOODS and
CCL CUSTOM MANUFACTURING, INC.,

Plaintiffs,

v.

AMERICAN STEEL & ALUMINUM CORP., et al,

Defendants.

CONSOLIDATED
C.A. No. 01-0496L

CCL CUSTOM MANUFACTURING, INC.,

Plaintiff,

ARKWRIGHT INCORPORATED, NYMAN
MANUFACTURING COMPANY, INC.
and A.T. CROSS COMPANY,

Defendants.

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant, Sequa Corporation hereby moves that Irvin M. Freilich be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Sequa Corporation
(Defendant)

By: Matthew F. Medeiros
Bar ID No.: 1856
Address: 72 Pine Street,
Providence, RI 02903

DATED: August 8, 2007

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Matthew F. Medeiros # 1856
Print Name R.I. Bar ID #

Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
Firm and Business Address

(401) 272-8080 (401) 272-8195
Tel. # Fax #

---

**ORDER**

This motion is hereby GRANTED

Ronald R. Lagueux
Sr. District Judge

Date: 9/11/07