UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNILEVER BESTFOODS and CCL CUSTOM MANUFACTURING, INC. *Plaintiffs,* | : | |
| vs. | : | |
| AMERICAN STEEL & ALUMINUM CORPORATION, *et al.,* *Defendants.* | : | CONSOLIDATED C. A. No. 01-496 L |
| CCL CUSTOM MANUFACTURING, INC. *Plaintiff,* | : | |
| vs. | : | |
| ARKWRIGHT INCORPORATED, NYMAN MANUFACTURING COMPANY, INC. and A. T. CROSS COMPANY, *Defendants.* | : | |

**ORDER**

This matter came before the Court at a hearing on September 11, 2007 upon Plaintiffs' Motion for Order of Dismissal. After hearing thereon and consideration thereof, it is hereby:

ORDERED

1. Plaintiffs' Motion for Order of Dismissal is hereby GRANTED.

2. Plaintiffs' claims against the following Defendants are dismissed with prejudice, each party to bear its own costs and attorney's fees, except that the dismissal is without prejudice as to any matters that are specifically reserved in the respective Settlement and Release Agreements between Plaintiffs and each Defendant being dismissed:

    1. American Steel & Aluminum Corp.
    2. Arkwright Incorporated
    3. AstraZeneca Pharmaceuticals, LP (now Zeneca, Inc.)
    4. Avecia, Inc.
    5. BAE Systems Aerospace, Inc. (now BAE Systems Information and Electronic Systems Integration, Inc.)

6. Bayer Corp. (now Agfa Corporation as successor in interest to Bayer Corporation)
7. Chambers Development Co., Inc. f/k/a United Sanitation, Inc. (*properly known as Chambers Development Co., Inc.*)
8. Clean Harbors Environmental Services, Inc. f/k/a SCA Chemical Services, Inc. f/k/a SCA Services, Inc. f/k/a Recycling Industries (*properly known as Clean Harbors of Braintree, Inc.*)
9. Clean Harbors, Inc. f/k/a SCA Chemical Services, Inc. f/k/a Recycling Industries (*properly known as Clean Harbors of Braintree, Inc.*)
10. Continental Tire North America, Inc.
11. Corning, Inc.
12. Envirite Corporation
13. Faulkner Hospital
14. Hewlett-Packard Company, f/k/a Compaq Computer Corporation, f/k/a Digital Equipment Corporation
15. M/A-Com, Inc. (now Tyco Electronics, Inc.)
16. Nyman Manufacturing Co., Inc. (now Huhtamaki-East Providence, Inc.)
17. Kaman Aerospace Corporation
18. NStar Electric & Gas Corporation (d/b/a Boston Edison Company)
19. Philips Electronics North America Corp.
20. Providence & Worcester Railroad Co.
21. Quest Diagnostics Incorporated
22. Rexam Image Products, Inc.
23. Rockwell Collins, Inc.
24. Rohm & Haas
25. Shipley Co., LLC
26. Union Carbide Corporation
27. Verizon New England, Inc.
28. Waste Management, Inc. f/k/a USA Waste Services, Inc. f/k/a Chambers Development Co., Inc. f/k/a United Sanitation, Inc. (*properly known as Chambers Development Co., Inc.*)
29. Waste Management, Inc. f/k/a Advanced Environmental Technology Services, LLC f/k/a Advanced Environmental Technology Corp. (*properly known as Waste Management, Inc.*)
30. Waste Management, Inc. f/k/a Waste Management of North America, Inc. f/k/a Waste Management of Massachusetts, Inc. f/k/a Waste Systems, Inc. f/k/a L W Fontaine Trucking, Inc. (*properly known as Waste Management of Massachusetts, Inc.*)
31. Waste Management, Inc. f/k/a Waste Management of North America, Inc. f/k/a Waste Management of Massachusetts, Inc. f/k/a Waste Systems, Inc. f/k/a Goditt & Boyer, Inc. (*properly known as Waste Management of Massachusetts, Inc.*)
32. Waste Management, Inc. f/k/a Waste Management Acquiring Corp. f/k/a SCA Disposal Services of New England, Inc. f/k/a Cal's Enterprises, Inc. (*properly known as Waste Management Disposal Services of Massachusetts, Inc.*)
33. Waste Management of North America, Inc. f/k/a Goditt & Boyer (*properly known as Waste Management of Massachusetts, Inc.*)
34. Sears, Roebuck & Co.

3. Except as provided in paragraph 4 below, all cross-claims that have been asserted against and/or between the Defendants listed in Paragraph 2 above are also dismissed with prejudice, but only to the extent that such cross-claims relate to contribution for costs incurred by Plaintiffs in connection with the matters addressed as defined in Paragraph 65 of the Third Amendment to Administrative Order on Consent ("AOC") with respect to the Peterson/Puritan Superfund Site, EPA Docket No. 1-87-1064 (matters addressed therein consisting of the Work, Past Response Costs and Future Response Costs as those terms are defined in the AOC). Remedial Design/Remedial Action ("RD/RA") costs are not the subject of "matters addressed in the AOC" and dismissal of the cross-claims hereunder is expressly without prejudice as to RD/RA claims.

4. All pending cross-claims asserted by Defendants who are not listed in paragraph 2 ("non-settlors") against Defendants who are listed in paragraph 2 ("settlors") are dismissed without prejudice and are specifically preserved to the extent that if any Defendant settlor listed in paragraph 2 above asserts a claim against any non-settling Defendant, the non-settling Defendant may bring such cross-claims or any other claims in any such future action unless otherwise precluded by the US EPA Administrative Order on Consent entered into by the settlers and/or applicable law. Nothing in the Settlement and Release Agreements is intended, nor shall it be construed, to preclude a non-settling Defendant from asserting any cross-claims against a settling Defendant in any action or claim commenced by a settling Defendant against a non-settling Defendant. However, nothing in this Order shall be construed to limit or affect, in any manner, the contribution protection provided in the US EPA Administrative Order on Consent and/or applicable law.

SO ORDERED:

Ronald R. Lagueux

Ronald R. Lagueux
Senior U.S. District Judge

Dated: September 13, 2007