**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNILEVER BEST FOODS, et al.,**<br>**Plaintiffs,**<br>v.<br>**AMERICAN STEEL, et al.,**<br>**Defendants.** | **CONSOLIDATED**<br>**C.A. NO.01-496 L** |
| **CCL CUSTOM MFG., INC.,**<br>**Plaintiffs,**<br>**V.**<br>**ARKWRIGHT, INC., et al.,**<br>**Defendants.** | |

**NOTICE OF CHANGE OF LAW FIRM AND ADDRESS**

Gregory L. Benik, counsel for A.T. Cross, Raytheon, Teknor Apex Company, and Quebecor World Halliday, Inc. hereby gives notice that, effective November 1, 2007, all pleadings, filings and notices in this litigation should be directed to him at the following address:

Gregory L. Benik, Esq.
Benik & Associates P.C.
931 Jefferson Blvd., Suite 2008
Warwick, RI 02886
(phone) 401-454-0054
(fax) 401-732-5054
gbenik@jreri.com

Respectfully submitted,

**A.T. CROSS, RAYTHEON, TEKNOR APEX COMPANY, QUEBECOR WORLD HALLIDAY, INC.,**

By their Attorney

/s/ Gregory L. Benik

Gregory L. Benik (#1515)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Tel: 401-454-1000
Fax: 401-454-1030
gbenik@nixonpeabody.com

Dated: October 31, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 31th of October, 2007, an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for the District of Rhode Island. Notice of this filing, as indicated in the Notice of Electronic filing, will be sent via e-mail or via U.S. mail to the following:

/s/ Gregory L. Benik

Stephen Adams sadams@taylorduane.com, kbell@taylorduane.com

Melody A. Alger melody.alger@bgmalaw.com

John A. Andreasen jandreasen@mcgrathnorth.com

Thomas C. Angelone angelonelaw@aol.com, Conlonmaryv@aol.com

Julie P Barry jpbarry@nutter.com

John J. Barton jbarton@taylorduane.com

Charles S. Beal cbeal@cm-law.com, ccappalli@cm-law.com

Stephen J Brake &nbs p sbrake@nutter.com

Kevin J. Bristow KJBristowlaw@verizon.net

Christopher R. Bush cbush@riag.ri.gov, randrade@riag.ri.gov

Alexandra K. Callam acallam@haslaw.com

Andrew C. Coulam acoulam@taylorduane.com, fconnor@taylorduane.com

Paul V. Curcio pcurcio@apslaw.com

John B. Daukas jdaukas@goodwinprocter.com

Mark O. Denehy mdenehy@apslaw.com

William M. Dolan , III wdolan@brownrudnick.com

William S. Eggeling william.eg geling@ropesgray.com

Douglas J. Emanuel demanuel@crfllp.com

Roy P. Giarrusso rgiarrusso@gncm.net

Alden C. Harrington harrington@bhrlaw.com

Thomas C. Jackson thomas.jackson@bakerbotts.com

Bret W. Jedele bjedele@crfllp.com

Eric Lukingbeal elukingbeal@rc.com

Richard W. MacAdams rmacadams@mwdglaw.com, vburrus@mwdglaw.com

Kevin J. McAllister kmcallister@brcsm.com

James J. McGair jmcgair@hotmail.com

Joseph J. McGair jjm@petrarcamcgair.com

Keven A. McKenna KevenM@McKennaLaw.cc

Mark A. McSally mmcsally@kkrs.com

Matthew F. Medeiros mfm@lmkbw.com, dcabral@lmkbw.com; kocteau@lmkbw.com

Jeffrey S. Michaelson jeffmichaelson@cox.net

Donald P. Nagle nagle@dpnaglelaw.com

Mortimer C. Newton mortnewton@gmail.com

Scott J. Partington scott@b-plaw.com

Karen Ann Pelczarski kap@blishcavlaw.com

Gerald J. Petros gpetros@haslaw.com, clomas@haslaw.com

Thomas C. Plunkett tplunket! t@kprlaw .com, info@kprlaw.com

James T Price jprice@spencerfane.com

Thomas P. Quinn tquinn@fmmesq.com

Peter Brent Regan pregan@srt-law.com

Paul V. Reynolds pvreynolds@conversent.net

Ian C. Ridlon iridlon@darroweverett.com

Paul M. Sanford psanford@burnslev.com, scook@burnslev.com

Justin T. Shay jshay@cm-law.com, ccappalli@cm-law.com

Deming E. Sherman dsherman@eapdlaw.com, ekula@eapdlaw.com

Kristen W. Sherman ksherman@aps law.com, afontaine@apslaw.com; btallman@apslaw.com

Steven E. Snow ses@psh.com, tlc@psh.com

Dean S. Sommer dsommer@youngsommer.com, amorris@youngsommer.com

Randall L. Souza rsouza@shslawfirm.com, asalvaggio@shslawfirm.com

Michael W. Steinberg msteinberg@morganlewis.com

Benjamin V. White , III bwhite@vetterandwhite.com

Notice will be delivered by U.S. mail to:

Ralph A Child
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111

Douglas A. Cohen
Brown, Rudnick, Berlack Israels LLP
185 Asylum Street
CityPlace I
Hartford, CT 06103-3402

Stephen E. Crowley
US Dept. of Justice
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986

Christopher Davis
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Gary N Donner
Robertson, Freilich, Bruno & Cohen
One Riverfront Plaza
Newark, NJ 07102

Irvin Freilich
Roberton, Freilich, Bruno & Cohen
One Riverfront Plaza
Newark, NJ 07102

Roy Giarusso
Giarruso,Norton, Cooley & McGlone
Marina Bay
308 Victory Road
Boston, MA 02171

William D. Gillis , Jr
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210

Edmund J. Gorman
Moehreke, Mackie & Shea
137 Newbury Street
Boston, MA 02116

Ira K. Gross
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

H. Hamilton Hackney , III
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109-2804

Thomas H. Hannigan , Jr
Ropes & Gray
One International Place
Boston, MA 02110

Jennifer A. Jester
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109-2804

Adam P. Kahn
Fole y Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Nicholas Kenney
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Michael Kozlik
Brown, Rudnick, Berlack Israels LLP
185 Asylum Street
CityPlace I
Hartford, CT 06103-3402

Lyn M. Lustig
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111

Louis N. Massery
Massery, Gillis & Guiney
101 Merrimac Street
Boston, MA 02114

Jonathan A. Murphy
Lester, Schwab, Katz & Dwyer, LLP
120 Broadway
New York, NY 10271-5916

David Platt
Murtha, Cullina, Richter & Pinney
185 Asylum Street
Hartford, CT 06103

Brian M. Privor
Morgan, Lewis Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Kenneth A. Rubin
Morgan, Lewis Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

Eric M. Sommers
McLane Graf Raulerson & MIddleton, PA
2900 Elm St.
P.O. Box 326
Manchester, NH 03105-0326
eric.sommers@mclane.com

Christine Kelley Tramontana
Giarrusso, Norton, Cooley & McGlone, P.C.
308 Victory Road
Marina Bay
Quincy, MA 02171