IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNILEVER BESTFOODS and KIK CUSTOM PRODUCTS, INC., f/k/a CCL CUSTOM MANUFACTURING, INC. | : | |
| Plaintiffs, | : | |
| v. | : | |
| AMERICAN STEEL & ALUMINUM CORP, *et al*. | : | |
| Defendants. | : | CONSOLIDATED C.A. No. 01-496 L |
| KIK CUSTOM PRODUCTS, INC., f/k/a CCL CUSTOM MANUFACTURING, INC. | : | |
| Plaintiff, | : | |
| v. | : | |
| ARKWRIGHT INCORPORATED, *et al.* | : | |
| Defendants. | : | |

**MOTION TO ENTER CASE MANAGEMENT ORDER**

Plaintiffs, Unilever Bestfoods and KIK Custom Products, Inc. (f/k/a CCL Custom Manufacturing, Inc.), hereby move this Court to enter a proposed Case Management Order ("CMO") pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure. The proposed CMO is attached to concurrently filed memorandum of law. As set forth in Plaintiffs' memorandum of law, the proposed CMO is the most cost-efficient means for all parties and the Court to resolve Plaintiffs' remaining claims. Therefore, Plaintiffs respectfully request that this Court grant their Motion to Enter Case Management Order.

Dated: December 20, 2007

Respectfully submitted,

UNILEVER BESTFOODS
By Its Attorneys:

*/s/ Kristen W. Sherman*

MARK DENEHY, ESQ. (#3492)
KRISTEN W. SHERMAN, ESQ. (#5595)
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

-and-

THOMAS C. JACKSON
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W. - The Warner
Washington, D.C. 20004
(202) 639-7710
Fax: (202) 585-1009

KIK CUSTOM PRODUCTS, INC.
By Its Attorneys:

*/s/ Karen A. Pelczarski*

KAREN A. PELCZARSKI, ESQ. (#3357)
BLISH & CAVANAGH
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
Fax: (401) 351-7542

Of Counsel:

JONATHAN A. MURPHY, ESQ.
(JAM-6052)
LESTER, SCHWAB, KATZ & DWYER, LLP
125 Broadway
New York, New York 10271-0071
(212) 964-6611
Fax: (212) 267-5916

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of December, 2007, I caused a copy of the within to be sent by electronic means (ECF) to the following counsel of record:

- **Stephen Adams**
  sadams@taylorduane.com
- **Melody A. Alger**
  melody.alger@bgmalaw.com
- **Julie P. Barry**
  jpbarry@nutter.com
- **Charles S. Beal**
  cbeal@cm-law.com
- **Gregory L. Benik**
  gbenik@jreri.com
- **Stephen J. Brake**
  sbrake@nutter.com
- **Kevin J. Bristow**
  KJBristowlaw@verizon.net
- **Christopher R. Bush**
  cbush@riag.ri.gov
- **Alexandra K. Callam**
  acallam@haslaw.com
- **Andrew C. Coulam**
  acoulam@taylorduane.com, fconnor@taylorduane.com
- **Willliam M. Dolan, III**
  wdolan@browudnick.com
- **Douglas J. Emanuel**
  demanuel@crfllp.com
- **Alden C. Harrington**
  harrington@bhrlaw.com
- **Thomas C. Jackson**
  thomas.jackson@bakerbotts.com
- **Bret W. Jedele**
  bjedele@crfllp.com
- **Kevin J. McAllister**
  kmcallister@bresm.com
- **James J. McGair**
  jmcgair@hotmail.com
- **Keven A. McKenna**
  KevenM@McKennaLaw.cc
- **Mark A. McSally**
  mmcsally@kkrs.com

- **Matthew F. Medeiros**
  mfm@lmkbw.com, dcabral@lmkbw.com, kocteau@lmkbw.com
- **Donald P. Nagle**
  nagle@dpnaglelaw.com
- **Mortimer C. Newton**
  mortneon@gmail.com
- **Scott P. Partington**
  scott@b-plaw.com
- **Karen Ann Pelczarski**
  kap@blishcavlaw.com
- **Gerald J. Petros**
  gpetros@haslaw.com
- **Thomas J. Plunkett**
  tplunkett@kprlaw.com
- **James T. Price**
  jprice@spencerfane.com
- **Thomas P. Quinn**
  tquinn@fmmesq.com
- **Deming E. Sherman**
  dsherman@eapdlaw.com
- **Dean S. Sommer**
  dsommer@youngsommer.com
- **Randall L. Souza**
  rsouza@shslarm.com

and by mail to the following counsel of record:

| | |
|---|---|
| John J. Andreason, Esq.<br>McGrath, North, Mullin & Kratz, PC LLO<br>Suite 3700<br>1601 Dodge Street<br>Omaha, NB 68102 | Jonathan A. Murphy, Esq.<br>Lester Schwab Katz & Dwyer<br>120 Broadway<br>New York, NY 10271-0071 |
| Steven Crowley, Esq.<br>U. S. Dept. of Justice<br>Environmental Defense Section<br>P. O. Box 23986<br>Washington, DC 20026 | Michael E. Kozlik, Esq.<br>Douglas A. Cohen<br>Brown Rudnick Berlack Israels LLP<br>CityPlace I, 185 Asylum Street<br>Hartford, CT 06103-3402 |
| William D. Gillis, Jr., Esq.<br>Donovan Hatem LLP<br>World Trade Center East<br>Two Seaport Lane<br>Boston, MA 02210 | Irvin M. Freilich, Esq.<br>Gary N. Donner, Esq.<br>Robertson, Freilich, Bruno & Cohen, LLC<br>One Riverfront Plaza<br>Newark, NJ 07102 |

| | |
|---|---|
| Brian M. Privor, Esq.<br>Kenneth A. Rubin, Esq.<br>Michael W. Steinberg, Esq.<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004 | |

*/s/ Kristen W. Sherman*

439011_1.DOC