UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNILEVER BESTFOODS and CCL CUSTOM MANUFACTURING, INC.<br>Plaintiffs,<br><br>vs.<br><br>AMERICAN STEEL & ALUMINUM CORPORATION, et al.,<br>Defendants. | : | CONSOLIDATED<br>C. A. No. 01-496 L |
| CCL CUSTOM MANUFACTURING, INC.<br>Plaintiff,<br><br>vs.<br><br>ARKWRIGHT INCORPORATED, NYMAN MANUFACTURING COMPANY, INC. and A. T. CROSS COMPANY,<br>Defendants. | : | |

NOTICE OF FILING OF MOTION TO BE EXCUSED

Please take notice that the undersigned has filed a Petition to be Excused from attendance at Court in the above-captioned matter for the periods:

a. January 25, 2008; and

b. February 18, 2008 through February 22, 2008.

The document was filed by mail and has not been served by mail upon the attorneys in this action. Any counsel requesting a copy of the Motion will be provided a hard copy.

Respectfully submitted,

Date: December 26, 2007

/s/Jeffrey S. Michaelson

Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(fax)295-5220