IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNILEVER BEST FOODS and KIK CUSTOM PRODUCTS, INC., f/k/a/ CCL CUSTOM MANUFACTURING, INC.
Plaintiffs

v.

AMERICAN STEEL ALUMINUM CORP., *et al*
Defendants

CONSOLIDATED
C.A. No. 01-496L

KIK CUSTOM PRODUCTS, INC.
Plaintiff

v.

ARKWRIGHT INCORPORATED, *et al.*
Defendants

**DEFENDANT, DAVID BRASK'S MEMORANDUM OF LAW IN SUPPORT OF ITS OBJECTION TO PLAINTIFFS' MOTION TO ENTER A CASE MANAGEMENT ORDER**

Defendant, David Brask, objects to the proposed Case Management Order (CMO) submitted by Plaintiffs for the following reasons.

1. Plaintiffs are requesting limited discovery of certain individuals, namely truckers, who presumably would support their case. Plaintiffs are then requesting that all discovery be suspended in favor of submitting the entire case to the ADR process. Defendant, David Brask states that a trial is the only way to resolve this matter. This case has been pending for six years. The Plaintiffs have been involved in this case since 1987, and the issues involve the dumping of waste at the Cumberland/Lincoln site in the

1970's. What Plaintiffs are suggesting by their proposed CMO will only needlessly prolong matters.

2. Plaintiffs have had ample time to engage in settlement discussions with all of the named defendants. In fact, several settlements have been reached. The remaining defendants, at this stage, are not going to resolve their differences. There has certainly been enough time to explore settlements with everyone.

3. Defendant, David Brask, is in a uniquely different posture with respect to the other defendants. He is the only defendant being sued personally as the operator of the site in question. Defendant has three critical witnesses whose testimony is necessary for the defense of his case. These three witnesses are all advanced in age, and could possible pass away in the not too distant future. Defendant, David Brask, needs to preserve the testimony of these witnesses by deposition as soon as possible. The CMO proposed by the Plaintiffs does not allow for the taking of anyone's depositions other than truck haulers. It is possible that ADR mediation may produce some additional settlements. However, the cost and delay incurred by this process prejudices Defendant, David Brask's opportunity of obtaining any discovery. Resolution of this case by the Court is the most efficient and cost effective way to bring this case to a fair conclusion.

## CONCLUSION

The proposed CMO is time consuming and costly. Since this matter has been pending for such a long time, there has been ample opportunity to explore settlement discussions with the remaining defendants. The CMO limits discovery to certain individuals thereby prejudicing Defendant, David Brask's opportunity to obtain discovery

from his witnesses. The delay that the proposed CMO creates is not sufficient to overcome the prejudice of Defendant, David Brask, obtaining discovery in a timely manner. For these reasons, Defendant, David Brask requests that this Court deny Plaintiffs' Motion to Enter the Case Management Order. Defendant, David Brask, requests, alternatively, that this Court set a standard Case Management Order, setting dates for all discovery to ensue, pre-trial motions and trial.

Respectfully submitted,
David Brask
By his Attorney,

/s/ Mortimer C. Newton, Esq.
Mortimer C. Newton (1914)
91 Friendship Street
Providence RI 02903
(401) 421-1511
Fax: (401) 421-0876

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 28th day of December, 2007, the within document was electronically filed with the US District Court for the District of Rhode Island, and that I caused a copy of the within document to be sent by electronic means (ECF) to the following counsel of record:

- **Stephen Adams**
  sadams@taylorduane.com
- **Melody A. Alger**
  melody.alger@bgmalaw.com
- **Julie P. Barry**
  jpbarry@nutter.com
- **Charles S. Beal**
  cbeal@cm-law.com
- **Gregory L. Benik**
  gbenik@jreri.com
- **Stephen J. Brake**
  sbrake@nutter.com
- **Kevin J. Bristow**
  KJBristowlaw@verizon.net
- **Christopher R. Bush**
  cbush@riag.ri.gov
- **Alexandra K. Callam**
  acallam@haslaw.com
- **Andrew C. Coulam**
  acoulam@taylorduane.com, fconnor@taylorduane.com
- **Willliam M. Dolan, III**
  wdolan@browudnick.com
- **Douglas J. Emanuel**
  demanuel@crfllp.com
- **Alden C. Harrington**
  harrington@bhrlaw.com
- **Thomas C. Jackson**
  thomas.jackson@bakerbotts.com
- **Bret W. Jedele**
  bjedele@crfllp.com
- **Kevin J. McAllister**
  kmcallister@bresm.com
- **James J. McGair**
  jmcgair@hotmail.com
- **Keven A. McKenna**
  KevenM@McKennaLaw.cc
- **Mark A. McSally**
  mmcsally@kkrs.com

- **Matthew F. Medeiros**
  mfm@lmkbw.com, dcabral@lmkbw.com, kocteau@lmkbw.com
- **Donald P. Nagle**
  nagle@dpnaglelaw.com
- **Mortimer C. Newton**
  mortneon@gmail.com
- **Scott P. Partington**
  scott@b-plaw.com
- **Karen Ann Pelczarski**
  kap@blishcavlaw.com
- **Gerald J. Petros**
  gpetros@haslaw.com
- **Thomas J. Plunkett**
  tplunkett@kprlaw.com
- **James T. Price**
  jprice@spencerfane.com
- **Thomas P. Quinn**
  tquinn@fmmesq.com
- **Deming E. Sherman**
  dsherman@eapdlaw.com
- **Dean S. Sommer**
  dsommer@youngsommer.com
- **Randall L. Souza**
  rsouza@shslarm.com

and by mail to the following counsel of record:

| | |
|---|---|
| John J. Andreason, Esq.<br>McGrath, North, Mullin & Kratz, PC LLO<br>Suite 3700<br>1601 Dodge Street<br>Omaha, NB 68102 | Jonathan A. Murphy, Esq.<br>Lester Schwab Katz & Dwyer<br>120 Broadway<br>New York, NY 10271-0071 |
| Steven Crowley, Esq.<br>U. S. Dept. of Justice<br>Environmental Defense Section<br>P. O. Box 23986<br>Washington, DC 20026 | Michael E. Kozlik, Esq.<br>Douglas A. Cohen<br>Brown Rudnick Berlack Israels LLP<br>CityPlace I, 185 Asylum Street<br>Hartford, CT 06103-3402 |
| William D. Gillis, Jr., Esq.<br>Donovan Hatem LLP<br>World Trade Center East<br>Two Seaport Lane<br>Boston, MA 02210 | Irvin M. Freilich, Esq.<br>Gary N. Donner, Esq.<br>Robertson, Freilich, Bruno & Cohen, LLC<br>One Riverfront Plaza<br>Newark, NJ 07102 |

| | |
|---|---|
| Brian M. Privor, Esq.<br>Kenneth A. Rubin, Esq.<br>Michael W. Steinberg, Esq.<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004 | |

/s/ Mortimer C. Newton, Esq.