UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNILEVER BESTFOODS and :
KIK CUSTOM PRODUCTS, INC., f/k/a :
CCL CUSTOM MANUFACTURING, INC., :

Plaintiffs, :

v. :

AMERICAN STEEL & ALUMINUM CORP., et al, :

Defendants. : CONSOLIDATED
C.A. No. 01-0496L

KIK CUSTOM PRODUCTS, INC., f/k/a :
CCL CUSTOM MANUFACTURING, INC., :

Plaintiff, :

ARKWRIGHT INCORPORATED, et al., :

Defendants. :

**PARTIAL OBJECTION TO PLAINTIFFS' MOTION TO ENTER CASE MANAGEMENT ORDER**

Defendant Leach & Garner Technology, Inc. objects in part to the Case Management Order proposed by plaintiffs Unilever Bestfoods and KIK Custom Products, Inc.

Defendant Leach & Garner is in agreement with the alternative Case Management Order proposed by General Electric Company and attached to its Memorandum of Law and is in agreement with the legal positions set forth in General Electric Company's Memorandum of Law.

LEACH & GARNER TECHNOLOGY, INC.
By its attorneys,

/s/ Deming E. Sherman
Deming E. Sherman (#1138)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
dsherman@eapdlaw.com

January 3, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, 2008, I caused a copy of the within Partial Objection to Plaintiffs' Motion to Enter Case Management Order be sent by electronic means (ECF) to the following counsel of record:

- **Stephen Adams**
  sadams@taylorduane.com
- **Melody A. Alger**
  melody.alger@bgmalaw.com
- **John A. Andreasen**
  jandreasen@mcgrathnorth.com
- **Thomas C. Angelone**
  angelonelaw@aol.com Conlonmaryv@aol.com
- **Julie P. Barry**
  jpbarry@nutter.com
- **John J. Barton**
  jbarton@taylorduane.com
- **Charles S. Beal**
  cbeal@cm-law.com ccappalli@cm-law.com
- **Gregory L. Benik**
  gbenik@jreri.com
- **Stephen J. Brake**
  sbrake@nutter.com
- **Kevin J. Bristow**
  KJBristowlaw@verizon.net
- **Christopher R. Bush**
  cbush@riag.ri.gov randrade@riag.ri.gov
- **Alexandra K. Callam**
  acallam@haslaw.com

- **Andrew C. Coulam**
  acoulam@taylorduane.com fconnor@taylorduane.com
- **Paul V. Curcio**
  pcurcio@apslaw.com
- **John B. Daukas**
  jdaukas@goodwinprocter.com
- **Mark O. Denehy**
  mdenehy@apslaw.com
- **William M. Dolan, III**
  wdolan@brownrudnick.com
- **William S. Eggeling**
  william.eggeling@ropesgray.com
- **Douglas J. Emanuel**
  demanuel@crfllp.com
- **Roy P. Giarrusso**
  rgiarrusso@gncm.net
- **Alden C. Harrington**
  harrington@bhrlaw.com
- **Thomas C. Jackson**
  thomas.jackson@bakerbotts.com
- **Bret W. Jedele**
  bjedele@crfllp.com
- **Eric Lukingbeal**
  elukingbeal@rc.com
- **Richard W. MacAdams**
  rmacadams@mwdglaw.com vburrus@mwdglaw.com
- **Kevin J. McAllister**
  kmcallister@brcsm.com
- **James J. McGair**
  jmcgair@hotmail.com
- **Joseph J. McGair**
  jjm@petrarcamcgair.com
- **Keven A. McKenna**
  KevenM@McKennaLaw.cc
- **Mark A. McSally**
  mmcsally@kkrs.com
- **Matthew F. Medeiros**
  mfm@lmkbw.com dcabral@lmkbw.com;kocteau@lmkbw.com
- **Jeffrey S. Michaelson**
  jeffmichaelson@cox.net
- **Donald P. Nagle**
  nagle@dpnaglelaw.com
- **Mortimer C. Newton**
  mortnewton@gmail.com
- **Scott J. Partington**
  scott@b-plaw.com

- **Karen Ann Pelczarski**
  kap@blishcavlaw.com
- **Gerald J. Petros**
  gpetros@haslaw.com clomas@haslaw.com
- **Thomas C. Plunkett**
  tplunkett@kprlaw.com info@kprlaw.com
- **James T Price**
  jprice@spencerfane.com
- **Peter Brent Regan**
  pregan@srt-law.com
- **Paul V. Reynolds**
  pvreynolds@conversent.net
- **Ian C. Ridlon**
  iridlon@darroweverett.com
- **Paul M. Sanford**
  psanford@burnslev.com scook@burnslev.com
- **Justin T. Shay**
  jshay@cm-law.com ccappalli@cm-law.com
- **Kristen W. Sherman**
  ksherman@apslaw.com afontaine@apslaw.com; btallman@apslaw.com
- **Steven E. Snow**
  ses@psh.com tlc@psh.com
- **Dean S. Sommer**
  dsommer@youngsommer.com amorris@youngsommer.com
- **Randall L. Souza**
  rsouza@shslawfirm.com asalvaggio@shslawfirm.com
- **Michael W. Steinberg**
  msteinberg@morganlewis.com
- **Benjamin V. White, lll**
  bwhite@vetterandwhite.com

and by mail to the following counsel of record:

Ralph A. Child, Esq.
Lyn M. Lustig, Esq.
Mintz, Levin, Cohn, Ferris,
Glovsky & Popeo, PC
One Financial Center
Boston, MA 02110

Douglas A. Cohen, Esq.
Michael Kozlik, Esq.
Brown Rudnick Berlack Israels LLP
185 Asylum Street
CityPlaceI
Hartford, CT 06103

Stephen E. Crowley, Esq.
United States Department of Justice
Environmental & Natural Resource Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986

Christopher Davis, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Gary N. Donner, Esq.
Irvin M. Freilich, Esq.
Robertson, Freilich, Bruno & Cohen, LLC
One Riverfront Plaza
Newark, NJ 07102

William D. Gillis, Jr., Esq.
Donovan & Hatem, LLP
2 Seaport Lane
Boston, MA 02210

H. Hamilton Hackney III, Esq.
Greenberg Traurig LLP
One International Place
Boston, MA 02110

Thomas H. Hannigan, Jr., Esq.
Ropes & Gray
One International Place
Boston, MA 02110-2624

Jonathan A. Murphy, Esq.
Lester, Schwab, Katz & Dwyer LLP
120 Broadway
New York, NY 10271-0071

David Platt, Esq.
Murtha Cullina LLP
CityPlace I, 29th Floor
185 Asylum Street
Hartford, CT 06103

Kenneth A. Rubin, Esq.
Brian M. Privor, Esq.
Morgan, Lewis Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

William D. Wick, Esq.
Wactor & Wick LLP
180 Grand Avenue - Suite 950
Oakland, CA 94612

/s/ Deming E. Sherman