UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNILEVER BESTFOODS and KIK CUSTOM MANUFACTURING, INC., f/k/a CCL CUSTOM MANUFACTURING, INC.

Plaintiffs,

v.

AMERICAN STEEL & ALUMINUM CORP., et al.

Defendants.

CONSOLIDATED
CIVIL ACTION NO. 01-496 L

---

KIK CUSTOM MANUFACTURING, INC., f/k/a CCL CUSTOM MANUFACTURING, INC.

Plaintiff,

v.

ARKWRIGHT INCORPORATED, et al.

Defendants.

**PARTIAL OPPOSITION OF HOLLINGSWORTH & VOSE COMPANY TO PLAINTIFFS' MOTION TO ENTER CASE MANAGEMENT ORDER**

Defendant Hollingsworth & Vose Company ("H&V") hereby partially opposes the proposed Case Management Order of plaintiffs Unilever Bestfoods and KIK Custom Products, Inc., and joins in requesting the alternative Case Management Order proposed by defendant General Electric Company ("GE") for the following reasons:

1. Plaintiffs' proposed CMO would limit discovery in this matter to depositions of certain truck drivers, preventing defendants from any additional discovery until after the

completion of proposed mandatory mediation. There is no reason to limit discovery in this fashion. Specifically, discovery should be allowed of sufficient extent to allow a defendant to make a motion for summary judgment, where insufficient evidence exists for a reasonable trier of fact to find that defendant to be a liable party. Here, the limitation upon discovery sought by plaintiffs is intended to allow plaintiffs to establish prima facie claims against some defendants, while preventing other defendants from pursuing discovery to establish that the plaintiffs do not have evidence sufficient to make a case against them. In effect, a given truck driver may testify to sufficient facts that, when joined with appropriate expert testimony, could establish potential liability. By contrast, defendants will need to be able to ask plaintiffs at deposition or by interrogatories or document requests to set out the totality of the evidence relating to that defendant's nexus to the site. Plaintiffs seek to allow the former but not the latter. This limitation is a transparent attempt to tilt the playing field in discovery and should be rejected by this Court.

2. Similarly, the request for mandatory mediation is also unfair. Plaintiffs are seeking, in effect, to settle this case without full and fair disclosure of the evidence. H&V agrees with GE that the focus of the case should now be on discovery. The parties are free to explore future settlement opportunities and/or pursue mediation at a later date.

For the foregoing reasons, H&V requests that the Court deny plaintiffs' motion and approve the alternative Case Management Order proposed by GE.

HOLLINGSWORTH & VOSE COMPANY

By its attorneys,

/s/

Kevin J. Bristow (#3984)
Law Offices of Kevin J. Bristow
1309 Turks Head Building
Providence, RI 02903
(401) 521-2800
Fax (401) 521-2812

- and -

/s/

Stephen J. Brake (MA BBO#546972)
Julie Pruitt Barry (MA BBO #563018)
NUTTER MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000
Fax (617) 310-9000

Dated: January 4, 2008

## CERTIFICATE OF SERVICE

I, Julie Pruitt Barry, hereby certify that on January 4, 2008 the attached document was electronically filed with the U.S. District Court for the District of Rhode Island, and that I thereby caused a copy of the document to be served electronically ("ECF") to the following counsel of record:

- **Stephen Adams**
  sadams@taylorduane.com
- **Melody A. Alger**
  melody.alger@bgmalaw.com
- **John A. Andreasen**
  jandreasen@mcgrathnorth.com
- **Thomas C. Angelone**
  angelonelaw@aol.com
- **John J. Barton**
  jbarton@taylorduane.com
- **Charles S. Beal**
  cbeal@cm-law.com
- **Gregory L. Benik**
  gbenik@jreri.com
- **Stephen J. Brake**
  sbrake@nutter.com
- **Kevin J. Bristow**
  KJBristowlaw@verizon.net
- **Christopher R. Bush**
  cbush@riag.ri.gov
- **Alexandra K. Callam**
  acallam@haslaw.com
- **Andrew C. Coulam**
  acoulam@taylorduane.com
- **Paul V. Curcio**
  pcurcio@apslaw.com
- **John B. Daukas**
  jdaukas@goodwinprocter.com
- **Mark O. Denehy**
  mdenehy@apslaw.com
- **William M. Dolan, III**
  wdolan@brownrudnick.com
- **William S. Eggeling**
  William.eggeling@ropesgray.com
- **Douglas J. Emmanuel**
  demanuel@crfllp.com
- **Roy P. Giarrusso**
  rgiarrusso@gncm.net
- **Alden C. Harrington**
  harrington@bhrlaw.com
- **Thomas C. Jackson**
  Thomas.Jackson@backerbotts.com

