UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNILEVER BEST FOODS and KIK CUSTOM
MANUFACTURING INC., f/k/a CCL CUSTOM
MANUFACTURING INC.
Plaintiffs

v.

AMERICAN STEEL & ALUMINUM CORP. *et al*
Defendants

CONSOLIDATED
C.A. No. 01-0496-L

---

KIK CUSTOM PRODUCTS, INC. f/k/a
CCL CUSTOM MANUFFACTURING, INC.
Plaintiff

v.

ARKWRIGHT INCORPORATED, *et al*
Defendants

**NOTICE OF FILING OF MOTION TO BE EXCUSED**

Please take notice that the undersigned has filed a Petition to be Excused from Attendance at Court in the above-captioned case for the period of time between February 28, 2008 and March 17, 2008.

The document was filed by mail and has been served by mail upon those attorneys without electronic filing. Any counsel requesting a copy of the Motion will be provided a hard copy.

Respectfully submitted,

/s/ Mortimer C. Newton
Mortimer C. Newton, Esq. (1914)
91 Friendship Street
Providence RI 02903
(401) 421-1511 (ph)
(401) 421-0876 (fx)

# CERTIFICATE OF SERVICE

I hereby certify that, on the 8th day of January, 2008, the within document was electronically filed with the US District Court for the District of Rhode Island, and that I caused a copy of the within document to be sent by electronic means (ECF) to the following counsel of record:

- **Stephen Adams**
  sadams@taylorduane.com
- **Melody A. Alger**
  melody.alger@bgmalaw.com
- **Julie P. Barry**
  jpbarry@nutter.com
- **Charles S. Beal**
  cbeal@cm-law.com
- **Gregory L. Benik**
  gbenik@jreri.com
- **Stephen J. Brake**
  sbrake@nutter.com
- **Kevin J. Bristow**
  KJBristowlaw@verizon.net
- **Christopher R. Bush**
  cbush@riag.ri.gov
- **Alexandra K. Callam**
  acallam@haslaw.com
- **Andrew C. Coulam**
  acoulam@taylorduane.com, fconnor@taylorduane.com
- **Willliam M. Dolan, III**
  wdolan@browudnick.com
- **Douglas J. Emanuel**
  demanuel@crfllp.com
- **Alden C. Harrington**
  harrington@bhrlaw.com
- **Thomas C. Jackson**
  thomas.jackson@bakerbotts.com
- **Bret W. Jedele**
  bjedele@crfllp.com
- **Kevin J. McAllister**
  kmcallister@bresm.com
- **James J. McGair**
  jmcgair@hotmail.com
- **Keven A. McKenna**
  KevenM@McKennaLaw.cc
- **Mark A. McSally**
  mmcsally@kkrs.com

- **Matthew F. Medeiros**
  mfm@lmkbw.com, dcabral@lmkbw.com, kocteau@lmkbw.com
- **Donald P. Nagle**
  nagle@dpnaglelaw.com
- **Mortimer C. Newton**
  mortneon@gmail.com
- **Scott P. Partington**
  scott@b-plaw.com
- **Karen Ann Pelczarski**
  kap@blishcavlaw.com
- **Gerald J. Petros**
  gpetros@haslaw.com
- **Thomas J. Plunkett**
  tplunkett@kprlaw.com
- **James T. Price**
  jprice@spencerfane.com
- **Thomas P. Quinn**
  tquinn@fmmesq.com
- **Deming E. Sherman**
  dsherman@eapdlaw.com
- **Dean S. Sommer**
  dsommer@youngsommer.com
- **Randall L. Souza**
  rsouza@shslarm.com

and by mail to the following counsel of record:

| | |
|---|---|
| John J. Andreason, Esq.<br>McGrath, North, Mullin & Kratz, PC LLO<br>Suite 3700<br>1601 Dodge Street<br>Omaha, NB 68102 | Jonathan A. Murphy, Esq.<br>Lester Schwab Katz & Dwyer<br>120 Broadway<br>New York, NY 10271-0071 |
| Steven Crowley, Esq.<br>U. S. Dept. of Justice<br>Environmental Defense Section<br>P. O. Box 23986<br>Washington, DC 20026 | Michael E. Kozlik, Esq.<br>Douglas A. Cohen<br>Brown Rudnick Berlack Israels LLP<br>CityPlace I, 185 Asylum Street<br>Hartford, CT 06103-3402 |
| William D. Gillis, Jr., Esq.<br>Donovan Hatem LLP<br>World Trade Center East<br>Two Seaport Lane<br>Boston, MA 02210 | Irvin M. Freilich, Esq.<br>Gary N. Donner, Esq.<br>Robertson, Freilich, Bruno & Cohen, LLC<br>One Riverfront Plaza<br>Newark, NJ 07102 |

| | |
|---|---|
| Brian M. Privor, Esq.<br>Kenneth A. Rubin, Esq.<br>Michael W. Steinberg, Esq.<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004 | |

/s/ Mortimer C. Newton, Esq.