IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNILEVER BESTFOODS and KIK CUSTOM PRODUCTS, INC., f/k/a CCL CUSTOM MANUFACTURING, INC. | : | |
| Plaintiffs, | : | |
| v. | : | |
| AMERICAN STEEL & ALUMINUM CORP, *et al*. | : | |
| Defendants. | : | |
| ________________________________________ | : | CONSOLIDATED<br>C.A. No. 01-496 L |
| KIK CUSTOM PRODUCTS, INC., f/k/a CCL CUSTOM MANUFACTURING, INC. | : | |
| Plaintiff, | : | |
| v. | : | |
| ARKWRIGHT INCORPORATED, *et al.* | : | |
| Defendants. | : | |

**PLAINTIFFS' MOTION TO DISMISS DEFENDANTS AMERICAN OPTICAL CORP., BOSTON MEDICAL CENTER, HARVARD UNIVERSITY, HONEYWELL, INC., LOUIS M. GERSON CO., INC., J.M. MILLS, INC., LUCENT TECHNOLOGIES SERVICES, CO., INC., MICHAEL JOHN REALTY, MOSSBERG INDUSTRIES, INC., NUNES DISPOSAL, INC., THE SCHEPENS EYE RESEARCH INSTITUTE, INC., EDWARD C. WHITNEY & SON, INC., VA HOSPITAL**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs, Unilever Bestfoods and CCL Custom Manufacturing, Inc., hereby move the Court to dismiss without prejudice the following Defendants: American Optical Corp.; Boston Medical Center; Harvard University; Honeywell, Inc.; Louis M. Gerson Co., Inc.; J.M. Mills, Inc.; Lucent Technologies Services Co., Inc.; Michael John Realty; Mossberg Industries, Inc.; Nunes Disposal, Inc.; The Schepens Eye Research Institute, Inc.; Edward C. Whitney & Son, Inc.; and, VA Hospital In

addition, Plaintiffs further submit that it is appropriate for the Court to dismiss without prejudice any cross-claims that have been asserted against and/or between the specified Defendants. A proposed order granting this Motion is attached as Exhibit A. Also, the grounds for this Motion are more fully set forth in the accompanying Memorandum of Law.

Dated: January 14, 2008

Respectfully submitted,

UNILEVER BESTFOODS
By Its Attorneys:

*/s/ Kristen W. Sherman*

MARK DENEHY, ESQ. (#3492)
KRISTEN W. SHERMAN, ESQ. (#5595)
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

-and-

THOMAS C. JACKSON
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W. - The Warner
Washington, D.C. 20004
(202) 639-7710
Fax: (202) 585-1009

KIK CUSTOM PRODUCTS, INC.
By Its Attorneys:

*/s/ Karen A. Pelczarski*

KAREN A. PELCZARSKI, ESQ. (#3357)
BLISH & CAVANAGH
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
Fax: (401) 351-7542

Of Counsel:

JONATHAN A. MURPHY, ESQ.
(JAM-6052)
LESTER, SCHWAB, KATZ & DWYER, LLP
125 Broadway
New York, New York 10271-0071
(212) 964-6611
Fax: (212) 267-5916

440511_1.DOC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of January, 2008, I caused a copy of the within to be sent by electronic means (ECF) to the following counsel of record:

- **Stephen Adams**
  sadams@taylorduane.com
- **Melody A. Alger**
  melody.alger@bgmalaw.com
- **Julie P. Barry**
  jpbarry@nutter.com
- **Charles S. Beal**
  cbeal@cm-law.com
- **Gregory L. Benik**
  gbenik@jreri.com
- **Stephen J. Brake**
  sbrake@nutter.com
- **Kevin J. Bristow**
  KJBristowlaw@verizon.net
- **Christopher R. Bush**
  cbush@riag.ri.gov
- **Alexandra K. Callam**
  acallam@haslaw.com
- **Andrew C. Coulam**
  acoulam@taylorduane.com, fconnor@taylorduane.com
- **Willliam M. Dolan, III**
  wdolan@browudnick.com
- **Douglas J. Emanuel**
  demanuel@crfllp.com
- **Alden C. Harrington**
  harrington@bhrlaw.com
- **Thomas C. Jackson**
  thomas.jackson@bakerbotts.com
- **Bret W. Jedele**
  bjedele@crfllp.com
- **Kevin J. McAllister**
  kmcallister@brcsm.com
- **James J. McGair**
  jmcgair@hotmail.com
- **Keven A. McKenna**
  KevenM@McKennaLaw.cc
- **Mark A. McSally**
  mmcsally@kkrs.com
- **Matthew F. Medeiros**
  mfm@lmkbw.com, dcabral@lmkbw.com, kocteau@lmkbw.com
- **Donald P. Nagle**
  nagle@dpnaglelaw.com
- **Mortimer C. Newton**
  mortneon@gmail.com

