UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILEVER BESTFOODS and CCL CUSTOM MANUFACTURING, INC.<br><br>Plaintiffs,<br>v.<br><br>AMERICAN STEEL & ALUMINUM CORPORATION, et al.<br><br>Defendants.<br><br>CCL CUSTOM MANUFACTURING, INC.<br><br>Plaintiff,<br>v.<br><br>ARKWRIGHT INCORPORATED, NYMAN MANUFACTURING COMPANY, INC. and A. T. CROSS COMPANY,<br><br>Defendants. | CONSOLIDATED<br>C.A. No. 01-496 L |

**NOTICE OF APPEARANCE**

Jeffrey S. Brenner and Nixon Peabody LLP hereby enter an appearance in this case on behalf of Defendant Corning, Inc.

Defendant,
Corning, Inc.,
By their Attorney,

/s/ Jeffrey S. Brenner

Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
jbrenner@nixonpeabody.com

Dated: January 14, 2008

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically or via U.S. mail to the registered participants listed below as identified on the Notice of Electronic filing (NEF), on this 14th day of January, 2008.

/s/ Jeffrey S. Brenner

**Electronic Notification**

| | | |
|---|---|---|
| **Stephen Adams**<br>sadams@taylorduane.com | **Melody A. Alger**<br>melody.alger@bgmalaw.com | **John A. Andreasen**<br>jandreasen@mcgrathnorth.com |
| **Thomas C. Angelone**<br>angelonelaw@aol.com,<br>Conlonmaryv@aol.com | **Julie P Barry**<br>jpbarry@nutter.com | **John J. Barton**<br>jbarton@taylorduane.com |
| **Charles S. Beal**<br>cbeal@cm-law.com,<br>ccappalli@cm-law.com | **Gregory L. Benik**<br>gbenik@jreri.com,<br>mbiagetti@jreri.com | **Stephen J Brake**<br>sbrake@nutter.com |
| **Kevin J. Bristow**<br>KJBristowlaw@verizon.net | **Christopher R. Bush**<br>cbush@riag.ri.gov,<br>randrade@riag.ri.gov | **Alexandra K. Callam**<br>acallam@haslaw.com |
| **Andrew C. Coulam**<br>acoulam@taylorduane.com,<br>fconnor@taylorduane.com | **Paul V. Curcio**<br>pcurcio@apslaw.com | **John B. Daukas**<br>jdaukas@goodwinprocter.com |
| **Mark O. Denehy**<br>mdenehy@apslaw.com | **William M. Dolan , III**<br>wdolan@brownrudnick.com,<br>dmedeiros@brownrudnick.com,<br>breynolds@brownrudnick.com,<br>bjl@brownrudnick.com | **William S. Eggeling**<br>william.eggeling@ropesgray.com |
| **Douglas J. Emanuel**<br>demanuel@crfllp.com | **Roy P. Giarrusso**<br>rgiarrusso@gncm.net | **Alden C. Harrington**<br>harrington@bhrlaw.com |
| **Thomas C. Jackson**<br>thomas.jackson@bakerbotts.com | **Bret W. Jedele**<br>bjedele@crfllp.com | **Adam P. Kahn**<br>akahn@foleyhoag.com |
| **Eric Lukingbeal**<br>elukingbeal@rc.com | **Richard W. MacAdams**<br>rmacadams@mwdglaw.com,<br>vburrus@mwdglaw.com | **Kevin J. McAllister**<br>kmcallister@brcsm.com |
| **James J. McGair**<br>jmcgair@hotmail.com | **Joseph J. McGair**<br>jjm@petrarcamcgair.com | **Keven A. McKenna**<br>KevenM@McKennaLaw.cc |
| **Mark A. McSally**<br>mmcsally@kkrs.com | **Matthew F. Medeiros**<br>mfm@lmkbw.com,<br>dcabral@lmkbw.com | **Jeffrey S. Michaelson**<br>jeffmichaelson@cox.net |
| **Donald P. Nagle**<br>nagle@dpnaglelaw.com | **Mortimer C. Newton**<br>mortnewton@gmail.com | **Scott J. Partington**<br>scott@b-plaw.com |

