IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNILEVER BESTFOODS and KIK CUSTOM PRODUCTS, INC., f/k/a CCL CUSTOM MANUFACTURING, INC.

Plaintiffs,

v.

AMERICAN STEEL & ALUMINUM CORP, *et al.*

Defendants.

---

KIK CUSTOM PRODUCTS, INC., f/k/a CCL CUSTOM MANUFACTURING, INC.

Plaintiff,

v.

ARKWRIGHT INCORPORATED, *et al.*

Defendants.

CONSOLIDATED
C.A. No. 01-496 L

**ORDER DISMISSING DEFENDANTS AMERICAN OPTICAL CORP., BOSTON MEDICAL CENTER, HARVARD UNIVERSITY, HONEYWELL, INC., LOUIS M. GERSON CO., INC., J.M. MILLS, INC., LUCENT TECHNOLOGIES SERVICES, CO., INC., MICHAEL JOHN REALTY, MOSSBERG INDUSTRIES, INC., NUNES DISPOSAL, INC., THE SCHEPENS EYE RESEARCH INSTITUTE, INC., EDWARD C. WHITNEY & SON, INC., VA HOSPITAL**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court dismisses from the action without prejudice the following Defendants: American Optical Corp.; Boston Medical Center; Harvard University; Honeywell, Inc.; Louis M. Gerson Co., Inc.; J.M. Mills, Inc.; Lucent Technologies Services Co., Inc.; Michael John Realty; Mossberg Industries, Inc.; Nunes Disposal, Inc.; The Schepens Eye Research Institute, Inc.; Edward C. Whitney & Son,

Case 1:01-cv-00496-L-LDA Document 619-2 Filed 01/13/2008 Page 2 of 2

Inc.; and, VA Hospital. Further, the Court also dismisses without prejudice any cross-claims that have been asserted against and/or between the specified Defendants.

SO ORDERED:

Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge

Dated: 1/15/08

Respectfully submitted,

UNILEVER BESTFOODS
By Its Attorneys:

*/s/ Kristen W. Sherman*
MARK DENEHY, ESQ. (#3492)
KRISTEN W. SHERMAN, ESQ. (#5595)
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

-and-

THOMAS C. JACKSON
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W. - The Warner
Washington, D.C. 20004
(202) 639-7710
Fax: (202) 585-1009

440519_1.DOC