IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILEVER BESTFOODS and KIK CUSTOM PRODUCTS, INC., f/k/a CCL CUSTOM MANUFACTURING, INC.<br><br>Plaintiffs,<br><br>v.<br><br>TEKNOR APEX COMPANY; QUEBECOR WORLD HALLIDAY, INC. f/k/a Halliday Lithograph Corp.; LEACH & GARNER TECHNOLOLGY, INC.; SEQUA CORP. f/k/a Sun Chemical Corp.; WYMAN-GORDON COMPANY; DAVID BRASK; GENERAL ELECTRIC CO. f/k/a GE-CEP; HOLLINGSWORTH & VOSE CO.; THREE R's TRANSPORTATION, INC.; BENJAMIN MOORE & CO.; INTERNATIONAL PAPER CO. f/k/a Allied Container Corp.; and ACS INDUSTRIES, INC.<br><br>Defendants. | |
| | CONSOLIDATED<br>C.A. No. 01-496 L |
| KIK CUSTOM PRODUCTS, INC., f/k/a CCL CUSTOM MANUFACTURING, INC.<br><br>Plaintiff,<br><br>v.<br><br>A. T. CROSS COMPANY; and RAYTHEON COMPANY<br><br>Defendants. | |

**ORDER GRANTING PLAINTIFFS LEAVE TO FILE FOURTH AMENDED COMPLAINT**

This matter came before the Court on Plaintiffs' Motion for Leave to File Fourth Amended Complaint. After consideration thereof, it is hereby:

**ORDERED, ADJUDGED AND DECREED:**

That pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the Court grants Plaintiffs leave to file their Fourth Amended Complaint.

SO ORDERED:

Ronald R. Lagueux

JUDGE RONALD R. LAGUEUX
UNITED STATES SENIOR JUDGE

Dated: 2/13/08

Presented by:

UNILEVER BESTFOODS
By Its Attorneys:

/s/ Kristen W. Sherman
MARK DENEHY, ESQ. (#3492)
KRISTEN W. SHERMAN, ESQ. (#5595)
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

-and-

THOMAS C. JACKSON
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W. - The Warner
Washington, D.C. 20004
(202) 639-7710
Fax: (202) 585-1009

441437_1.DOC