AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF RHODE ISLAND

UNILEVER BESTFOODS and KIK CUSTOM PRODUCTS, INC. f/k/a CCL CUSTOM MANUFACTURING, INC. :
:
:
:
:
TEKNOR APEX COMPANY, et al. :

**SUMMONS IN A CIVIL CASE**

Civil Action No. 01-496 L

**TO: BENJAMIN MOORE & CO.**

Serve: Gregory L. Benik, Esq.
Benik & Associates, P.C.
931 Jefferson Blvd., Suite 2008
Warwick, RI 02886

**YOU ARE HEREBY SUMMONED** and requested to serve upon PLAINTIFF'S ATTORNEY:

Mark Denehy, Esq.
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of the summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

February 19, 2008
DATE

Wendy Seile
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | Date |
| Name of Server: | Title |

**Check box below to indicate appropriate method of service**

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): I HEREBY ACCEPT SERVICE OF THE SUMMONS AND FOURTH AMENDED COMPLAINT ON BEHALF OF BENJAMIN MOORE & CO.

GREGORY L. BENIK, ESQ.
Date: Feb 21, 2008

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______
Date

______
Signature of Server

______
Address of Server