UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CONSOLIDATED
CIVIL ACTION NO. 01-496 L

UNILEVER BESTFOODS and KIK CUSTOM PRODUCTS, INC., f/k/a CCL CUSTOM MANUFACTURING, INC.

Plaintiffs,

v.

TEKNOR APEX COMPANY, QUEBECOR WORLD HALLIDAY, INC. f/k/a HALLIDAY LITHOGRAPHIC CORP., LEACH & GARNER TECHNOLOGY, INC., SEQUA CORP. f/k/a SUN CHEMICAL CORP., WYMAN-GORDON COMPANY, DAVID BRASK, GENERAL ELECTRIC CO. f/k/a GE-CEP, HOLLINGSWORTH & VOSE COMPANY, THREE R's TRANSPORTATION, INC., BENJAMIN MOORE & CO., INTERNATIONAL PAPER CO. f/k/a ALLIED CONTAINER CORP., and ACS INDUSTRIES, INC.

Defendants.

STIPULATION OF EXTENSION TO FILE RESPONSIVE PLEADING

Plaintiffs Unilever Bestfoods and KIK Custom Products, Inc. and defendant Hollingsworth & Vose Co. hereby stipulate that Hollingsworth & Vose Co. has an extension of time up through and including March 7, 2008 to answer or otherwise respond to the fourth amended complaint in this action.

UNILEVER BESTFOODS

By its attorneys,

*/s/ Kristen W. Sherman*

Kristen W. Sherman (#5595)
Adler Pollock & Sheehan P.C.
2300 Financial Plaza
Providence, RI 02903
(401) 274-7200

KIK CUSTOM PRODUCTS, INC.

By its attorney,

*/s/ Karen A. Pelczarski*

Karen A. Pelczarski (#3357)
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900

HOLLINGSWORTH & VOSE COMPANY

By its attorneys,

*/s/ Julie Pruitt Barry*

Stephen J. Brake (MA BBO#546972)
Julie Pruitt Barry (MA BBO #563018)
NUTTER MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000
Fax (617) 310-9000

- and –

*/s/ Kevin J. Bristow*

Kevin J. Bristow (#3984)
Law Offices of Kevin J. Bristow
1309 Turks Head Building
Providence, RI 02903
(401) 521-2800
Fax (401) 521-2812

Dated: March 3, 2008

**CERTIFICATE OF SERVICE**

I, Julie Pruitt Barry, hereby certify that on March 3, 2008 the attached document was electronically filed with the U.S. District Court for the District of Rhode Island, and that I thereby caused a copy of the document to be served electronically ("ECF") to the following counsel of record:

- **Gregory L. Benik**
  gbenik@jreri.com
- **Stephen J. Brake**
  sbrake@nutter.com
- **Kevin J. Bristow**
  KJBristowlaw@verizon.net
- **Thomas C. Jackson**
  Thomas.Jackson@backerbotts.com
- **Matthew F. Medeiros**
  mfm@lmkbw.com
- **Mortimer C. Newton**
  mortnewton@gmail.com
- **Karen Ann Pelczarski**
  kap@blishcavlaw.com
- **Deming E. Sherman**
  dsherman@eapdlaw.com
- **Kristen W. Sherman**
  ksherman@apslaw.com
- **Keven A. McKenna**
  kevenm@mcKennaLaw.cc
- **Dean S. Sommer**
  dsommer@youngsommer.com

and I caused a copy of the document to be served by first class mail, postage prepaid, to the following counsel of record:

William D. Gillis, Jr.
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210

Brian M. Privor
Morgan, Lewis Bockius, LLP
1111 Pennsylvania Avenue
Washington, DC 20004

Martha A. Holt, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Irvin M. Freilich, Esq.
Gary N. Donner, Esq.
Robertson, Freilich, Bruno & Cohen, LLC
One Riverfront Plaza
Newark, NJ 07102

Jonathan A. Murphy, Esq.
Lester Schwab Katz & Dwyer
120 Broadway
New York, NY 10271-0071

1711537.1