**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNILEVER BESTFOODS and KIK CUSTOM PRODUCTS, INC., f/k/a CCL CUSTOM MANUFACTURING, INC. | : | |
| Plaintiffs, | : | C.A. No. 01-496 L |
| v. | : | |
| TEKNOR APEX COMPANY; QUEBECOR WORLD HALLIDAY, INC. f/k/a Halliday Lithograph Corp.; LEACH & GARNER TECHNOLOGY, INC.; SEQUA CORP. f/k/a Sun Chemical Corp.; WYMAN-GORDON COMPANY; DAVID BRASK; GENERAL ELECTRIC CO. f/k/a GE-CEP; HOLLINGSWORTH & VOSE CO.; THREE R'S TRANSPORTATION, INC.; BENJAMIN MOORE & CO.; INTERNATIONAL PAPER CO. f/k/a Allied Container Corp.; and ACS INDUSTRIES, INC. | : | |
| Defendants. | : | |

**SUGGESTION OF BANKRUPTCY**

Please take notice that on January 21, 2008, Defendant, Quebecor World Halliday, Inc., f/k/a Halliday Lithographic Corp. filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code. The Chapter 11 case is styled as In re: Quebecor World (USA) Inc, et al., Case No. 08-10152 (Bankruptcy Ct. S.D.N.Y) (JMP) (jointly administered). Accordingly, pursuant to 11 U.S.C. Section 362, all proceedings in the above-captioned case against Defendant, Quebecor World Halliday, Inc., f/k/a Halliday Lithographic Corp. are automatically stayed.

Respectfully submitted,

QUEBECOR WORLD HALLIDAY, INC.
f/k/a HALLIDAY LITHOGRAPH CORP.

By its attorney,

/s/ Gregory L. Benik

Gregory L. Benik, Esq. (#1515)
BENIK & ASSOCIATES P.C.
931 Jefferson Boulevard, Suite 2008
Warwick, RI 02886
(401) 454-0054
(401) 732-3550 (fax)
gbenik@jreri.com

Of Counsel:

William D. Wick, Esq.
Wactor & Wick LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

Dated: March 4, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2008, I caused a copy of the attached document was electronically filed with the U.S. District Court for the District of Rhode Island, and that I thereby caused a copy of the document to be served electronically ("ECF") to the following counsel of record:

- **Stephen Adams**
  sadams@taylorduane.com
- **Melody A. Alger**
  melody.alger@bgmalaw.com
- **John A. Andreasen**
  jandreasen@mcgrathnorth.com
- **Thomas C. Angelone**
  angelonelaw@aol.com Conlonmaryv@aol.com
- **Julie P. Barry**
  jpbarry@nutter.com
- **John J. Barton**
  jbarton@taylorduane.com
- **Charles S. Beal**
  cbeal@cm-law.com ccappalli@cm-law.com
- **Stephen J. Brake**
  sbrake@nutter.com
- **Kevin J. Bristow**
  KJBristowlaw@verizon.net
- **Christopher R. Bush**
  cbush@riag.ri.gov randrade@riag.ri.gov
- **Alexandra K. Callam**
  acallam@haslaw.com
- **Andrew C. Coulam**
  acoulam@taylorduane.com fconnor@taylorduane.com
- **Paul V. Curcio**
  pcurcio@apslaw.com
- **John B. Daukas**
  jdaukas@goodwinprocter.com
- **Mark O. Denehy**
  mdenehy@apslaw.com
- **William M. Dolan, III**
  wdolan@brownrudnick.com
- **William S. Eggeling**
  william.eggeling@ropesgray.com
- **Douglas J. Emanuel**
  demanuel@crfllp.com

