UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILEVER BESTFOODS and KIK CUSTOM PRODUCTS, INC., f/k/a CCL CUSTOM MANUFACTURING, INC.<br><br>v.<br><br>TEKNOR APEX COMPANY; QUEBECOR WORLD HALLIDAY, INC. f/k/a Halliday Lithograph Corp.; LEACH & GARNER TECHNOLOGY, INC.; SEQUA CORP. f/k/a Sun Chemical Corp.; WYMAN-GORDON COMPANY; DAVID BRASK GENERAL ELECTRIC CO. f/k/a GE-CEP; HOLLINGSWORTH & VOSE CO.; THREE R'S TRANSPORTATION, INC.; BENJAMIN MOORE & CO.; INTERNATIONAL PAPER CO. f/k/a Allied Container Corp.; and ACS INDUSTRIES, INC. | CONSOLIDATED<br>C.A. No. 01-496-L |

**STIPULATION TO EXTEND TIME**

Plaintiffs Unilever Bestfoods and KIK Custom Products, Inc. and Defendant ACS Industries, Inc. hereby stipulate that ACS Industries, Inc. shall have up to and including April 10, 2008 to answer or otherwise respond to Plaintiffs' fourth amended complaint.

UNILEVER BESTFOODS

By its attorneys,

*/s/ Kristen W. Sherman*
Kristen W. Sherman (#5595)
Adler Pollock & Sheehan P.C.
2300 Financial Plaza
Providence, Rhode Island 02903
Tel. (401) 274-7200
Fax (401) 751-0604
ksherman@apslaw.com

KIK CUSTOM PRODUCTS, INC.

By its attorneys,

*/s/ Karen A. Pelczarski*
Karen A. Pelczarski (#3357)
Blish & Cavanagh
30 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 831-8900
Fax (401) 751-7542
kap@blishcavlaw.com

ACS INDUSTRIES, INC.

By its attorneys,

*/s/ Alexandra K. Callam*
Gerald J. Petros (#2931)
Alexandra K. Callam (#5358)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903
Tel. (401) 274-2000
gpetros@haslaw.com
acallam@haslaw.com

Dated: March 10, 2008

**CERTIFICATE OF SERVICE**

I, Alexandra K. Callam, hereby certify that on March 10, 2008, a copy of the foregoing Stipulation to Extend Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Alexandra K. Callam*
Gerald J. Petros (#2931)
Alexandra K. Callam (#5358)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
gpetros@haslaw.com
acallam@haslaw.com