UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNILEVER BESTFOODS and KIK CUSTOM PRODUCTS, INC., f/k/a CCL CUSTOM MANUFACTURING, INC.,
Plaintiffs,

v.

TEKNOR APEX COMPANY; QUEBECOR WORLD HALLIDAY, INC. f/k/a Halliday Lithograph Corp.; LEACH & GARNER TECHNOLOGY, INC.; SEQUA CORP. f/k/a Sun Chemical Corp.; WYMAN-GORDON COMPANY; DAVID BRASK; GENERAL ELECTRIC CO. f/k/a GE-CEP; HOLLINGSWORTH & VOSE CO.; THREE R'S TRANSPORTATION, INC.; BENJAMIN MOORE & CO.; INTERNATIONAL PAPER CO. f/k/a Allied Container Corp.; and ACS INDUSTRIES, INC.
Defendants.

C.A. No. 01-496L

STIPULATION EXTENDING TIME

Plaintiffs Unilever Bestfoods and KIK Custom Products, Inc. f/k/a CCL Custom Manufacturing, Inc. and Defendant International Paper Co. ("International Paper") stipulate that International Paper shall have up to and including March 21, 2008 to answer or otherwise respond to Plaintiffs' Fourth Amended Complaint.

UNILEVER BESTFOODS

By its Attorneys,

/s/ Kristen W. Sherman
Mark Denehy, Esq. (#3492)
Kristen W. Sherman, Esq. (#5595)
Adler Pollock & Sheehan, P.C.
2300 Financial Plaza
Providence, RI 02903-2443
(401) 274-7200
(401) 751-0604/351-4607 (Fax)

INTERNATIONAL PAPER CO.

By its Attorneys,

/s/ Steven M. Richard
Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)
srichard@nixonpeabody.com

Dated: March 13, 2008

Thomas C. Jackson
Baker Botts L.L.P.
1299 Pennsylvania Ave., N.W. - The Warner
Washington, D.C. 20004
(202) 639-7710
(202) 585-1009 (Fax)

Dated: March 13, 2008

KIK CUSTOM PRODUCTS, INC.
By its Attorneys,

/s/ Karen A. Pelczarski

Karen A. Pelczarski, Esq. (#3357)
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 351-7542 (Fax)

Of Counsel:
Jonathan A. Murphy, Esq.
(JAM-6052)
Lester, Schwab, Katz & Dwyer, LLP
125 Broadway
New York, New York 10271-0071
(212) 964-6611
(212) 267-5916 (Fax)

Dated: March 13, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the participants registered to receive pleadings via the ECF system and via regular mail, postage prepaid those listed below on this 13th of March, 2008.

/s/ Steven M. Richard

**Notice has been delivered by EFC to the following:**

Stephen Adams sadams@taylorduane.com

Melody A. Alger melody.alger@bgmalaw.com

John A. Andreasen jandreasen@mcgrathnorth.com

Thomas C. Angelone angelonelaw@aol.com, Conlonmaryv@aol.com

Julie P Barry jpbarry@nutter.com

John J. Barton jbarton@taylorduane.com

Charles S. Beal cbeal@cm-law.com, ccappalli@cm-law.com

Gregory L. Benik gbenik@jreri.com, mbiagetti@jreri.com

Stephen J Brake sbrake@nutter.com

Jeffrey S. Brenner jbrenner@nixonpeabody.com, mryone@nixonpeabody.com, ProEfile@nixonpeabody.com

