UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNILEVER BESTFOODS and KIK CUSTOM PRODUCT, INC., f/k/a CCL CUSTOM MANUFACTURING, INC.

Plaintiffs,

v.

C.A. No. 01-496 L

TEKNOR APEX COMPANY, QUEBECOR WORLD HALLIDAY, INC., f/k/a HALLIDAY LITHOGRAPHIC, CORP., LEACH & GARNER TECHNOLOGY, INC., SEQUA CORP., f/k/a SUN CHEMICAL CORP., WYMAN-GORDON COMPANY, DAVID BRASK, GENERAL ELECTRIC CO. F/k/a GE-CEP, HOLLINGSWORTH & VOSE COMPANY, THREE R'S TRANSPORTATION, INC. BENJAMIN MOORE & CO., INTERNATIONAL PAPER CO., f/k/a ALLIED CONTAINER CORP., and ACS INDUSTRIES, INC.

**ENTRY OF APPEARANCE**

Staci L. Kolb hereby enters her appearance on behalf of the plaintiff, KIK Custom Products, Inc. f/k/a CCL Custom Manufacturing, Inc., in the above-captioned appeal.

/s/ Staci L. Kolb

Karen A. Pelczarski (#3357)
Staci L. Kolb (#5451)
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2008, I caused a copy of the within to be sent by electronic means (ECF) to the following counsel of record:

**Julie P. Barry**
**jpbarry@nutter.com**
**Stephen J. Brake**
**sbrake@nutter.com**
**Thomas C. Jackson**
**thomas.jackson@bakerbotts.com**
**Mortimer C. Newton**
**mortneon@gmail.com**
**Dean S. Sommer**
**dsommer@youngsommer.com**

**Gregory L. Benik**
**Gbenik@jreri.com**
**Kevin J. Bristow**
**KJBristow@Verizon.net**
**Keven A. McKenna**
**KevenM@McKennaLaw.cc**
**Deming E. Sherman**
**Dsherman@eapdlaw.com**
**Matthew F. Medeiros**
**Mfm@lmkbw.com, dcabral@lmkbw.com**
**Kocteau@lmkbw.com**

**and by mail to the following counsel of record:**

**William D. Gillis, Jr., Esq.**
**Donovan Hatem LLP**
**World Trade Center East**
**Two Seaport Lane**
**Boston, MA 02210**

**Irvin M. Freilich, Esq.**
**Gary N. Donner, Esq.**
**Robertson, Freilich, Bruno & Cohen, LLC**
**One Riverfront Plaza**
**Newark, NJ 07102**

**Brian M. Privor, Esq.**
**Kenneth A. Rubin, Esq.**
**Michael W. Steinberg, Esq.**
**Morgan, Lewis & Bockius LLP**
**1111 Pennsylvania Avenue NW**
**Washington, DC 20004**

**Jonathan A. Murphy, Esq.**
**Lester Schwab Katz & Dwyer**
**120 Broadway**
**New York, NY 10271-0071**

**Martha A. Holt, Esq.**
**Edwards Angell Palmer & Dodge LLP**
**2800 Financial Plaza**
**Providence, RI 02903**

/s/ Staci L. Kolb