(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Unilever Bestfoods, et al.
Plaintiff(s)

v. Dkt. No. 01-496-L

Teknor Apex Company, et al.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendant International Paper Company hereby moves that Elton L. Parker be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Steven M. Richard
Print Name

RI Bar ID # 4403

Nixon Peabody LLP
Firm and Business Address

One Citizens Plaza, Suite 500

Providence, RI 02903

Email: srichard@nixonpeabody.com

Tel. # (401) 454-1000

Fax # (401) 454-1030

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date