(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Unilever Bestfoods, et al.
Plaintiff(s)

v.

Dkt. No. 01-496-L

Teknor Apex Company, et al.
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

~~Plaintiff~~/Defendant International Paper Company hereby moves that Elton L. Parker be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

[signature]
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

[signature]
Signature of Local Counsel

Steven M. Richard
Print Name

RI Bar ID # 4403

Nixon Peabody LLP
Firm and Business Address

One Citizens Plaza, Suite 500

Providence, RI 02903

Email: srichard@nixonpeabody.com

Tel. # (401) 454-1000

Fax # (401) 454-1030

---

## ORDER

This motion is hereby GRANTED ____ DENIED

[signature]
District Judge

4/13/08
Date