UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNILEVER BESTFOODS and
CCL CUSTOM MANUFACTURING, INC. C.A. No. 01-496-L
Plaintiffs,

v.

AMERICAN STEEL & ALUMINUM CORPORATION;
Et al

**NOTICE OF WITHDRAWAL**

Notice is hereby given that the appearance of Louis N. Massery is hereby withdrawn for the defendant, Wyman Gordon Company. Mr. Massery has passed away.

Wyman-Gordon Company,
By its Attorneys,

/s/ Thomas C. Plunkett

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
E-MAIL: **tplunkett@kprlaw.com**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th of May, 2008, I caused a copy of the within to be served on the following:
**1:01-cv-496 Notice will be electronically mailed to:**

Julie P. Barry jpbarry@nutter.com

Gregory L. Benik gbenik@nixonpeabody.com, ProEfile@nixonpeabody.com

Stephen J. Brake sbrake@nutter.com

Kevin J. Bristow KJBristowlaw@verizon.net

Martha A. Holt mholt@eapdlaw.com

Thomas C. Jackson thomas.jackson@bakerbotts.com

Keven A. McKenna KevinM@McKennaLaw.cc

Matthew F.Medeiros mrm@lmkbw.com dcabral@lmkbw.com kocteau@youngsommer.com

Mortimer C. Newton mortnewton@gmail.com
Karen Ann Pelczarski kap@blishcavlaw.com

Deming E. Sherman dsherman@capdlaw.com, ekula@eapdlaw.com

Dean S. Sommer dsommer@youngsommer.com amorris@youngsommer.com

Robert Wick bwick@ww-envlaw.com

Notice delivered by other means to:

Irvin Freilich
Roberton, Freilich, Bruno & Cohen
One Riverfront Plaza
Newark, NJ 07102

William D. Gillis, Jr.
Donovan & Hatem, LLP
Two Seaport Lane
Boston, MA 02210

Jonathan A. Murphy
Lester, Schwab, Katz & Dwyer LLP
120 Broadway
New York, NY 10271-5916

Brian M. Privor, Esq.
Kenneth A. Rubin, Esq.
Michael W. Steinberg, Esq.
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

/s/ Thomas C. Plunkett
________________________