IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILEVER BESTFOODS and KIK CUSTOM PRODUCTS, INC., f/k/a CCL CUSTOM MANUFACTURING, INC.<br><br>         Plaintiffs,<br><br>v.<br><br>TEKNOR APEX COMPANY, *et al.*<br><br>         Defendants. | Civil Action No. 01-496-L |

**ORDER TO SHOW CAUSE AS TO THE DISMISSAL OF DEFENDANT THREE R'S TRANSPORATION, INC.**

Upon Plaintiffs' motion, the Court directs any party that opposes the dismissal of the claims, counterclaims or cross-claims involving Defendant Three R's Transportation, Inc. ("Three R's") to file its opposition within 30 days of the entry of this order. If no timely opposition is filed, then Plaintiffs are directed to file a proposed order to be entered by the Court dismissing without prejudice all claims, counterclaims or cross-claims involving Three R's.

Dated: February 23, 2011

                   _____
                   JUDGE RONALD R. LAGUEUX
                   Sr. UNITED STATES SENIOR JUDGE