IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNILEVER BESTFOODS and KIK CUSTOM
PRODUCTS, INC., f/k/a CCL CUSTOM
MANUFACTURING, INC.

                                              Plaintiffs,    :  Civil Action No. 01-496-L

v.

TEKNOR APEX COMPANY, *et al.*

                                              Defendants.

## ORDER DISMISSING DEFENDANT QUEBECOR WORLD HALLIDAY, INC.

1. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court dismisses without prejudice Plaintiffs' claims against Defendant Quebecor World Halliday, Inc. ("Quebecor"). Further, the Court dismisses without prejudice any counterclaims by Defendant Quebecor against Plaintiffs.

2. All cross-claims that have been asserted by and against Defendant Quebecor are dismissed without prejudice.

Dated: March 23, 2011

*[signature]*
JUDGE RONALD R. LAGUEUX
UNITED STATES SENIOR JUDGE