- **Bret W. Jedele**
  bjedele@crfllp.com
- **Adam P. Kahn**
  akahn@foleyhoag.com
- **Eric Lukingbeal**
  eluckingbeal@rc.com
- **Richard W. MacAdams**
  rmacadams@mwdglaw.com
- **Kevin J. McAllister**
  kmcallister@brcsm.com
- **James J. McGair**
  jmcgair@hotmail.com
- **Joseph J. McGair**
  jjm@petrarcamcgair.com
- **Keven A. McKenna**
  KevenM@McKennaLaw.cc
- **Mark A. McSally**
  mmcsally@kkrs.com
- **Matthew F. Medeiros**
  mfm@lmkbw.com
- **Jeffrey S. Michaelson**
  jeffmichaelson@cox.net
- **Donald P. Nagle**
  nagle@dpnaglelaw.com
- **Mortimer C. Newton**
  mortnewton@gmail.com
- **Scott J. Partington**
  scott@b-plaw.com
- **Karen Ann Pelczarski**
  kap@blishcavlaw.com
- **Gerald J. Petros**
  gpetros@haslaw.com
- **Thomas C. Plunkett**
  tplunkett@kprlaw.com
- **James T. Price**
  jprice@spencerfane.com
- **Thomas P. Quinn**
  tquinn@fmmesq.com
- **Peter Brent Regan**
  pregan@srt-law.com
- **Paul V. Reynolds**
  pvreynolds@conversent.net
- **Ian C. Ridlon**
  iridlon@darroweverett.com
- **Justin T. Shay**
  jshay@cm-law.com
- **Deming E. Sherman**
  dsherman@eapdlaw.com

- **Kristen W. Sherman**
  ksherman@apslaw.com
- **Steven E. Snow**
  ses@psh.com
- **Dean S. Sommer**
  dsommer@youngsommer.com
- **Randall L. Souza**
  rsouza@shslawfirm.com
- **Michael W. Steinberg**
  msteinberg@morganlewis.com
- **Benjamin V. White, III**
  bwhite@vetterandwhite.com

and I caused a copy of the document to be served by first class mail, postage prepaid, to the following counsel of record:

Ralph A. Child
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111

Douglas A. Cohen
Brown, Rudnick, Berlack Israels, LLP
185 Asylum Street
City Place I
Hartford, CT 01603-3402

Stephen E. Crowley
US Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986

Christopher Davis
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

Gary N. Donner
Robertson, Freilich, Bruno, & Cohen
One Riverfront Plaza
Newark, NJ 07102

Irvin Freilich
Robertson, Freilich, Bruno, & Cohen
One Riverfront Plaza
Newark, NJ 07102

Roy Giarusso

Giarruso, Norton, Cooley & McGlone
Marina Bay
308 Victory Road
Boston, MA 02171

William D. Gillis, Jr.
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210

Edmund J. Gorman
Moehreke, Mackie & Shea
137 Newbury Street
Boston, MA 02116

Ira K. Gross
Sullivan & Worcester, LLP
One Post Office Square
Boston, MA 02109

H. Hamilton Hackney, III
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109-2804

Thomas H. Hannigan, Jr.
Ropes & Gray
One International Place
Boston, MA 02110

Jennifer A. Jester
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109-2804

Nicholas Kenney
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Michael Kozlik
Brown, Rudnick, Berlack Israels LLP
185 Asylum Street
City Place I
Hartford, CT 06103-3402

Lyn M. Lustig

Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111

Louis N. Massery
Massery, Gillis & Guiney
101 Merrimac Street
Boston, MA 02114

Jonathan A. Murphy
Lester, Schwab, Katz & Dwyer, LLP
120 Broadway
New York, NY 10271-5916

David Platt
Murtha, Cullina, Richter & Pinney
185 Asylum Street
Hartford, CT 06103

Brian M. Privor
Morgan, Lewis Bockius, LLP
1111 Pennsylvania Avenue
Washington, DC 20004

Kenneth A. Rubin
Morgan, Lewis Bockius, LLP
1111 Pennsylvania Avenue
Washington, DC 20004

Eric M. Sommers
McLane Graf Raulerson & Middleton, PA
2900 Elm Street
P.O. Box 326
Manchester, NH 03105-0326

Christine Kelley Tramontana
Giarruso, Norton, Cooley & McGlone
Marina Bay
308 Victory Road
Boston, MA 02171

1696676.1