- **Scott P. Partington**
  scott@b-plaw.com
- **Karen Ann Pelczarski**
  kap@blishcavlaw.com
- **Gerald J. Petros**
  gpetros@haslaw.com
- **Thomas J. Plunkett**
  tplunkett@kprlaw.com
- **James T. Price**
  jprice@spencerfane.com
- **Thomas P. Quinn**
  tquinn@fmmesq.com
- **Deming E. Sherman**
  dsheman@eapdlaw.com
- **Dean S. Sommer**
  dsommer@youngsommer.com
- **Randall L. Souza**
  rsouza@shslarm.com

and by mail to the following counsel of record:

| | |
|---|---|
| John J. Andreason, Esq.<br>McGrath, North, Mullin & Kratz, PC LLO<br>Suite 3700<br>1601 Dodge Street<br>Omaha, NB 68102 | Jonathan A. Murphy, Esq.<br>Lester Schwab Katz & Dwyer<br>120 Broadway<br>New York, NY 10271-0071 |
| Steven Crowley, Esq.<br>U. S. Dept. of Justice<br>Environmental Defense Section<br>P. O. Box 23986<br>Washington, DC 20026 | Michael E. Kozlik, Esq.<br>Douglas A. Cohen<br>Brown Rudnick Berlack Israels LLP<br>CityPlace I, 185 Asylum Street<br>Hartford, CT 06103-3402 |
| William D. Gillis, Jr., Esq.<br>Donovan Hatem LLP<br>World Trade Center East<br>Two Seaport Lane<br>Boston, MA 02210 | Irvin M. Freilich, Esq.<br>Gary N. Donner, Esq.<br>Robertson, Freilich, Bruno & Cohen, LLC<br>One Riverfront Plaza<br>Newark, NJ 07102 |
| Brian M. Privor, Esq.<br>Kenneth A. Rubin, Esq.<br>Michael W. Steinberg, Esq.<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004 | |

/s/ Kristen W. Sherman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNILEVER BESTFOODS and KIK CUSTOM PRODUCTS, INC., f/k/a CCL CUSTOM MANUFACTURING, INC.<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN STEEL & ALUMINUM CORP, *et al*.<br><br>Defendants. | : | |
| KIK CUSTOM PRODUCTS, INC., f/k/a CCL CUSTOM MANUFACTURING, INC.<br><br>Plaintiff,<br><br>v.<br><br>ARKWRIGHT INCORPORATED, *et al.*<br><br>Defendants. | : | <u>CONSOLIDATED</u><br>C.A. No. 01-496 L |

**<u>ORDER DISMISSING DEFENDANTS AMERICAN OPTICAL CORP., BOSTON MEDICAL CENTER, HARVARD UNIVERSITY, HONEYWELL, INC., LOUIS M. GERSON CO., INC., J.M. MILLS, INC., LUCENT TECHNOLOGIES SERVICES, CO., INC., MICHAEL JOHN REALTY, MOSSBERG INDUSTRIES, INC., NUNES DISPOSAL, INC., THE SCHEPENS EYE RESEARCH INSTITUTE, INC., EDWARD C. WHITNEY & SON, INC., VA HOSPITAL</u>**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court dismisses from the action without prejudice the following Defendants: American Optical Corp.; Boston Medical Center; Harvard University; Honeywell, Inc.; Louis M. Gerson Co., Inc.; J.M. Mills, Inc.; Lucent Technologies Services Co., Inc.; Michael John Realty; Mossberg Industries, Inc.; Nunes Disposal, Inc.; The Schepens Eye Research Institute, Inc.; Edward C. Whitney & Son,

Inc.; and, VA Hospital. Further, the Court also dismisses without prejudice any cross-claims that have been asserted against and/or between the specified Defendants.

SO ORDERED:

______________________________
Ronald R. Lagueux
Senior U.S. District Judge

Dated: ________________________

Respectfully submitted,

UNILEVER BESTFOODS
By Its Attorneys:

*/s/ Kristen W. Sherman*
MARK DENEHY, ESQ. (#3492)
KRISTEN W. SHERMAN, ESQ. (#5595)
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

-and-

THOMAS C. JACKSON
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W. - The Warner
Washington, D.C. 20004
(202) 639-7710
Fax: (202) 585-1009

440519_1.DOC