| | | |
|---|---|---|
| **Karen Ann Pelczarski**<br>kap@blishcavlaw.com | **Gerald J. Petros**<br>gpetros@haslaw.com,<br>clomas@haslaw.com | **Thomas C. Plunkett**<br>tplunkett@kprlaw.com,<br>info@kprlaw.com |
| **James T Price**<br>jprice@spencerfane.com | **Thomas P. Quinn**<br>tquinn@fmmesq.com | **Peter Brent Regan**<br>pregan@srt-law.com |
| **Paul V. Reynolds**<br>pvreynolds@conversent.net | **Ian C. Ridlon**<br>iridlon@darroweverett.com | **Justin T. Shay**<br>jshay@cm-law.com,<br>ccappalli@cm-law.com |
| **Deming E. Sherman**<br>dsherman@eapdlaw.com,<br>ekula@eapdlaw.com | **Kristen W. Sherman**<br>ksherman@apslaw.com,<br>afontaine@apslaw.com,<br>btallman@apslaw.com | **Steven E. Snow**<br>ses@psh.com,tlc@psh.com |
| **Dean S. Sommer**<br>dsommer@youngsommer.com,<br>amorris@youngsommer.com | **Randall L. Souza**<br>rsouza@shslawfirm.com,<br>asalvaggio@shslawfirm.com | **Michael W. Steinberg**<br>msteinberg@morganlewis.com |
| **Benjamin V. White , III**<br>bwhite@vetterandwhite.com | | |

**Manual Notice List**

| | | |
|---|---|---|
| **Ralph A Child**<br>Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC<br>One Financial Center<br>Boston, MA 02111 | **Douglas A. Cohen**<br>Brown, Rudnick, Berlack Israels LLP<br>185 Asylum Street<br>CityPlace I<br>Hartford, CT 06103-3402 | **Stephen E. Crowley**<br>US Dept. of Justice<br>Environmental Defense Section<br>P.O. Box 23986<br>Washington, DC 20026-3986 |
| **Christopher Davis**<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA 02109 | **Gary N Donner**<br>Robertson, Freilich, Bruno & Cohen<br>One Riverfront Plaza<br>Newark, NJ 07102 | **Irvin Freilich**<br>Roberton, Freilich, Bruno & Cohen<br>One Riverfront Plaza<br>Newark, NJ 07102 |
| **Roy Giarusso**<br>Giarruso,Norton, Cooley & McGlone<br>Marina Bay<br>308 Victory Road<br>Boston, MA 02171 | **William D. Gillis, Jr.**<br>Donovan Hatem, LLP<br>Two Seaport Lane<br>Boston, MA 02210 | **Edmund J. Gorman**<br>Moehreke, Mackie & Shea<br>137 Newbury Street<br>Boston, MA 02116 |
| **Ira K. Gross**<br>Sullivan & Worcester LLP<br>One Post Office Square<br>Boston, MA 02109 | **H. Hamilton Hackney, III**<br>Choate, Hall & Stewart<br>Exchange Place<br>53 State Street<br>Boston, MA 02109-2804 | **Thomas H. Hannigan, Jr.**<br>Ropes & Gray<br>One International Place<br>Boston, MA 02110 |

| | | |
|---|---|---|
| **Jennifer A. Jester**<br>Choate, Hall & Stewart<br>Exchange Place<br>53 State Street<br>Boston, MA 02109-2804 | **Nicholas Kenney**<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA 02210 | **Michael Kozlik**<br>Brown, Rudnick, Berlack Israels LLP<br>185 Asylum Street<br>CityPlace I<br>Hartford, CT 06103-3402 |
| **Lyn M. Lustig**<br>Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC<br>One Financial Center<br>Boston, MA 02111 | **Louis N. Massery**<br>Massery, Gillis & Guiney<br>101 Merrimac Street<br>Boston, MA 02114 | **Jonathan A. Murphy**<br>Lester, Schwab, Katz & Dwyer, LLP<br>120 Broadway<br>New York, NY 10271-5916 |
| **David Platt**<br>Murtha, Cullina, Richter & Pinney<br>185 Asylum Street<br>Hartford, CT 06103 | **Brian M. Privor**<br>Morgan, Lewis Bockius, LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | **Kenneth A. Rubin**<br>Morgan, Lewis Bockius, LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 |
| **Eric M. Sommers**<br>McLane Graf Raulerson & MIddleton, PA<br>2900 Elm St.<br>P.O. Box 326<br>Manchester, NH 03105-0326 | **Christine Kelley Tramontana**<br>Giarrusso, Norton, Cooley & McGlone, P.C.<br>308 Victory Road<br>Marina Bay<br>Quincy, MA 02171 | |