- **Roy P. Giarrusso**
  rgiarrusso@gncm.net

- **Alden C. Harrington**
  harrington@bhrlaw.com
- **Thomas C. Jackson**
  thomas.jackson@bakerbotts.com
- **Bret W. Jedele**
  bjedele@crfllp.com
- **Eric Lukingbeal**
  elukingbeal@rc.com
- **Richard W. MacAdams**
  rmacadams@mwdglaw.com vburrus@mwdglaw.com
- **Kevin J. McAllister**
  kmcallister@brcsm.com
- **James J. McGair**
  jmcgair@hotmail.com
- **Joseph J. McGair**
  jjm@petrarcamcgair.com
- **Kevin A. McKenna**
  KevenM@McKennaLaw.cc
- **Mark A. McSally**
  mmcsally@kkrs.com
- **Matthew F. Medeiros**
  mfm@lmkbw.com dcabral@lmkbw.com kocteau@lmkbw.com
- **Jeffrey S. Michaelson**
  jeffmichaelson@cox.net
- **Donald P. Nagle**
  nagle@dpnaglelaw.com
- **Mortimer C. Newton**
  mortnewton@gmail.com
- **Scott J. Partington**
  scott@b-plaw.com
- **Karen Ann Pelczarski**
  kap@blishcavlaw.com
- **Gerald J. Petros**
  gpetros@haslaw.com clomas@haslaw.com
- **Thomas C. Plunkett**
  tplunkett@kprlaw.com info@kprlaw.com
- **James T. Price**
  jprice@spencerfane.com
- **Peter Brent Regan**
  pregan@srt-law.com
- **Paul V. Reynolds**
  pvreynolds@conversent.net

- **Ian C. Ridlon**
  iridlon@darroweverett.com
- **Paul M. Sanford**
  psanford@burnslev.com scook@burnslev.com
- **Justin T. Shay**
  jshay@cm-law.com ccappalli@cm-law.com
- **Deming E. Sherman**
  dsherman@eapdlaw.com
- **Kristen W. Sherman**
  ksherman@apslaw.com afontaine@apslaw.com btallman@apslaw.com
- **Steven E. Snow**
  ses@psh.com tlc@psh.com
- **Dean S. Sommer**
  dsommer@youngsommer.com amorris@youngsommer.com
- **Randall L. Souza**
  rsouza@shslawfirm.com asalvaggio@shslawfirm.com
- **Michael W. Steinberg**
  msteinberg@morganlewis.com
- **Benjamin V. White, III**
  bwhite@vetterandwhite.com

and I caused a copy of the document to be served by first class mail, postage prepaid, to the following counsel of record:

| | |
|---|---|
| Ralph A. Child, Esq.<br>Lyn M. Lustig, Esq.<br>Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC<br>One Financial Center<br>Boston, MA 02110 | Douglas A. Cohen, Esq.<br>Michael Kozlik, Esq.<br>Brown Rudnick Berlack Israels LLP<br>185 Asylum Street<br>CityPlace I<br>Hartford, CT 06103 |
| Stephen E. Crowley, Esq.<br>United States Department of Justice<br>Environmental & Natural Resource Division<br>Environmental Defense Section<br>P.O. Box 23986<br>Washington, DC 20026-3986 | Christopher Davis, Esq.<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA 02109 |
| Gary N. Donner, Esq.<br>Irvin M. Freilich, Esq.<br>Roberston, Freilich, Bruno & Cohen, LLC<br>One Riverfront Plaza<br>Newark, NJ 07102 | William D. Gillis, Jr., Esq.<br>Donovan & Hatem, LLP<br>2 Seaport Lane<br>Boston, MA 02210 |
| H. Hamilton Hackney III, Esq. | Thomas H. Hannigan, Jr., Esq. |

| | |
|---|---|
| Greenberg Traurig LLP<br>One International Place<br>Boston, MA 02110 | Ropes & Gray<br>One International Place<br>Boston, MA 02110-2624 |
| Jonathan A. Murphy, Esq.<br>Lester, Schwab, Katz & Dwyer LLP<br>120 Broadway<br>New York, NY 10271-0071 | David Platt, Esq.<br>Murtha Cullina LLP<br>CityPlace I, 29th Floor<br>185 Asylum Street<br>Hartford, CT 06103 |
| Kenneth A. Rubin, Esq.<br>Brian M. Privor, Esq.<br>Morgan, Lewis Bockius LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | William D. Wick, Esq.<br>Wactor & Wick LLP<br>180 Grand Avenue, Suite 950<br>Oakland, CA 94612 |

/s/ Gregory L. Benik