Kevin J. Bristow KJBristowlaw@verizon.net

Christopher R. Bush cbush@riag.ri.gov, randrade@riag.ri.gov

Alexandra K. Callam acallam@haslaw.com, jmansolf@haslaw.com

Andrew C. Coulam acoulam@taylorduane.com, fconnor@taylorduane.com

Paul V. Curcio pcurcio@apslaw.com

John B. Daukas jdaukas@goodwinprocter.com

Mark O. Denehy mdenehy@apslaw.com

Gary N Donner gdonner@rfbclaw.com

William S. Eggeling william.eggeling@ropesgray.com

Douglas J. Emanuel demanuel@crfllp.com

Roy P. Giarrusso rgiarrusso@gncm.net

Alden C. Harrington harrington@bhrlaw.com

Martha A. Holt mholt@eapdlaw.com

Thomas C. Jackson thomas.jackson@bakerbotts.com

Bret W. Jedele bjedele@crfllp.com

Adam P. Kahn akahn@foleyhoag.com

Eric Lukingbeal elukingbeal@rc.com

Kevin J. McAllister kmcallister@brcsm.com

James J. McGair jmcgair@hotmail.com

Joseph J. McGair jjm@petrarcamcgair.com

Keven A. McKenna KevenM@McKennaLaw.cc

Mark A. McSally mmcsally@kkrs.com

Matthew F. Medeiros mfm@lmkbw.com, cmorris@lmkbw.com, dcabral@lmkbw.com

Jeffrey S. Michaelson jeffmichaelson@cox.net

Mortimer C. Newton mortnewton@gmail.com

Karen Ann Pelczarski kap@blishcavlaw.com

Gerald J. Petros gpetros@haslaw.com, clomas@haslaw.com

Thomas C. Plunkett tplunkett@kprlaw.com, info@kprlaw.com

James T Price jprice@spencerfane.com

Thomas P. Quinn tquinn@fmmesq.com

Peter Brent Regan pregan@srt-law.com

Paul V. Reynolds pvreynolds@conversent.net

Justin T. Shay jshay@cm-law.com, ccappalli@cm-law.com

Deming E. Sherman dsherman@eapdlaw.com, ekula@eapdlaw.com

Kristen W. Sherman ksherman@apslaw.com, afontaine@apslaw.com, btallman@apslaw.com

Steven E. Snow ses@psh.com, tlc@psh.com

Dean S. Sommer dsommer@youngsommer.com, amorris@youngsommer.com

Benjamin V. White , III bwhite@vetterandwhite.com

**Notice has been delivered by U.S. mail to the following:**

| | | |
|---|---|---|
| Ralph A Child<br>Mintz, Levin, Cohn, Ferris,<br>Glovsky & Popeo, PC<br>One Financial Center<br>Boston, MA 02111 | Stephen E. Crowley<br>US Dept. of Justice<br>Environmental Defense<br>Section<br>P.O. Box 23986<br>Washington, DC 20026-3986 | Christopher Davis<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA 02109 |
| Irvin Freilich<br>Roberton, Freilich, Bruno &<br>Cohen<br>One Riverfront Plaza<br>Newark, NJ 07102 | Roy Giarusso<br>Giarruso,Norton, Cooley &<br>McGlone<br>Marina Bay<br>308 Victory Road<br>Boston, MA 02171 | William D. Gillis , Jr<br>Donovan Hatem, LLP<br>Two Seaport Lane<br>Boston, MA 02210 |
| Edmund J. Gorman<br>Moehreke, Mackie & Shea<br>137 Newbury Street<br>Boston, MA 02116 | Ira K. Gross<br>Sullivan & Worcester LLP<br>One Post Office Square<br>Boston, MA 02109 | H. Hamilton Hackney , III<br>Choate, Hall & Stewart<br>Exchange Place<br>53 State Street<br>Boston, MA 02109-2804 |
| Thomas H. Hannigan , Jr<br>Ropes & Gray<br>One International Place<br>Boston, MA 02110 | Jennifer A. Jester<br>Choate, Hall & Stewart<br>Exchange Place<br>53 State Street<br>Boston, MA 02109-2804 | Nicholas Kenney<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA 02210 |
| Lyn M. Lustig<br>Mintz, Levin, Cohn, Ferris,<br>Glovsky & Popeo, PC<br>One Financial Center<br>Boston, MA 02111 | Louis N. Massery<br>Massery, Gillis & Guiney<br>101 Merrimac Street<br>Boston, MA 02114 | Jonathan A. Murphy<br>Lester, Schwab, Katz &<br>Dwyer, LLP<br>120 Broadway<br>New York, NY 10271-5916 |
| David Platt<br>Murtha, Cullina, Richter &<br>Pinney<br>185 Asylum Street<br>Hartford, CT 06103 | Eric M. Sommers<br>McLane Graf Raulerson &<br>MIddleton, PA<br>2900 Elm St.<br>P.O. Box 326<br>Manchester, NH 03105-0326 | Christine Kelley Tramontana<br>Giarrusso, Norton, Cooley &<br>McGlone, P.C.<br>308 Victory Road<br>Marina Bay<br>Quincy, MA 02171 |